IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Gene Latreace MANGUM )
    Petitioner )
    Pro-Se )
    ) Cr. No. 1:99CR356-1
vs )
    )
United States of America )
    Respondent )

## MOTION TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO TITLE 28 USC § 1915

Your Petitioner prays this Court to grant him permission to proceed without cost or fee, and submits the following to support this request.

1. Petitioner is in prison and unemployed.
2. Petitioner owns no real estate, motor vehicle, boats, or other modes of transportation.
3. Petitioner has no checking or savings account.
4. Petitioner has no income from pensions, civil actions, tort actions, nor does he expect such income.
5. Petitioner derives no income from any source.
6. Petitioner has no-one to advance him the fees for prepayment of this civil action at law.

For all of the foregoing reasons, Petitioner prays his relief be granted. Petitioner's small inmate account, too, is attached to this motion.

                                Respectfully submitted,

                                *Gene Mangum*
                                Gene Latreace MANGUM

MEDICAL APPENDIX TO MOTION:

### Year 2000

The presented Documents for the year 2000 are twenty-one (21) Bureau of Prisons (BOP) prepared medical documents.

ANALYSIS of the Year 2000:

The documentaion presented for 2000 clearly demostrates your Petitioner's lose of function of his transplanted kidney, that he enjoys no kidney function and in order to sustain his life must rely upon seven (7) day per week, eight (8) hours per day of dialysis. The documents too reveal that he is using his last site, the vast amount of medications he must take, the continual treatment he must undergo, the infection(s) he has suffered, the clotting etc.

The year 2001 is not available from the BOP:

The year 2002 is not available from the BOP:

ANALYSIS OF THE YEAR 2003:

The submitted partial documents for 2003 consist of one-hundred-four (104) BOP medical documentation pages. 2003 lays a further and firmer foundation of Petitioner's decreasing quality of life. The Petitioner, by the attached enclosures reveals additional more serious infections which curtails dialysis until cleared. 2003 also dictates that without a prompt and proper transplant he will not survive life even in the worst inmanigable forms. 2003 too finds an excess of medications, taken in concert to provide life.

In this year Petitioner sought a Compassionate release via the BOP, in denying this the BOP in all their wisdom found that your Petitioner, upon release could commit more crimes. This severe statement is without foundation nor were any authority or relevent statistics presented to affirm this finding.

While it is true that many releasee's do return to prison it is equally true that the BOP has not found, in comming to this conclusion how many persons released to obtain transplants to sustain life have "committed new crimes", and returned to prison. To your Petitioners information, knowledge, a n d  belief the answer would be n o n e.

InmateStatementCombin'     Page 1 of 2

# Inmate Statement



| Inmate Reg #: | 20154057 | Current Institution: | Devens FMC |
| Inmate Name: | MANGUM, GENE | Housing Unit: | P CC |
| Report Date: | 06/17/2004 | Living Quarters: | P03-371L |
| Report Time: | 4:41:20 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 10/6/2003 2:19:10 PM | 3JV106 | | | Payroll - IPP | $72.00 | | $73.24 |
| DEV | 10/7/2003 11:06:42 AM | 1 | | | Sales | $(39.05) | | $34.19 |
| DEV | 10/9/2003 3:05:47 PM | 10 | | | SPO | | $(22.50) | -------- |
| DEV | 10/28/2003 11:28:00 AM | 10 | | | SPO - Released | | $22.50 | -------- |
| DEV | 10/28/2003 11:28:00 AM | 11 | | | Sales | $(22.50) | | $11.69 |
| DEV | 11/5/2003 10:04:36 AM | 4JV004 | | | Payroll - IPP | $62.40 | | $74.09 |
| DEV | 11/6/2003 11:29:40 AM | 11 | | | Sales | $(55.70) | | $18.39 |
| DEV | 11/10/2003 11:06:06 AM | 1 | | | Sales | $(17.30) | | $1.09 |
| DEV | 12/5/2003 8:26:46 AM | 4JV019 | | | Payroll - IPP | $159.00 | | $160.09 |
| DEV | 12/5/2003 8:50:34 AM | 91600108 | | | FRP Quarterly Pymt | $(25.00) | | $135.09 |
| DEV | 12/8/2003 11:17:28 AM | 3 | | | Sales | $(126.80) | | $8.29 |
| DEV | 12/17/2003 6:23:40 PM | ITS1217 | | | ITS Withdrawal | $(8.00) | | $0.29 |
| DEV | 1/5/2004 11:26:23 AM | 3 | | | Sales | $0.00 | | $0.29 |
| DEV | 1/5/2004 12:12:16 PM | 4JV031 | | | Payroll - IPP | $104.00 | | $104.29 |
| DEV | 1/5/2004 5:16:27 PM | 25 | | | Sales | $(57.65) | | $46.64 |
| DEV | 1/5/2004 5:19:17 PM | 26 | | | Sales | $(9.95) | | $36.69 |
| DEV | 1/5/2004 7:48:14 PM | ITS0105 | | | ITS Withdrawal | $(15.00) | | $21.69 |
| DEV | 1/6/2004 6:11:51 PM | ITS0106 | | | ITS Withdrawal | $(20.00) | | $1.69 |
| DEV | 2/5/2004 8:43:52 AM | 4JV043 | | | Payroll - IPP | $132.00 | | $133.69 |
| DEV | 2/5/2004 5:24:19 PM | 45 | | | Sales | $(95.25) | | $38.44 |
| DEV | 2/10/2004 2:12:58 PM | 8730 | | 1089779 | Local Collections | $15.00 | | $53.44 |
| DEV | 2/14/2004 12:37:07 PM | ITS0214 | | | ITS Withdrawal | $(28.00) | | $25.44 |
| DEV | 3/5/2004 7:32:10 AM | 4JV055 | | | Payroll - IPP | $12.00 | | $37.44 |
| DEV | 3/5/2004 8:43:21 AM | 91600124 | | | FRP Quarterly Pymt | $(25.00) | | $12.44 |
| DEV | 3/6/2004 8:09:26 PM | ITS0306 | | | ITS Withdrawal | $(12.00) | | $0.44 |
| DEV | 4/5/2004 9:17:13 AM | 4JV068 | | | Payroll - IPP | $12.00 | | $12.44 |
| DEV | 4/6/2004 4:31:59 PM | ITS0406 | | | ITS Withdrawal | $(2.00) | | $10.44 |
| DEV | 4/7/2004 4:32:40 PM | ITS0407 | | | ITS Withdrawal | $(10.00) | | $0.44 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEV | 5/5/2004 9:39:51 AM | 4JV082 | | Payroll - IPP | | $12.00 | $12.44 |
| DEV | 5/6/2004 9:40:41 PM | ITS0506 | | ITS Withdrawal | | $(2.00) | $10.44 |
| DEV | 5/8/2004 5:12:49 PM | ITS0508 | | ITS Withdrawal | | $(2.00) | $8.44 |
| DEV | 5/9/2004 11:24:24 AM | ITS0509 | | ITS Withdrawal | | $(8.00) | $0.44 |
| DEV | 5/17/2004 2:14:08 PM | 14867 | 1088597 | Local Collections | | $25.00 | $25.44 |
| DEV | 5/21/2004 11:32:29 AM | 20 | | Sales | | $(8.80) | $16.64 |
| DEV | 5/24/2004 5:48:50 PM | ITS0524 | | ITS Withdrawal | | $(2.00) | $14.64 |
| DEV | 6/3/2004 6:59:39 PM | ITS0603 | | ITS Withdrawal | | $(2.00) | $12.64 |
| DEV | 6/5/2004 7:15:20 PM | ITS0605 | | ITS Withdrawal | | $(2.00) | $10.64 |
| DEV | 6/7/2004 8:13:23 AM | 4JV102 | | Payroll - IPP | | $12.00 | $22.64 |
| DEV | 6/7/2004 9:14:03 AM | ISO037 | | FRP Quarterly Pymt | | $0.00 | $22.64 |
| DEV | 6/12/2004 10:49:05 PM | ITS0612 | | ITS Withdrawal | | $(2.00) | $20.64 |
| | **Total Transactions:** 40 | | | | | | |
| | | | | **Totals:** | 19.40 | 0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | $20.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.64 |
| **Totals:** | **$20.64** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$20.64** |

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 20154057 | Current Institution: | Devens FMC |
| Inmate Name: | MANGUM, GENE | Housing Unit: | P CC |
| Report Date: | 06/17/2004 | Living Quarters: | P03-371L |
| Report Time: | 4:39:38 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1978 |
| FRP Participation Status: | Refused |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 6/13/2004 3:05:29 AM |
| Account Status: | Active |
| ITS Balance: | $2.21 |

#### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $20.64 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $20.64 |
| National 6 Months Deposits: | $324.00 |
| National 6 Months Withdrawals: | $311.65 |
| National 6 Months Avg Daily Balance: | $9.07 |
| Local Max. Balance - Prev. 30 Days: | $25.44 |
| Average Balance - Prev. 30 Days: | $17.59 |