## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

2004 JUL 13 P 12: 26

| | |
|---|---|
| Gene Latreace Mangum | ) |
|     Petitioner | )   U.S. DISTRICT COURT |
|     Pro-Se | )   Cr. No. OF:996R356-1 |
| | ) |
| vs | )   Civ. No. _____ |
| | ) |
| United States of America | ) |
|     Respondent | ) |

### MOTION FOR A CERTIFICATE
### OF HABEAS CORPUS TO ISSUE PURSUANT
### TO 28 USC § 2241, 2244

**AND NOW**, appearing before this Court, is **Gene Latreace Mangum,** be he hereinafter known and referred to as the Petitioner, currently at bench in Pro-Se.

Petitioner avers the below and ongoing information to support this motion now before the Court.

### -A-

### JURISDICTION

The Court is vested with jurisdiction, as found in **Title 28 USC § 2241.**

Petitioner cannot avail himself to the Court, pursuant to the Post Conviction Remedies provided by <u>28 USC § 2255</u> in that he is forbidden by the Gatekeeping Clause of the ADEPA, enacted in April of 1996.

### -B-

### BRIEF SUMMARY OF CRIMINAL CASE

On or about September 10, 1999, the Petitioner was arrested

subsequent to a search warrant.

Removed from the residence was 215.3 grams of marijuana and 0.6 grams of heroin, and a .32 caliber Smith and Wesson Revolver, Serial Number 706220.

With the drug law violations being dismissed, your Petitioner in June of 2000, was sentenced to 120 months total confinement, subject to the firearms charges.

## -C-

## STATEMENT OF MATTERS COMPLAINED OF

1. Petitioner suffers from the total loss of kidney function, requiring dialysis seven (7) days per week, eight (8) hours per day.

2. Petitioner's last site should be expended within one (1) year, thus without an organ transplant, will result in his death.

3. Petitioner has been told by the Federal Bureau of Prisons (BOP) as of April of 2004, he has been placed on a "donor list". The length of time for a free person to gain a kidney is four (4) to seven (7) years. The length of time for a prison inmate is far longer.

4. Petitioner meets the requirements of a "terminal illness", thus pulling the trigger on the extraordinary and compelling reasons to modify his sentence to provide for home detention.

## -D-

## SUMMARY OF PETITIONER'S ARGUMENTS

1. Petitioner, who is currently in use of his last site for kidney dialysis, qualifies for extraordinary and compelling relief,

pursuant to U.S.S.G., Title 18 USC 5H1.4 in that he suffers from
a terminal illness that is untreatable at the Federal Medical
Center at Devens in that a prompt transplant is not available to
him while incarcerated.

If released to home detention, your Petitioner would readily
avail himself to every donor site available to him in order to
sustain life.

2. Counsel was ineffective at sentencing for his failure to
bring a 5H1.4 argument to the Court.  Your Petitioner herein will
satisfy the two-prong "Strickland Test".

-E-

## PETITIONER'S KIDNEY FAILURE

Petitioner was born in New York City on May 23, 1966.  By the
age of fourteen (14) years, he began to suffer extremely high blood
pressure which soon resulted in partial kidney failure.

By 1991, Petitioner was, due to complete kidney failure,
placed on dialysis, at which time he had his name placed on at
least five (5) donor lists.  Three years later, in 1994, he received
a donor organ which functioned fully.

Sometime in 1994, your Petitioner, being in North Carolina,
was stopped by the Police, being suspected of possessing illegal
drugs.

No drugs were found; no arrest was made, however, Petitioner
was severely beaten by the inquiring officers.  In November of 1994,
the donor kidney failed, thus reintroducing him to dialysis.  In
1999, Petitioner was sentenced to prison, where he remains on dia-
lysis, and on his last entry site for recovery of waste fluids.

-F-

## DEFINITION OF A SITE

A site is a combination of a major vein and an artery, whose interaction provides an entry point for the kidney dialysis machine.

-G-

## DURABILITY OF A SITE

The length of a site's life variates per the individual, as do the availability of sites. For instance, your Petitioner, being now in use of his last site, had four (4) prior sites and has been on dialysis for thirteen (13) years. Simple math work would evidence 2.6 years per site. Armed with this information, it becomes clear that the current site would have an expectancy of another year.

-H-

## AVAILABILITY OF SITES

The availability lies with the individual. For instance, another person here at Devens had ten (10) sites available. Your Petitioner, however, only enjoys five such sites, in that common areas to some sufferers are devoid in his arterial system, a common occurrence.

-I-

## FREQUENCY OF TREATMENT

Your Petitioner, due to total kidney failure, must undergo dialysis seven (7) times per week for eight (8) hours each treatment,

removing an average of five (5) pounds of waste from his body
that his kidneys have rejected.

-J-

## DEFINITION OF LAST SITE

The final site for dialysis is known as Peritoneal Dialysis.
This is a surgical procedure wherein a line is placed directly to
the stomach, where the dialysis machine affixes to.

The most common mode of succumbing to death wile on this type
of dialysis is an infection known as Peritonitis, which attacks
the surgical procedure, causing a serious infection.  During the
time of the infection, dialysis cannot be perfected.

To date, Petitioner has suffered twice from Peritonitis,
and, as of this writing, is being evaluated for yet a third infection.

-K-

## IF TREATMENT WERE TO END

Sometime, someday, and becoming closer with each passing day,
your Petitioner's last available site will no longer accept the
dialysis machine.[1/]  At this time, unless a transplant is undergone,
he will die a very unpleasant and painful death.

Petitioner's body will become engulfed in internal body waste,
causing bloating, serious fluid weight gain, and terminal infections.

In order to prolong life, his legs would first be amputated
to the groin, followed by both arms, then, of course, followed by a
horrible death.

1/  Currently, your Petitioner is suffering infections in his
last remaining site.  The infection is treated with anti-
biotics, however, cleansing cannot occur when the infection
is on-going.  This, too, is commonplace.

(5)

-L-

## AVAILABILITY OF A DONOR KIDNEY

Currently, the waiting list for a donor in the free world is four (4) to seven (7) years. An inmate of a prison is, of course, the least favorable candidate for a donor kidney.

The Bureau of Prisons (BOP) informed your Petitioner in the first week of April, 2004, that his name was being added to the cadaver list. Assuming this information is correct, in concert with the average 4-7 year wait for a free person, his death will occur at least three years prior to the availability of a donor kidney.

-M-

## OBTAINING A KIDNEY AS A FREE PERSON

Petitioner, in obtaining a kidney as a free person, has been placed on multiple sites.[2] This was the only way to sustain life, a procedure he cannot enter into while imprisoned.

-N-

## FEDERAL BUREAU OF PRISON POLICY
## REGARDING ORGAN TRANSPLANT

To the best of Petitioner's knowledge, information and belief, no-one at FMC Devens has become the recipient of an organ transplant; more specifically, a kidney transplant.

To firm this position, there is an inmate at Devens (will testify at an anticipated evidentiary hearing), who is in dire need

2/ As discussed, this index at "History of Prior Kidney", Petitioner was badly beaten by Police Officers, causing the loss of the donor kidney.

wrote **inter alia**, "that absent more particularized findings, the departure would not be granted", **5H1.4**, supra.  However, the **Carney** Court did frame the criteria a Defendant must submit to achieve home detention for a serious medical condition.  The condition must be terminal, as here, thus allowing the Court an extraordinary and compelling reason to modify a sentence in so that, as here, treatment or death would be found devoid of prison.


### ARGUMENT 2

In following this rationale, and deciding many like criminal cases, the Circuit and the District Courts have held firmly to the **Carney** Court.  In **United States vs Summers**, 893 F.2d 63 (4th Cir. 1990), a criminal defendant raised the issue of age.  He was 23 years of age and sought avoidance of prison for being too young and, perhaps, being assaulted, this argument was denied.

In **United States vs Jefferson**, 786 F.Supp. 1267 (N.D.W.VA. 1992), the District Court denied a **5H1.4** departure to a defendant who claimed to be suffering from a combination of medical infractions; however, none, alone or in combination, were found to be life threatening illnesses.

In **United States vs Deigers**, 916 F.2d 916 (4th Cir. 1990), the defendant was denied a departure for drug abuse and financial difficulty.  The Court cited "drug abuse and financial difficulty may not, even under extraordinary circumstances, individually or in combination, support a downward departure.


### ARGUMENT 3

The Circuit also denied the departure for a "dependent person-

of a kidney transplant.  The inmate has two (2) natural brothers, also inmates at Devens, who provide a perfect match and have offer- ed and so authorized by each a kidney.  FMC Devens has yet to per- form the surgery.

Yet another inmate is "winding down" his last site, has applied for a compassionate release, but to date, all of the required sig- natories have refused to provide authorization.  Now, without judi- cial intervention, he, regretfully, will succomb to a painful death.

These are but just two of the voluminous cases at Devens of those in need of kidneys.

The BOP seems to have patchwork policy regarding transplants.[3/] Recently, an inmate seeking judicial intervention with the BOP's knowledge was told as the Court was told, "We'll provide the trans- plant".  In that matter, the organ has not been received.  The in- mates suffering continues.

## ARGUMENT 1

### PETITIONER IS ENTITLED TO
### CONSIDERATION FOR HOME DETENTION
### DUE TO A TERMINAL UNTREATABLE ILLNESS

The Fourth Circuit follows the teachings of the Circuit's decision of **United States v Carney**, 895 F.2d 318 (7th Cir. 1990). In **Carney**, the Defendant requested a downward departure due to "serious operations as the result of a brain tumor".  **See U.S.S.G. ZH1.4.**  The 7th Circuit Court of Appeals, in denying the request,

3/  Petitioner is not discounting the medical treatment at FMC Devens.  They have kept him alive.  His only "argument" is the policy of the BOP in not providing organs and/or waiting until the end of the site circuit before placing one on an organ list.

ality disorder". **See United States v Maddox**, 48 F.3d 791 (4th
Cir. 1995), and in **United States vs Kennedy**, 32 F.3d 876 (4th
Cir. 1994), who claimed drug and alcohol dependence, he too was
rejected.

In **United States vs Jones**, 18 F.3d 1145 (4th Cir. 1994), the
Appeals Court found that **Jones**, who claimed at 61 years of age,
"age and infirmity", did in fact suffer from "numerous physical
problems", however, did not give rise to any terminal condition.
The defendant in **United States vs Goff**, 907 F.2d 1441 (4th Cir.
1990) claimed drug addiction, however, no terminal condition.

In the 1990's, with the ongoing AIDS cases, many requests
for downward departures were submitted to the Court.  **See United
States vs Depew**, 751 F.Supp1.1195 (E.D. VA. 1990); **United States
vs Carr**, 271 F.3d.172 (4th Cir. 2001), all of which were rejected
in that life expectancy could be five (5) years anf FMC Butner
was equipped to treat HIV and AIDS inmates.  Petitioner enjoys
none of those safeguards.


### ARGUMENT 4

The District Court, finding for the defendant, granted the
5H1.4 departure when it was determined that the family was suffer-
ing "combined elements" of life-threatening illnesses.  **See
United States vs Velez**, 249 F.Supp.2d 716 (E.D. VA. 2002), however,
in **United States vs Channam**, 899 F.2d 327 (4th Cir. 1990), the
departure was denied after four (4) medical reports were introduced
into evidence reporting: (1) cancer; and (2) cancer-related
depression.  The two physical conditions were not terminal.  **But**

see United States vs Greenwood, 928 F.2d 645 (4th Cir. 1991),
"Loss of legs in Korean War warranted downward departure when it
was evidenced (as instantly) that the interruption of medical
treatment at a VA hospital would jeopardize his well being". Also
see United States vs Kelly, 905 F.2d 1532 (4th Cir. 1990) "must
show extreme physical impairment to impose sentence other than
imprisonment". Also United States ve Niemies, 689 F.2d 688 (7th
Cir. 1982) (quoting Depew at 1199).

Here, as shown by the appended medical records, Petitioner
suffers a terminal, soon to be untreatable, illness, i.e. no kidney
function. Greenwood, supra.

While it is true Petitioner did not become terminal in an
conflict fighting for his country, it is equally true that his loss
of kidney function was not prompted by a criminal act bestowed by
him to the public, quite the contrary.


### Argument II

#### COUNSEL WAS INEFFECTIVE
#### FOR HIS FAILURE TO BRING
#### BEFORE THE COURT AT SENTENCING
#### PETITIONER'S CRITICAL PHYSICAL CONDITION

The touchstone of ineffective counsel is analyzed under the
two-part test of Strickland vs Washington. Here, by counsel not
properly asserting Petitioner's critical physical condition, will
clearly satisfy the first prong, in that Counsel's representation
fell below an objective standard of reasonableness, and secondly,
Strickland, supra. Prejudice is firmly demonstrated by a clear
showing that, but for counsel failure in not bringing the factual
claim of Petitioner's physical condition to the Court, there is a

showing that the result of the proceeding would have been different. **Lewis vs Witek** 927 F.Supp.1288 (1996), **United States vs Seyfert**, 67 F.3d 544 (1995).

Here, at sentencing, Petitioner's right to effective assistance at this critical stage were violative of the Sixth Amendment.  **See Ittah vs United States**, D. Me. (1989) 761 F.Supp. 157, **in accord Gardiner vs United States**, D. Me. (1988) 679 F.Supp. 1143.

Counsel should be held ineffective for his non-acts at Petitioner's sentencing phase.


## RELIEF REQUESTED

An order entered to permit Petitioner home detention for the duration of his sentence in so that he can actively search  for a donor kidney in order to sustain his life.


Respectfully submitted,

Gene Latreace Mangum

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

Gene Latreace MANGUM )
    Petitioner )
    Pro-Se )
               ) Cr. No. 1:99CR356-1
vs )
               )
United States of America )
    Respondent )

## MOTION TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO TITLE 28 USC § 1915

Your Petitioner prays this Court to grant him permission to proceed without cost or fee, and submits the following to support this request.

1. Petitioner is in prison and unemployed.

2. Petitioner owns no real estate, motor vehicle, boats, or other modes of transportation.

3. Petitioner has no checking or savings account.

4. Petitioner has no income from pensions, civil actions, tort actions, nor does he expect such income.

5. Petitioner derives no income from any source.

6. Petitioner has no-one to advance him the fees for prepayment of this civil action at law.

For all of the foregoing reasons, Petitioner prays his relief be granted. Petitioner's small inmate account, too, is attached to this motion.

Respectfully submitted,

_Gene Mangum_
Gene Latreace MANGUM

MEDICAL APPENDIX TO MOTION:

## Year 2000

The presented Documents for the year 2000 are twenty-one (21) Bureau of Prisons (BOP) prepared medical documents.

ANALYSIS of the Year 2000:

The documentaion presented for 2000 clearly demostrates your Petitioner's lose of function of his transplanted kidney, that he enjoys no kidney function and in order to sustain his life must rely upon seven (7) day per week, eight (8) hours per day of dialysis. The documents too reveal that he is using his last site, the vast amount of medications he must take, the continual treatment he must undergo, the infection(s) he has suffered, the clotting etc.

The year 2001 is not available from the BOP:

The year 2002 is not available from the BOP:

ANALYSIS OF THE YEAR 2003:

The submitted partial documents for 2003 consist of one-hundred-four (104) BOP medical documentation pages. 2003 lays a further and firmer foundation of Petitioner's decreasing quality of life. The Petitioner, by the attached enclosures reveals additional more serious infections which curtails dialysis until cleared. 2003 also dictates that without a prompt and proper transplant he will not survive life even in the worst inmanigable forms. 2003 too finds an excess of medications, taken in concert to provide life.

In this year Petitioner sought a Compassionate release via the BOP, in denying this the BOP in all their wisdom found that your Petitioner, upon release could commit more crimes. This severe statement is without foundation nor were any authority or relevent statistics presented to affirm this finding.

While it is true that many releasee's do return to prison it is equally true that the BOP has not found, in comming to this conclusion how many persons released to obtain transplants to sustain life have "committed new crimes", and returned to prison. To your Petitioners information, knowledge, a n d  belief the answer would be n o n e.

# Inmate Statement

PRINT

| Inmate Reg #: | 20154057 | Current Institution: | Devens FMC |
|---|---|---|---|
| Inmate Name: | MANGUM, GENE | Housing Unit: | P CC |
| Report Date: | 06/17/2004 | Living Quarters: | P03-371L |
| Report Time: | 4:41:20 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Reciept# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| DEV | 10/6/2003 2:19:10 PM | 3JV106 | | | Payroll - IPP | $72.00 | | $73.24 |
| DEV | 10/7/2003 11:06:42 AM | 1 | | | Sales | $(39.05) | | $34.19 |
| DEV | 10/9/2003 3:05:47 PM | 10 | | | SPO | | $(22.50) | -------- |
| DEV | 10/28/2003 11:28:00 AM | 10 | | | SPO - Released | | $22.50 | -------- |
| DEV | 10/28/2003 11:28:00 AM | 11 | | | Sales | $(22.50) | | $11.69 |
| DEV | 11/5/2003 10:04:36 AM | 4JV004 | | | Payroll - IPP | $62.40 | | $74.09 |
| DEV | 11/6/2003 11:29:40 AM | 11 | | | Sales | $(55.70) | | $18.39 |
| DEV | 11/10/2003 11:06:06 AM | 1 | | | Sales | $(17.30) | | $1.09 |
| DEV | 12/5/2003 8:26:46 AM | 4JV019 | | | Payroll - IPP | $159.00 | | $160.09 |
| DEV | 12/5/2003 8:50:34 AM | 91600108 | | | FRP Quarterly Pymt | $(25.00) | | $135.09 |
| DEV | 12/8/2003 11:17:28 AM | 3 | | | Sales | $(126.80) | | $8.29 |
| DEV | 12/17/2003 6:23:40 PM | ITS1217 | | | ITS Withdrawal | $(8.00) | | $0.29 |
| DEV | 1/5/2004 11:26:23 AM | 3 | | | Sales | $0.00 | | $0.29 |
| DEV | 1/5/2004 12:12:16 PM | 4JV031 | | | Payroll - IPP | $104.00 | | $104.29 |
| DEV | 1/5/2004 5:16:27 PM | 25 | | | Sales | $(57.65) | | $46.64 |
| DEV | 1/5/2004 5:19:17 PM | 26 | | | Sales | $(9.95) | | $36.69 |
| DEV | 1/5/2004 7:48:14 PM | ITS0105 | | | ITS Withdrawal | $(15.00) | | $21.69 |
| DEV | 1/6/2004 6:11:51 PM | ITS0106 | | | ITS Withdrawal | $(20.00) | | $1.69 |
| DEV | 2/5/2004 8:43:52 AM | 4JV043 | | | Payroll - IPP | $132.00 | | $133.69 |
| DEV | 2/5/2004 5:24:19 PM | 45 | | | Sales | $(95.25) | | $38.44 |
| DEV | 2/10/2004 2:12:58 PM | 8730 | | 1089779 | Local Collections | $15.00 | | $53.44 |
| DEV | 2/14/2004 12:37:07 PM | ITS0214 | | | ITS Withdrawal | $(28.00) | | $25.44 |
| DEV | 3/5/2004 7:32:10 AM | 4JV055 | | | Payroll - IPP | $12.00 | | $37.44 |
| DEV | 3/5/2004 8:43:21 AM | 91600124 | | | FRP Quarterly Pymt | $(25.00) | | $12.44 |
| DEV | 3/6/2004 8:09:26 PM | ITS0306 | | | ITS Withdrawal | $(12.00) | | $0.44 |
| DEV | 4/5/2004 9:17:13 AM | 4JV068 | | | Payroll - IPP | $12.00 | | $12.44 |
| DEV | 4/6/2004 4:31:59 PM | ITS0406 | | | ITS Withdrawal | $(2.00) | | $10.44 |
| DEV | 4/7/2004 4:32:40 PM | ITS0407 | | | ITS Withdrawal | $(10.00) | | $0.44 |

| DEV | 5/5/2004 9:39:51 AM | 4JV082 | | Payroll - IPP | $12.00 | | $12.44 |
|-----|---------------------|--------|--|---------------|--------|--|--------|
| DEV | 5/6/2004 9:40:41 PM | ITS0506 | | ITS Withdrawal | $(2.00) | | $10.44 |
| DEV | 5/8/2004 5:12:49 PM | ITS0508 | | ITS Withdrawal | $(2.00) | | $8.44 |
| DEV | 5/9/2004 11:24:24 AM | ITS0509 | | ITS Withdrawal | $(8.00) | | $0.44 |
| DEV | 5/17/2004 2:14:08 PM | 14867 | 1088597 | Local Collections | $25.00 | | $25.44 |
| DEV | 5/21/2004 11:32:29 AM | 20 | | Sales | $(8.80) | | $16.64 |
| DEV | 5/24/2004 5:48:50 PM | ITS0524 | | ITS Withdrawal | $(2.00) | | $14.64 |
| DEV | 6/3/2004 6:59:39 PM | ITS0603 | | ITS Withdrawal | $(2.00) | | $12.64 |
| DEV | 6/5/2004 7:15:20 PM | ITS0605 | | ITS Withdrawal | $(2.00) | | $10.64 |
| DEV | 6/7/2004 8:13:23 AM | 4JV102 | | Payroll - IPP | $12.00 | | $22.64 |
| DEV | 6/7/2004 9:14:03 AM | ISO037 | | FRP Quarterly Pymt | $0.00 | | $22.64 |
| DEV | 6/12/2004 10:49:05 PM | ITS0612 | | ITS Withdrawal | $(2.00) | | $20.64 |

**Total Transactions: 40**

| | | | | Totals: | 19.40 | 0.00 |
|--|--|--|--|---------|-------|------|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|------------|-------------------|---------------------|------------------|-----------------|-------------------|-------------------------|----------------------|-----------------|
| DEV | $20.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.64 |
| **Totals:** | **$20.64** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$20.64** |

# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 20154057 | Current Institution: | Devens FMC |
| Inmate Name: | MANGUM, GENE | Housing Unit: | P CC |
| Report Date: | 06/17/2004 | Living Quarters: | P03-371L |
| Report Time: | 4:39:38 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 1978 |
| FRP Participation Status: | Refused |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/8/2001 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 6/13/2004 3:05:29 AM |
| Account Status: | Active |
| ITS Balance: | $2.21 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $20.64 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $20.64 |
| National 6 Months Deposits: | $324.00 |
| National 6 Months Withdrawals: | $311.65 |
| National 6 Months Avg Daily Balance: | $9.07 |
| Local Max. Balance - Prev. 30 Days: | $25.44 |
| Average Balance - Prev. 30 Days: | $17.59 |

SN 1540-00-634-17o                                                                                           600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

| DATE | |
|---|---|
| 8/15/00 | **R & D ORDERS** |
| 1510 | Assigned to MEDICAL DIALYSIS Service |

Admission Diagnosis ① ESRD — on hemodialysis x 11 yrs.

② Hx Renal transplant - 1993 - failed x 8 mos.

③ ① upper arm graft - clotted 8/15/00, Multiple access surg.

## INSTITUTIONS ADMISSIONS ORDERS:

HBsAb, HBcAb, HCV

Profile A, CBC, RPR, UA, *HBsAg (unless positive), HIV (unless Positive),

**EKG** (if over 40 y/o) and **Chest X-ray** (if over 50 y/o)

*[HIV & HBsAg are tested if:  break in service or greater than 30 days old]

Diet: Low NA, Low PO4, No Pork    Nmo's

Medications/Procedures:

① NEURONTIN  100 mg   ī po bid

② CALCIUM CARBONATE 500 mg  ī po tid

③ PHOSLO 667 mg  ī po qid c̄ food.

④ DEPAKOTE 250 mg  ī po bid

⑤ CALCITRIOL 0.25 mcg  ī̄ po q day

⑥ COLACE 100 mg  ī po bid

⑦ NEPHROLOGY  CONSULT

⑧ SURGERY CONSULT - CLOTTED ① UA GRAFT -
     NEEDS  ACCESS  AS LAST DIALYSIS SESSION WAS 8/14/00

⑨ Notify medical dept of pts arrival.

⑩ LOW BUNK - SEIZURE DISORDER.

FAXED To Pharm INIT: DATE: 8/25

Robin N. Floyd MSPA

R.A. FLOYD
PHYSICIAN ASSISTANT
USMCFP SPRINGFIELD, M

RECORDS
MAINTAINED AT

PA: MANGUM
        GENE LATREACE        20154-05
RI: B/M/O/05-23-1966
      HT/508    WT/180    HR/BK    EY/BN
SF: CUSTODY/IN

RANK/GRADE

PATIENT'S IDENTIFICATION
(Use this space for Mechanical imprint)

# 1-4

## PHARMACY COPY

MCFP Springfield, MO

| DEPART. SERVICE | SSN IDENTIFICATION NO. | DATE OF BIRTH |
|---|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-454.505

NSN 7640-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-15-00 | INITIAL NURSING NOTE |
| 1000 | S:  Reason for admission (in patient's own words) Dialysis, |
| | has clotted graft Lt. upper arm. |
| | Medications/Treatments  See R+D orders) |
| | Seizure D10. |
| | Previous Hospitalizations/Surgeries  GSW to Rt. Buttock '79 |
| | Mutiple vascular graft for dialysis. Inguinal Hernia |
| | O: B/P 120/74      Temperature Renal Transplant '93 |
| | Pulse 72      Respirations 16 |
| | Height 5'8"      Weight 195 |
| | Allergies Betadine Medicine      Food |
| | Causes Rash. |
| | A:      Notify doctor of admission now |
| | Notify MOD for further orders |
| | X  Notify appropriate clinic on next duty day |
| | P:  Orient to the following: |
| | X  Call Light |
| | X  Smoking Policy |
| | X  Unit Orientation |
| | Admited to locked room. Dendidy classification. |
| | Resp-eupnic. Color WNL, Lt. upper arm graft(s) for |
| | B.T. Notify MD in AM. Massage left to clinic. M. Deskey RN |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/56

| RECORDS MAINTAINED AT: | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE      STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR

NSN 7540-00-634-4176                                                                                         600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE. | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-16-00 PIOC | Psychol 8:48 No Psych concerns. _____ Dennis Psychol |
| 8/16/00 19⁰⁵ | 34 Year Old Man with 11 Year History of Hemodialysis Due to Hypertensous Exam BP 120/74 P 70 Neck Veins Non Distended Chest Clear Cardiac Regular Rhythm No Murmur Dr Gallop Abd No Mass HIP Dictated ✱ Assessment Chronic Renal Failure No Contraindication to Graft Dr Cost ___ |

| 8-17-00 | OPERATIVE NOTE: |
|---|---|
| | PRE-OP     Child DAC (Duguar) |
| | POST-OP    ___ + Steve ___ Ulcer assistance |
| | OPERATION  1) Cell |
| | ANESTHESIA 2) Intubation |
| | SURGEON    3) Open renal ___ Kidney ___ |
| | FINDINGS   ___ |
| | CONDITON   Conderion |
| | PROGNOSIS |
| | PLAN |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

MANGUM
   GENE LATREACE          20154-057
B/M/O/05-23-1966
HT/508   WT/180   HR/BK   EY/BN
CUSTODY/IN

RECORDS MAINTAINED ▶

| 'S NAME (Last, First, Middle initial) | | | SEX |
|---|---|---|---|
| NSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| 'S NAME | | ORGANIZATION | |
| SERVICE SSN/IDENTIFICATION NO. | | | DATE OF BIRTH |

OGICAL RECORD OF M___AL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-16-00 0030 | SOAP. resting in bed. NAD, c/o when + unlabored. Cont to Monitor — |
| 8-16-00 0605 | S: c/o'd c/o @ this time, reports @ upper q left Chest depots does not urinate O: NAD respiren + unlabored @ Brent or [illegible] noted in supt A: BP 90/60 T 97° P 6_ SA02 98% R/A P: up pt to Dis. Cont to Monitor |
| 8/16/00 7⁰ | — CBC, PROFILE A, INR, PT, PTT > Now — MPO Past Midnight — CHEST X-RAY PA & LATERAL Today — EKG Today |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

8-18-00

OPERATIVE NOTE:
PRE-OP _[illegible]_ DAC _[illegible]_
POST-OP _[illegible]_
OPERATION _[illegible]_ 7 mm
ANESTHESIA _local MAC_
SURGEON _[illegible]_
FINDINGS _[illegible]_
CONDITON
PROGNOSIS
PLAN _[signature]_

8/2?/00    SEEN IN
           NEPHROLOGY CLINIC

_Pt seen + consult dictated_

_[signature]_

8-22-00    _[illegible] pre-op. De-clot clotted HD Graft [illegible]_
(1230)    _PMH HTN GSW ® Buttocks Seizures (Dilantin controlled)_
          _Allergy Betadine - rash Lab [illegible] K 6.3 WBC 2.8_
          _[illegible] K level [illegible] consult requested [illegible] Hep C_
          _ASA III Four [illegible] Plans for local Mac_
          _[illegible] BX +Sed [signature]_

509–113                                                                                                    NSN 7540–00–634–4122

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

| DATE | |
|---|---|
| 8-24-00 | **OPERATIVE NOTE:** *[handwritten]*<br>PRE-OP<br>~~POST-OP~~<br>OPERATION<br>ANESTHESIA<br>SURGEON<br>~~FINDINGS~~<br>CONDITON<br>PROGNOSIS<br>PLAN |
| 8-24-00<br>1145 | *[handwritten progress note]* BP 100/60  HR 72 |
| 8/28/00<br>7 *[illegible]* | *[handwritten note]*<br>J. HIPSKIND, D.O. |

(Continue on reverse side)

| PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)* | REGISTER NO. | WARD NO. |
|---|---|---|

PROGRESS NOTES

Medical Record

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/66

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

509-113                                                                NSN 7540-00-634-4122

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE**

8/30 — *[handwritten] Graft clotted, will declot graft tomorrow. Remained patient* — *[signature]*

8/30/00 — *See Anesthesia note 8/22, continues BP ATII fair risk. K⁺ ↑ on last lab 5.2 orders written. Plan to lower more on Bicarb R/A* — *[signature] DO*

OPERATIVE NOTE:
8-31-00
PRE-OP         *Occl DAC (?) Upper*
POST-OP        *Same + Lacy Vein stenosis Distally*
OPERATION      *Declot Fistulogram V/Lumen Angioplasty*
ANESTHESIA
SURGEON        *Carlson*
FINDINGS
CONDITON
PROGNOSIS
PLAN

8-31-00 — *[handwritten] From time passing pt much resting quietly to*
1245 — *Dialysis from OR appropriate response BP 127/70 HR 72 SaO2 96 on R/A. No apparent Anesthesia complication* — *[signature] DO*

(Continue on reverse side)                      J. HIPSKIND, D.O.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)    |    REGISTER NO.    |    WARD NO.

PROGRESS NOTES
Medical Record

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/55

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

## PROGRESS NOTES

| DATE | |
|---|---|
| 6-00 1930 | *[handwritten clinical note, partially illegible]* Physician to insert PEJ c difficulty. Pt tolerated Anything well c no apparent complication. Portable CXR done. *[signature]* J. HIPP—, D.O. |

---

7/14/00
1315

SEEN IN NEPHROLOGY CLINIC

*See note dictated by Dr Huston*

P) Surg Clin referral - Pt c/o numbness in 4th/5th fingers p access surgery.

*[signature]*
R.A. FLOYD
PHYSICIAN ASSISTANT
USMCFP, SPRINGFIELD, MO

---

## SURGERY CLINIC

9-25-00
2500

S. c/o Lt. ulnar hand burning sensation since surgery.        Rt F-J cath

O) A LUA incision well healed
   flows audible c doppler
   Lt. hand warm; ↓ strength; c good
   Capillary refill
P- Flu c Dr Cordonnier

*[signature]*

Ⅸ. ♻ Printed on Recycle Paper

STANDARD FORM 509 (REV. 7-91) BACK

NSN 7540-00-634-4122

509-113

| MEDICAL RECORD | PROGRESS NOTES |

DATE

9/26/00  Seen Because Of Rigors/Discose
Drainage From Exitosite
Interval Greater Notss
Assessme Line Sepss
Plan: ① Cycture
② Begin Antibiotics
③ Remove Line
④ Declot Tomorrow

9-27-00   **SURGERY CLINIC**          JAMES K. CORDONNIER, MD
1000                              ~~GENERAL SURGERY~~
                                 GENERAL SURGERY
                                 CONSULTANT, MCFP-SPG

Scheduled for Declot possible
Fistulogram up in the O.R.
                                    J. Dixon ca

9/28/00   Following Application Of 1% Local Anesthetic
9 13      And Using Sterile Technique A Femoral Catheter
          Was Placed The Right Femoral Vein Using
          The Seldinger Technique. No Problems
          Were Encountered The Procedure Was Well
          Tolerated

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

PROGRESS NOTES
Medical Record

MANSUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/55

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.20

## PROGRESS NOTES

| DATE | |
|------|---|
| 9-28-00 1020 | Anesthesia preop 34 yr of for *Declot* to *Rulogan* pass Angioplasty pass insertion of cuffed HD catheter. Lab renal last ★ 5.6 CXR EKG reviewed ASA III Fair risk Clears R/ local + sedation See Anes. note 8/22 |
| | J. LIPSKIND, D.O. |
| 9/30/00 1650 | T/sg staff notes that dialysis run was sub-optimal today - frequent alarming. ? clotted femoral stay line. |
| | P) ✓ lrequal profile in AM. Dr Jones to review in AM. Femoral line has been pulled |
| | R.A. FLOYD, MSPA |
| | PHYSICIAN ASSISTANT USMCFP, SPRINGFIELD, MO |
| 10-2-00 | OPERATIVE NOTE: |
| | PRE-OP Clots UAC ① upper arm |
| | POST-OP flow + out flow stenos (graft venous) |
| | OPERATION Declot, Fistulogram - Vein angioplasty |
| | ANESTHESIA |
| | SURGEON Columna |
| | FINDINGS tight stenos of graft venous |
| | CONDITON anastomosis ② venous ? |
| | PROGNOSIS |
| | PLAN |

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/55

509-113                                                                      NSN 7540-00-634-4122

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE

10-2-00  **OPERATIVE NOTE:**
PRE-OP
POST-OP
OPERATION
ANESTHESIA
SURGEON
FINDINGS
CONDITON
PROGNOSIS
PLAN

10-2-00
1540 _(handwritten clinical note, illegible cursive)_ ... BP 130/84 P/R 78 SO₂ 98 ...

10/3/00 _(handwritten note)_ HIPSKIND, D.O. ... Wound ... PT ...

10/3/00 S - Rbs PO ☐
0800 O A/V.S.S. _(handwritten note)_ ... surgical ... dressed

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.          WARD NO.

PROGRESS NOTES
Medical Record

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/55

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.20

## PROGRESS NOTES

| DATE | |
|---|---|
| 0(10)00 1900 | Following Application Of 1% Local Anestetic And Using The Seldinger Technique A 16 Cm Hemodialysis Catheter Was Placed In The Right Internal Jugular Vein Without Difficulty. No Complications Were Encountered  The Procedure Was Well Tolerated |
| 10-10-00 1430 | Anesthesia preop 34 y.o. ♂ for Cuffed HD Cath placement. PMH numerous attempts to est. permanent HD graft ⓢ success 2° infection, clotting. Allergic Betadine Idiopathic Seizure ⊕ Hep C ESRD HD naive R IJ inserted 10/10 ASA III fair risk plan IV local Sed. H/o postop bleeding 10/3/00  _____ HIPSKIND, D.O. |
| 10(10(00 1420 | Post Procedure CXR Shows Catheter In Good Position. No Pneumothorax Ok for Dialysis. |

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/66

STANDARD FORM 509 (REV. 7-91) BA

## PROGRESS NOTES

| DATE | |
|------|---|
| 10/17/00 | Dialized — Temporary Catheter |
| 1900 | W Right Internal Jugular. |
| | Bilateral Subclavian Obstruction |
| | Noted On Venogram. |
| | No Chronosos Indicator At This Time |

| | |
|---|---|
| 10/20 | O/nhhl |

# PROGRESS NOTES

| DATE | |
|---|---|
| 11/1/00 1300 | Cames Thesia post op Pt awk alert · BP 134/73 HR 90 Sat 95 on R/A tolerated Anethesia well c̄ apparent complication |

J. HIPSKIND, D.O.

| Date 11/2/00 | Inmate Name Mangum, Gene | Register Number 20154-057 14287-44 PHC |
|---|---|---|

**Time 1045**

S ① Cath tip shows slight growth Staph capitis.

0 ① Discussed c̄ Dr Husted.
   Elect to tx c̄ Clindamycin 300 mg q 6 hours X 4 days.

A

② A&D ointment - apply to feet at hs X 90d.

P

Provider Robin A. Floyd PA-C
R.A. FLOYD
PHYSICIAN ASSISTANT

USP LVN    Federal Bureau of Prisons    Previous editions not usable    SF-355(60) January 1981
USMCFP, SPRINGFIELD, MO

| 11/4/00 1200 | Seen at request of nsg staff. Pt c/o (L) arm being swollen at surgical site. Began Thurs after run. |
|---|---|

0 (L) upper arm surgical site shows mild erythema, moderate swelling. Decreased bruit in area of incision. No obvious pus drainage.
   Needles are placed proximal to this area; running well at 300 pump speed, Ø alarms.
   Pt currently on Clindamycin.

A. Suspect hematoma at inferior aspect of fistula.

P. Observe for now. Expect resolution over next week or so. May use ice pack if swelling recurs after today's

CONT'D →

MEDICAL APPENDIX TO MOTION:

### Year 2000

The presented Docu
twenty-one (21) Bure
medical documents.

### ANALYSIS of the Year 2000:

The documentaion presented for 2000
Petitioner's lose of function of his
he enjoys no kidney function and in o
must rely upon seven (7) day per week
of dialysis. The documents too revea
site, the vast amount of medications i
treatment he must undergo, the infect
clotting etc.

The year 2001 is not available from tl

The year 2002 is not available from tl

### ANALYSIS OF THE YEAR 2003:

The submitted partial documents foi
four (104) BOP medical documentation i
firmer foundation of Petitioner's deci
Petitioner, by the attached enclosures
serious infections which curtails dial
dictates that without a prompt and pro
survive life even in the worst inmaniç
excess of medications, taken in concei

In this year Petitioner sought a Cc
BOP, in denying this the BOP in all th
Petitioner, upon release could commit
statement is without foundation nor we
statistics presented to affirm this fi

While it is true that many releasee
equally true that the BOP has not foun
how many persons released to obtain tr
"committed new crimes", and returned t
information, knowledge, a n d  belief

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEI |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGA |

8·15-00    INITIAL NURSING NOTE

1600    S:   Reason for admission (in patient's own words)

has clotted graft L. upp

Medications/Treatments    See R+D On

Seizure D/O.

Previous Hospitalizations/Surgeries    CSU

Multiple vascular graft for dialysis.

O: B/P  120/74              Temperature  Renal

Pulse  72                Respirations  16

Height  5'8"              Weight  195

Allergies Betadine  Medicine  ———  Fo

Causes Rash.

A:        Notify doctor of admission now

Notify MOD for further orders

X  Notify appropriate clinic on next duty day

P:  Orient to the following:

X  Call Light

X  Smoking Policy

X  Unit Orientation

Admitted to Locked room Pending

Resp-leupric. Color WNL, L. upp

BTT. Notify MOD in Am. Massage left Ch

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/55

| RECORDS MAINTAINED AT: | ▶ |
|---|---|
| PATIENT'S NAME (Last, First, Middle initia | |
| RELATIONSHIP TO SPONSOR | |
| SPONSOR'S NAME | |
| DEPART./SERVICE | SSN/IDENTIFICATIO |

CHRONOLOGICAL RECORD OF N.   ..CAI

PROGRESS NO

| DATE | |
|------|---|
| 9-6-00 | *(illegible handwriting)* |
| 1430 | |

| 9/14/00 | SEEN IN |
| 1315 | NEPHROLOGY CLINIC |

P) *Surg Clin referral*
4th/5th *fingers*

**SURGERY CLINIC**

| 9-25-00 | S: C/o Lt. ulnar han |
| 0500 | *(illegible handwriting)* |

@ A LUA *(illegible)*
*flow audible*
Lt. hand warm;
*capillary refill*

MANGUM, GENE L
20154-057
MCFP SPG MO

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

DATE

**10-12-00**    ORTHO CLINIC

**1230** Suctures were taking out
in dialysis by Nurse Smith R.N.
Return to clinic PRN.

                    J. Dixon CJ.

**10-16-00**

OPERATIVE NOTE:
PRE-OP
POST-OP
OPERATION
ANESTHESIA
SURGEON
FINDINGS
CONDITON
PROGNOSIS
PLAN

*(Continue on reverse side)*

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Mangum, Gene
20154-057

REGISTER NO.       WARD NO.

**PROGRESS NOTES**
STANDARD FORM 509 (Rev. 11–77)
Prescribed by GSA/ICMR,
FIRMR (41 CFR) 201–45.505
509–111

NSN 7540-00-634-4122

509-113

MEDICAL RECORD | PROGRESS NOTES

DATE

11-1-00 0800 SURGERY CLINIC

JAMES K. CORDONNIER, MD
GENERAL SURGERY
CONSULTANT, MCFP-SPG

11/1/00 0900 Anesthesia preop 34 y/o for Thrombectomy [illegible] Angioplasty (L) arm HDG. PMH Numerous attempts to maintain permanent HD access (L) arm including recent stent placement. Was on heparin [illegible] p stent & [illegible] 10/27 p Hemodialysis. R IJ was also [illegible] and pt reclotted graft again. Other H/O post op bleeding c prolonged clotting [illegible]. HTN Seizures Hep C. Allergic to Betadine. Request Beef heparin - [illegible] Fair risk Plan [illegible] Local [illegible]

[signature] HIPSKIND, D.O.

11-1-00

OPERATIVE NOTE: [illegible] DAC (L) upper arm

PRE-OP [illegible] out flow stenosis + [illegible]

POST-OP

OPERATION [illegible]

ANESTHESIA Local MAC — [illegible], [illegible] - [illegible] angioplasty

SURGEON Cordonnier

FINDINGS

CONDITON This graft is worn out, [illegible]

PROGNOSIS function much longer - Need new

PLAN graft elsewhere, When

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. WARD NO.

DR. J. CORDONNIER, M.D.

PROGRESS NOTES
Medical Record

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/6?

NSN 7540–00–634–4122

509–113

| MEDICAL RECORD | PROGRESS NOTES |

| DATE | |
|---|---|
| 11/9/00 1200 | *dialysis session. Notify medical staff if bruit ↓.* |

Robin A. Floyd, MSPAC
R.A. FLOYD
PHYSICIAN ASSISTANT
USMCFP, SPRINGFIELD, MO

| 11-8-00 1230 | **SURGERY CLINIC** |

*Moderate amt. Swelling over operative site — incision well healed. RTC 1 wk.*

B. ____ MD

| 11-15-00 1300 | **ORTHO CLINIC** |

*Patient was a No Show for Suture Removal.*

J. Dixon C.T.

| 11-16-00 0900 | **ORTHO CLINIC** |

*Dialysis will remove Sutures. Patient was a No Show for Suture removal in clinic.*

J. Dixon C.
J. DIXON
Clinical Tech

(Continue on reverse side)

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)*

| REGISTER NO. | WARD NO. |

PROGRESS NOTES
Medical Record

STANDARD FORM 509 (REV. 7–91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201–9.20

MANGUM, GENE L.
20154-057
MCFP SPG MO
DOB 5/23/55

## PROGRESS NOTES

| DATE | |
|------|---|
| 11/16/00 1505 | Dialysis Graft Clotted Yesterday. Strongly Recommends Temporary Dialysis Catheter Be Placed Either In Femoral Vein Or Internal Jugular Pending Arrangements For Permanent Graft Placement. Pt Understands Need For Dialysis, And Refuses Placement Of Temporary Catheter ___ |
| 11/17/00 1215 | Anes Thesia prep for thrombectomy fistulogram angioplasty today. PMH ESRD HTN — Numerous failed attempts to establish functional Dialysis fistula include recent stent placement. ⊕ Hep C Tachycardia serum Refusing central line for Dialysis @ Christin AGA III Fair risk Plan Will use Sex Adequa to Establish _____ J. HIPSKIND, D.O |
| 11/17/00 1305 | Anesth. notes, pt C/o Nausea — x-ray ordered prep. _____ HIPSKIND, D.O. |

509-113                                                                    NSN 7540-00-634-4122

| MEDICAL RECORD | PROGRESS NOTES |
|---|---|

**DATE**

Date 11/20/00

Inmate Name *Mangum, Gene*

Register Number

Time 1100

S *"the stitch in my chest came out"*

0 Wound @ anterior chest is ≈ 10 mm length, gaping to ≈ 5 mm width. Wound is clean, no apparent erythema or exudate. Tissue

A edges appear slightly dry. No bleeding noted.

P ℗ Wound cleansed c̄ isopropanol (Pt allergic to betadine). Tegaderm placed. Discussed how wound now needs to close by secondary intention. R. Floyd

USP LVN    **Federal Bureau of Prisons**    Previous editions not usable    BP-S355(60) January 1988

Provider

R.A. FLOYD
PHYSICIAN ASSISTANT
USMCFP, SPRINGFIELD, MO

11/24/00    Seen for painful lesion on penis
1515        Exam: Ulcerated lesion on head
            of penis suggestive of lichen
            planus.
            Plan systemic steroids dressing
            Follow up next week.

11/27/00    Pt requests to be allowed to work. Wants to work
1200        as unit orderly. Pt denies fatigue, problems after
            dialysis sessions.
            ℗ Discussed c̄ Dr Jones. OK for work as
            orderly / Other / light duty.

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.                          WARD NO.

Robin N. Floyd MSPA

R.A. FLOYD
PHYSICIAN ASSISTANT
USMCFP, SPRINGFIELD, MO

*MANGUM, GENE*

PROGRESS NOTES
Medical Record

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

# PROGRESS NOTES

| DATE | |
|------|---|
| 11/30/00 | Lesion On Penis Less Inflamed |
| | Less Bruised, Redness Irritated |
| | With Some Bleeding |
| | Overall Improved |
| | Will Begin Topical Triamcinolone |
| | Taper Oral Steroids |
| 12/7/00 | SEEN IN NEPHROLOGY CLINIC    See note dictated by Dr Husted. |
| 1300 | |
| | P) Discussed fluid control. |

Robin A. Floyd MS PA-C
R.A. FLOYD
PHYSICIAN ASSISTANT
USMCFP, SPRINGFIELD, MO

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|

(11) PSYCH EVAL - DR DENNEY - EVAL FOR
CONTINUED USE OF BUSPAR 10 mg @ hs

(12) D/c QUININE SULFATE

R. Floyd MSPA

MANGUM, GENE L.
20154-057
MCFP SPG MO

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: MD Hoenig / OFFICE | FROM: (Requesting physician or activity) SI Sawa PDL | DATE OF REQUEST 8/17/03 |
|---|---|---|

REASON FOR REQUEST *(Complaints and findings)*

(L) groin Cath Needs Sutures Removed — Notify Dialysis Al!
— Send to his office (MD Hoenig)    q/ Appt

(X) Dialysis (M W F) Afternoons    MUST
Sched for
2 weeks on
9/2 or 9/3

PROVISIONAL DIAGNOSIS

Suture Removal.

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| | | ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED | ☐ YES ☐ NO | PATIENT EXAMINED | ☐ YES ☐ NO | TELEMEDICINE | ☐ YES ☐ NO |
|---|---|---|---|---|---|

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |

| PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANGUM, GENE
05/23/1966
DIALY.
FMC DEVENS

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM          GENE                    Physician: ZAMBETTI
ID: 20154-057
Sex: M
                              Fluid: SERUM            Priority: ROUTINE
Report Print Date 10/07/03                            DOB:  5-23-1966

Test                          Result                      Normal Range
-------------------------------------------------------------------------

CHOLESTEROL                   166.      mg/dL          140.    -    200.
TRIGLYCERIDES                 125.      mg/dL           30.    -    200.
HDL CHOLESTEROL                46.      mg/dL           30.    -     70.
LDL                            94.      mg/dL           60.    -    130.

-------------------------------------------------------------------------

**RESULTS FAXED TO
DIALYSIS**

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens        OCT 0 8 2003

AUTHORIZED FOR LOCAL REPRODUCTION

| ~~DICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| FROM: (Requesting physician or activity) | DATE OF REQUEST |
|---|---|
| ~~diology Emerson Hospital FMC Devens | 8/15/03 |

~~N FOR REQUEST (Complaints and findings)

Scheduled for a thrombectomy. Please treat.

PROVISIONAL DIAGNOSIS

CRF, dialysis, HCV

DOCTOR'S SIGNATURE

Chr. ___ gilments RNK ___

APPROVED ___

| PLACE OF CONSULTATION | | ROUTINE | TODAY |
|---|---|---|---|
| ☐ BEDSIDE | ☐ ON CALL | ⊠ 72 HOURS | ☐ EMERGENCY |

## CONSULTATION REPORT

Clinical Director
FMC Devens

| ~~ECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

Completely occluded © upper arm AV graft. Occluded (L)
Subclavian stents. Stent extends partly into SVC.
Patent ® axillary vein & © subclavian vein. Patent
SVC. Occluded ® Common femoral vein by U/S.
Placed (L) femoral vein Double lumen XPressio tunneled
dialysis catheter. Watch puncture site x 2h. Leg flat x 2h
3 sutures at catheter site. Remove one suture after 2 week
Leave the 2 Catheter sutures in place.

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE |
|---|---|
| James T. Burd MD   BURCH | 8/18/13  1000 |

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|
| Emerson Hospital | | |

RELATION TO SPONSOR    SPONSOR'S NAME (Last, first, middle)    SPONSOR'S ID NUMBER (SSN or Other)

B. Stinson D.O.
Radiologist
FMC Devens

13M    9-3-a

| REGISTER NO. | WARD NO. |
|---|---|

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

Mangum, Gene
2015 K-057
FMC Devens
DOB: 5/3/66

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: | FROM: *(Requesting physician or activity)* | DATE OF REQUEST |
|---|---|---|
| Radiology Imson Hospital FMC Devens | | 8/15/03 |

REASON FOR REQUEST *(Complaints and findings)*

Scheduled for a thrombeltomy. Please treat.

PROVISIONAL DIAGNOSIS

CRF, dialysis, HCV

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| Dr. William, RNP | | ☐ BEDSIDE   ☐ ON CALL   ☒ 72 HOURS | | ☐ EMERGENCY |

### CONSULTATION REPORT

| RECORD REVIEWED | ☐ YES ☐ NO | PATIENT EXAMINED | ☐ YES ☐ NO | TELEMEDICINE | ☐ YES ☐ NO |
|---|---|---|---|---|---|

Chart.
Copy

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
| PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO. |

20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: mDHoenigs (OFFICE)

FROM: *(Requesting physician or activity)* SC Snow PPL

DATE OF REQUEST 8/17/03

REASON FOR REQUEST *(Complaints and findings)*

① groin Cath Needs Sutures Removed

— Send to his office (MD Hoenig)

②D ialysis (M W F Afternoons

Notify Dialysis Al!!
of Appt
MUST
Sched for
2 weeks on
9/2 or 9/3

PROVISIONAL DIAGNOSIS

Suture Removal.

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE    ☐ ON CALL

☐ ROUTINE    ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED    ☐ YES ☐ NO    PATIENT EXAMINED    ☐ YES ☐ NO    TELEMEDICINE    ☐ YES ☐ NO

*(Continue on reverse side)*

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME *(Last, first, middle)*

SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name – last, first, middle; ID no. (SSN or Other); Sex; Date of Birth; Rank/Grade)*

20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS

FAXED
AUG 22 2003
BY:

REGISTER NO.

WARD NO.

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-59)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

# Emerson Hospital

### SHORT STAY FORM
## 48 HOURS OR LESS

```
406___9        MDC           432051
MANGUM, GENE
Male    37                   05/23/1966
HOENIG MD, STEPHEN J
08/18/03
```

**DIAGNOSIS:** ESRD ō clotted (L) arm AV graft. Graft placed in 1997

**PRESENT ILLNESS:** Dialysis graft clotted on Friday 8/15/03

**PERTINENT PAST HISTORY:** H/o Bleeding when u 2weeks ago.   s/p (L) subclavian vein stents.

**ALLERGIES** Betadine

**CURRENT MEDICATIONS** Ca-acetate,

**REVIEW OF SYSTEMS** Renal Failure 2° HTN

---

## PHYSICAL EXAMINATION

**HEENT**

**NECK**

**CHEST**

**HEART**

**ABDOMEN**

**GENITOURINARY**   Scar (L) groin

**NEUROLOGICAL**

**EXTREMITIES** tender, aneurysmal (L) upper arm graft   No thrill/a pulse

**TREATMENT PLAN:** AV graft study, possible thrombectomy / angio/   Consider catheter possible placement

BAS 9-3-03

8/18/03

| Signature | Date / Time |
|---|---|
| Signature (verifying / updating information) | Date / Time |

EMH043 (REV. 2/02)

2015Y-057

# HealthAlliance

HealthAlliance Hospital, Inc., Leominster Campus

# Physician Report

MRN: 000000520702  Encounter #: 005008417486
Name: FMCDMANGUM,GENE,L
Street: UMASS/FMCDEVENS
City: WESTBORO, ST: MA Zip: 01581
Age: 37Y DOB: 05/23/1966 Sex: M Phone: (000)000-0000
Date of Registration: 08/21/03  14:21

GREL: S Guarrantor: FMCDMANGUM,GENE
Ins #1: E04 UMASS/FMCDEVENS  Policy #1: 20154057
Ins #2:  Policy #2:
Ins #3:  Policy #3:

Patient was brought to the Emergency Department by prison guards.
The patient is a good historian.
**CHIEF COMPLAINT:** blocked catheter

Patient complains of blocked dialysis catheter in left groin approximately several days prior to arrival. States catheter was placed several days ago at UMMC, but has not been able to be accessed due to clot. Attempts at thrombolysis were not successful. Feels some SOB because last dialysis was 6 days ago. Denies fever or chest pain. Has slight discomfort at insertion site. No swelling or drainage.

**PATIENT'S ALLERGIES: betadine**
**PATIENT'S CURRENT MEDICATIONS:** calcium, iron, ASA, zantac, depakote, metoprolol, doxercalciferol, sorbitol, senna, minoxidil, epoetin alfa, tylenol, dialvyte
**REVIEW OF SYSTEMS:** Head: No headache or recent injury. Eyes: no pain, discharge, or recent change in vision. ENT: No earache or discharge, no recent change in hearing, no nasal discharge, no sore throat or dysphagia. Neck: No pain, stiffness, or swelling. Cardiac: No chest pain or palpitations.
Respiratory: as above. Gastrointestinal: No abdominal pain, nausea, diarrhea, or bleeding. Genitourinary: No dysuria, hematuria, or frequency. Musculoskeletal: No significant back pain or recent injury.
Neurological: No headache or focal neurological symptoms. Skin: no rash or lesions. General: No fever, chills, diaphoresis, or other general complaints noted. Other: Rest of system review was negative.
**PMH : MEDICAL HISTORY:** renal failure - on dialysis, AV graft left upper arm, parathyroidectomy, substance abuse, genital warts, hepatitis C
SOCIAL HISTORY: AT FMCDevens, sunstance abuse

**PHYSICAL EXAM:** Vital Signs:
BP:152/100 PULSE: 83 RESPIRATION: 16 TEMPERATURE: 99.9 oral
Oxygen saturation: 97% on room air. Within normal limits.
PATIENT STATUS: alert and cooperative.
HEAD: Atraumatic, without temporal or scalp tenderness.
NECK: Supple, nontender, no lymphadenopathy.
CHEST: Nontender, symmetrical, no retractions.
LUNGS: Clear to auscultation and breath sounds equal, no wheezes, rales, or rhonchi.
HEART: Regular rate and rhythm without murmurs, ectopy, gallops, or rubs.
ABDOMEN: Soft, nontender, good bowel sounds. No hepatosplenomegaly, rebound, guarding, firm or pulsatile mass. No flank tenderness.
Distal pulses are present and equal bilaterally. No cyanosis. Normal capillary refill.
PEDAL EDEMA: none.
Skin: Normal.

Catheter insertion site - tender, slight bleeding, no induration or drainage.

CBC with mild pancytopenia

Chem pending, with prelim creat over 20

**DIAGNOSIS:** Blocked femoral catheter
        Renal failure
**DISPOSITION:** Patient was admitted to Medical Surgical as inpatient in stable condition.

Emergency Department Copy

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

*UMass.*

| REQUEST | | |
|---|---|---|
| TO: *Nilima* *MD Patwarden*, *Surgeon for* | FROM: *(Requesting physician or activity)* *SC Smith PA* | DATE OF REQUEST *8/26/07* |

REASON FOR REQUEST *(Complaints and findings)*   *peritoneal Dialysis*

— Imate w/ groin access for Dialysis needs to go onto peritoneal Dialysis
— Per MD Zambetti — MD Patwarden will first eval the pt then 1-2 weeks
— (Umass Med CTR)            Later do the surgery (i.e. 2 visits)

PROVISIONAL DIAGNOSIS

*Dialysis / Limited access*            ( 1st of 2 )      (# 1 week before 9/5/03)

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| S. Smith PA-C   *S. Smith* *p A-C* | Dr. Sandra Howard Clinical Director   ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |

MLR
FMC Devens

| CONSULTATION REPORT | | | |
|---|---|---|---|
| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO | |

( Notify Dialysis )  He has on ( M W F ) afternoon

Dr. Sandra Howard
Clinical Director

Reviewed/ Date

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |

| PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no; SSN or other); Sex; Date of birth; Rank/Grade)* | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS


FAXED
SEP 1 0 2003
BY:

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

05/04/2023   08:25      9784662931                                    MED RECORDS

20154-057

# HealthAlliance

HealthAlliance Hospitals Inc.

**Leominster Campus**

| Name: | Fmcdmangum, Gene L | |
| DOB: | 05/23/1966 | LOC: MSU M028-A |
| MR#: | 00520702 | |
| Encounter#: | 005008417486 | |
| Admit Date: | 08/21/2003 | Disch Date: 08/25/2003 |

## DISCHARGE SUMMARY

**DICTATING PROVIDER:**   Shipen Li, MD

**DATE OF ADMISSION:**        08/21/03

**DATE OF DISCHARGE:**        08/25/03

**DISCHARGE DIAGNOSES:**
1.   Dialysis access malfunction.
2.   End-stage renal disease.

**CONSULTATION:**  Stephen Hoenig, MD

**COMPLICATIONS:**  None.

**TREATMENT:**  Hemodialysis.

**DISPOSITION:**  Discharged back to Federal Medical Center Devens.

**HOSPITAL COURSE:**  This is a 37-year-old black male with a clotted AV graft
which was not revised due to subclavian stenosis of the vein on the left side
and instead a left tunneled femoral vein catheter was placed for hemodialysis.
However, it was not working well at the Federal Prison and he was admitted to
receive dialysis in the hospital with trials in different positions. The
patient was able to be dialyzed adequately in the lying position on a stretcher
with use of TPA in the catheter.  However there was some redness and bleeding
from the catheter site although the cultures were negative for signs of
infection.  He was empirically treated with vancomycin and then gentamicin.
Dr. Hoenig was consulted from Vascular Surgery.  He knows him from previous
encounters and thought that the options were running out for permanent dialysis
access in this gentleman, and the patient expressed wishes to pursue CAPD.
This will be done as an outpatient, and he was discharged back to Federal
Medical Center Devens to continue outpatient hemodialysis in a stretcher and
will be scheduled for outpatient CAPD conversion.

ORIGINAL

09/04/2003  08:25    9784652931

# HealthAlliance

HealthAlliance Hospitals Inc.

**Leominster Campus**

| | |
|---|---|
| **Name:** | Fmcdmangum, Gene L |
| **DOB:** | 05/23/1966    **LOC:** MSU M028-A |
| **MR#:** | 00520702 |
| **Encounter#:** | 005008417486 |
| **Admit Date:** | 08/21/2003    **Disch Date:** 08/25/2003 |

Shipen Li, MD
DICTATING PROVIDER

mrc/SL
DD: 09/03/2003   4:17 PM   DT: 09/04/2003  4:40 AM   DI: 09/04/2003  8:16 AM   DP: 09/04/03 9:07 AM
Job#: 098966   Doc#: 370441
cc:   Shipen Li, MD
      Pcp Unknown
      Francis Zambetti, MD
FEDERAL MEDICAL CENTER DEVENS

ORIGINAL

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: MD Patwardhen, Nilima   Surgeon | FROM: (Requesting physician or activity) SC5no—  PA-C | DATE OF REQUEST 8-26-03 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

— After 1st visit for eval for Peritoneal Dialysis, sched, 2 weeks Later for surgery for PD.

*After 1st Eval Visit*

PROVISIONAL DIAGNOSIS

Dialysis / Limited access

*2nd d/2*

*Before 9/19/03*

| DOCTOR'S SIGNATURE ILP MDBDEVENS | APPROVED | Dr. Sandra PLACE OF CONSULTATION Clinical Director Reviewed/ Date | ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|---|

### CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

Notify, Dialysis — he was on (M)(W)(F) — after...

Dr. Sandra Howard
Clinical Director
Reviewed/ Date

| SIGNATURE AND TITLE | (Continue on reverse side) | DATE |
|---|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID no. SSN or other; Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANCUN, GENE
05/23/1966
DIALY
FMC DEVENS

FAXED
SEP 1 0 2003
BY:...............

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)



AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: MD Potworden, Surgeon for | FROM: (Requesting physician or activity) SC Smith PA | DATE OF REQUEST 8/26/07 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)   per toneal Dialysis

- I wrote w/ groin access for Dialysis needs to go onto perineal Dialysis
- Per MD Zomsett - MD Potworden will first eval the pt then 1-2 weeks
- (UMASS Med CTR)   Later do the surgery (i.e. D.U.S. + S)

PROVISIONAL DIAGNOSIS

Dialysis / Limited access            1 of 2        # 1 week before 9/5/03

DOCTOR'S SIGNATURE                    PA C

| APPROVED | PLACE OF CONSULTATION | | | |
|---|---|---|---|---|
| | ☐ BEDSIDE | ☐ ON CALL | ☐ ROUTINE | ☐ TODAY |
| | | | ☐ 72 HOURS | ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

00154-057
MANGUM, GENE
05/27/1966
DIALY
FMC DEVENS

**CONSULTATION SHEET**
Medical Record
STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: MD Patwardhen, Nilima Surgeon | FROM: *(Requesting physician or activity)* SCSmith    PAC | DATE OF REQUEST 8-26-03

REASON FOR REQUEST *(Complaints and findings)*
- After 1st visit for eval for Peritoneal Dialysis, sched, a 2weeks Later for Surgery for PD.

After 1st Eval visit

PROVISIONAL DIAGNOSIS
Dialysis / Limited access          2nd o/2          Before 9/19/0

DOCTOR'S SIGNATURE ~~Atto Cox~~ : PAC | APPROVED | PLACE OF CONSULTATION  ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ TODAY  ☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO | PATIENT EXAMINED  ☐ YES  ☐ NO | TELEMEDICINE  ☐ YES  ☐ NO

*(Continue on reverse side)*

SIGNATURE AND TITLE | DATE

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of birth; Rank/Grade)* | REGISTER NO. | WARD NO.

20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

**Page 2**
## Patient Care Referral Form

Name: Mangum, Gene

Record #: _____

Transfer to: _____

| NURSING: Self Care Status Check Functional Level | Independent | Needs Assistance | Unable |
|---|---|---|---|
| **Ambulation** Bed–Chair | | | |
| Walking | | | |
| Stairs | | | |
| Wheelchair | | | |
| Crutches | | | |
| Walker | | | |
| Cane | | | |
| **Activities** Bathe self | | | |
| Dress self | | | |
| Feed self | | | |
| Brushing teeth | | | |
| Shaving | | | |
| Toilet | | | |
| Commode | | | |
| Bedpan/Urinal | | | |

Bowel & Bladder Program ☐ Yes ☐ No
Incontinence: Bladder ☐ Bowel ☐
Date of Last Enema
Catheter: Type
Date last changed:
Weight ____ Height ____ Date ____
Anointed Yes ☐ No ☐ Date ____

Check if Pertinent: (describe at right)

**DISABILITIES**
☐ Amputation
☐ Paralysis
☐ Contractures
☐ Decubitus
☐ Other

**IMPAIRMENTS**
☐ Speech
☐ Hearing
☐ Vision
☐ Sensation
☐ Other

**COMMUNICATION**
☑ Can Write
☑ Talks
☑ Understands Speaking
☑ Understands English
☐ If no, Other Language?
☑ Reads
☐ Non-Verbal

**BEHAVIOR**
☑ Alert
☐ Forgetful
☐ Noisy
☐ Confused
☐ Withdrawn
☐ Wanders
☐ Other

**REQUIRES**
Mark "S" if sent: "N" if needed
☐ Colostomy Care
☐ Cane
☐ Crutches
☐ Walker
☐ Wheelchair
☐ Other
☐ Dentures
☐ Eye Glasses
☐ Hearing Aid
☐ Prosthesis
☐ Side Rails

PATIENT CARE PLAN

(Explain details of care, medications, treatments, teaching, habits, preferences, and goals.)

Medications: Note time last dose given on day of discharge.

31 yo male admitted c̄ dialysis access failure. Pt has hx of ERF, HTN, hx GSW to abd. Pt has had several hemodialysis accesses which have failed - ∅ peritoneal dialysis access ∅ cont hemodialysis. He has cl lung sounds, abd soft ⊕BS, ∅ edema - known to your service.

(L) femoral vein (thigh) cath intact, still oozing slight SS drng. Discomfort to site may c̄ ↑ mvt. Pt had hemodialysis done today. VS - 98° - 79 - 18 - 124/83, 95%A. Okay to get OOB as tolerated s̄ restriction.

last dose

meds
protonix 40mg po daily 8/25
Tums 500mg 4 tabs on empty stomach 8/24 PM
Tums 500mg ii po TID c̄ meds 3/25
Colace 100mg po tid 8/25 c̄ 9/4

Signature of Nurse _____
Telephone _____ Date 8/26/3

NUTRITION: (discuss food preferences, understanding of diet, teaching needs and goals)  Diet enclosed ☐ Yes ☐ No

tiprisser 25mg po Bid - Hold pr H₀ 8/25 8AM + 8PM
neprocap i po daily 8/25
valproic acid 250 mg po bid 8/25 8AM + 8PM
hectoral 2.5 mcg po M, W, F 3/25
tylanol 652 mg po Q4° PRN
percocet 5/325 i - ii po Q4° PRN
benadryl 25mg po Q6° PRN PRN
} none taken

recieved + sm vanco on 8/22 + 1st mt sent also on 8/22

BAJ 9-3-03

Nutritionist Signature _____ Telephone _____ Date _____

APPROVED BY THE MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

2001.78

DISTRIBUTION:  WHITE—RECEIVING FACILITY   YELLOW—MEDICAL RECORDS   PINK—C.C. SERVICE

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: *Vascular Surgery* UMMC     FROM: *(Requesting physician or activity)* *FMC Devens*     DATE OF REQUEST  9 | 11 | 03

REASON FOR REQUEST *(Complaints and findings)*

37 y/o ESRD c̄ Cathter problems needs Permanent dialysis access

Nephrologist's
Dr Zabetti & Li

PROVISIONAL DIAGNOSIS     *Vascular access for dialysis*     ASAP

DOCTOR'S SIGNATURE
B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE    ☐ ON CALL    ☐ ROUTINE    ☐ TODAY
                              ☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO     TELEMEDICINE ☐ YES ☐ NO

*Thrombin ASAP*

*(Continue on reverse side)*

SIGNATURE AND TITLE                                      DATE

HOSPITAL OR MEDICAL FACILITY    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR    SPONSOR'S NAME *(Last, first, middle)*    SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. SSN or other); Sex; Date of birth; Rank/Grade)*     REGISTER NO.    WARD NO.

20154-057
MANGUM, GENE
05/23/1966
Dialysis
FMC Devens

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: *Vascular Surgery UMMC*    FROM: *(Requesting physician or activity)* *FMC Devens*    DATE OF REQUEST *9 | 11 | 03*

REASON FOR REQUEST *(Complaints and findings)*

*37 y/o ESRD c̄ Cathiter problems needs Peritoneal dialysis access*

*Nephrologist's*
*Dr. Zambetti & Li*

PROVISIONAL DIAGNOSIS

*Peritoneal ~~Vascular access~~ for dialysis (peritoneal*
*dialysis Catheter* *ASAP*

DOCTOR'S SIGNATURE
*S. Betancourt, D.O. MPH*
*Medical Officer*
*FMC Devens*

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL

☐ ROUTINE    ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

*Thesis a ASAP*
*SM*

*(Continue on reverse side)*

| SIGNATURE AND TITLE | | | DATE |
|---|---|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |
|---|---|---|

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*    REGISTER NO.    WARD NO.

*20154-057*
*MANGUM, GENE*
*05/23/1966*
*Dialysis*
*FMC Devens*

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

Printed on Recycled Paper

**BRIEF OPERATIVE NOTE**

PRE-OP DX: ESRD c̄ Clotted (L) upper arm AV graft.

POST-OP DX: Same. + Occluded (L) Subclavian vein.

PROCEDURE: B/L arm venogram

ANESTHESIA: local + Conscious Sedation     ASSISTANT: Quin

EBL: 90 CC     FLUIDS: 0

FINDINGS:     SPECIMEN REMOVED:

Occluded (L) upper arm AV graft. Occluded (L)
Subclavian & L arm vein stents. Stents extend
part way into SVC. Patent (R) axillary &
Subclavian veins.
Occluded (R) CFV by U/S.
Small Patent (L) CFV. Placed X [illegible]
Tunneled dialysis catheter via (L) CFV.

CONDITION AT DISCHARGE:

INSTRUCTIONS TO PATIENT: Keep (L) leg straight

B. Stinson, D.O.
Radiologist
FMC Devens

DIET:

ACTIVITY:

MEDICATION:

FOLLOW-UP:

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

: _Leominster_ | FROM: *(Requesting physician or activity)* S. Swan | DATE OF REQUEST: 9-16-03

REASON FOR REQUEST *(Complaints and findings)*

<u>Admit</u> to MD Zambetti on Thursday ( 0800 ) Sept 18, 2003
for Peritoneal Dialysis Access w/ MD Greenwood.

PROVISIONAL DIAGNOSIS

Dialysis

DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE ☑ 72 HOURS | ☐ TODAY ☐ EMERGENCY
| | ☐ BEDSIDE ☐ ON CALL |

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO

*(Continue on reverse side)* | DATE

SIGNATURE AND TITLE

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO.

Mangum, Gene

# 20154 - 057

FMC Devens

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: Vascular Surgery | FROM: (Requesting physician or activity) FMC Devens | DATE OF REQUEST 9/30/03 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

37y/o Bm S/P Peritoneal Catheter Placemt & other complants
Pt's still has groin access & needs F/U on Sutur. please
evaluate & adress

PROVISIONAL DIAGNOSIS
Peritoneal access follow up
Venous access eval

| DOCTOR'S SIGNATURE S. Betancourt, D.O., MPH Medical Officer FMC Devens | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☒ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

Reviewed By
Utilization Review Committee

**OCT 1 2003**

___ Approved ___ Denied

May shower in 1 wk.

Remove sutures @ groin in 1 wk ____ (call out time)

DSD to L groin SD till stitches out

F/U PRN.

@ 10/27/03


C. Howard, MD, MMM
Medical Officer
FMC Devens

FAXED
OCT 03 20
BY:

(Continue on reverse side)

| SIGNATURE AND TITLE Greenwood  M.D. | DATE 10/16/03 |
|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

018


AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Vascular Surgeon_

FROM: (Requesting physician or activity) _FMC Devens_

DATE OF REQUEST _9/30/03_

REASON FOR REQUEST (Complaints and findings)

_34ylo Bm S/P Peritoneal Catheter Placement 0 other complaint_
_Pt's still has groin access & needs Flu or Suture please_
_evaluate & address_

_Peritoneal access follow up_

PROVISIONAL DIAGNOSIS

_Venous access eval_

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION
☐ BEDSIDE   ☐ ON CALL

☑ ROUTINE   ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO      PATIENT EXAMINED ☐ YES ☐ NO      TELEMEDICINE ☐ YES ☐ NO

(Continue on reverse side)

| SIGNATURE AND TITLE | | DATE |
|---|---|---|

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR

SPONSOR'S NAME (Last, first, middle)

SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; Id no. (SSN or other); Sex; Date of birth; Rank/Grade)

REGISTER NO.

WARD NO.

```
20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS
```

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Nephrology Inhouse_    FROM: *(Requesting physician or activity)* _SCSU_    DATE OF REQUEST _10-1-03_

REASON FOR REQUEST *(Complaints and findings)*

— please review Entries to PD Site

PROVISIONAL DIAGNOSIS

Peritoneal Dialysis

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| SCScan RPA | | ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO    PATIENT EXAMINED ☐ YES ☐ NO    TELEMEDICINE ☐ YES ☐ NO

→ CXR. Request Suture out

→ NS, coft each site, & function wound

Remove to PD site

→ PD cath site Inspect — looks

Clean. get BM part — Slom

2) Suture removed. to r-lm

3) Need PD cath removal.

*(Continue on reverse side)*

SIGNATURE AND TITLE _____    F. Zambetti, MD    DATE _10/1/03_
Nephrologist, Contract Staff
FMC Devens

HOSPITAL OR MEDICAL FACILITY    RECORDS MAINTAINED AT    DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR    SPONSOR'S NAME *(Last, first, middle)*    SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)*    REGISTER NO.    WARD NO.

Mangum, Gene

201 54-057

Fort Devens

### CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

10/9/03

513-111                                                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Keefer_ ~~teal Hospital~~ FMC Devens     FROM: (Requesting physician or activity)     DATE OF REQUEST: 10/2/03

REASON FOR REQUEST (Complaints and findings)

37 yr old Male on hemodialysis, has abdominal Hematoma
Needs evaluation per Dr. Zambetti

PROVISIONAL DIAGNOSIS (Hx of) gastritis C gastrointestinal bleed, Chronic renal
Convulsions, substance abuse (+) Hep C,    failure
~~Mental illness~~                         1°/2° hyperparathyroidism

DOCTOR'S SIGNATURE                APPROVED        PLACE OF CONSULTATION        ☐ ROUTINE  ☐ TODAY
                                                 ☐ BEDSIDE  ☐ ON CALL          ☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO        PATIENT EXAMINED  ☐ YES  ☐ NO        TELEMEDICINE  ☐ YES  ☐ NO

( Pertinent cath 2 weeks ? -
  swelling last night. )

(Continue on reverse side)

SIGNATURE AND TITLE                                                          DATE

HOSPITAL OR MEDICAL FACILITY        RECORDS MAINTAINED AT        DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR        SPONSOR'S NAME (Last, first, middle)        SPONSOR'S ID NUMBER (SSN or Other)

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)        REGISTER NO.        WARD NO.

MANGUM, GENE
20154-057

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: (Leominster) MD Hoovis | FROM: (Requesting physician or activity) SCSn #2 PAC | DATE OF REQUEST 10-6-03 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

- Inmate Now on Peritoneal Dialysis - request removal of (D) groin access
- (L) Groin Access placed by MD Hoovis
- Recent visit by MD Zambelli, removed PD sutures

(A) Before 10/30/03

PROVISIONAL DIAGNOSIS

Dialysis - Peritoneal

| S. Smith, PA-C DOCTOR'S SIGNATURE MLP Arthur C Smith FMC Devens | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE  ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

### CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

(Continue on reverse side)

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name – last, first, middle; ID no. SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD** | **CONSULTATION SHEET**

**REQUEST**

TO: Nephrologist / Dialysis

FROM: *(Requesting physician or activity)* Eric Sm

DATE OF REQUEST: 10/14/03

REASON FOR REQUEST *(Complaints and findings)*

f/u 1 month

PROVISIONAL DIAGNOSIS

Dialysis peritoneal

DOCTOR'S SIGNATURE

S. Smith, PA-C
MLP
FMC Devens

PAC

APPROVED

PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL

☐ ROUTINE ☐ TODAY ☐ 72 HOURS ☐ EMERGENCY

**CONSULTATION REPORT**

RECORD REVIEWED ☐ YES ☐ NO   PATIENT EXAMINED ☐ YES ☐ NO   TELEMEDICINE ☐ YES ☐ NO

[illegible handwritten consultation notes] 120/84

[illegible] 27. H/H. 13/41 [illegible]

[illegible] 7.7 [illegible]

[illegible]

[illegible]

10/22/03

C. Howard, MD, MMM
Medical Officer
FMC Devens

*(Continue on reverse side)*

SIGNATURE AND TITLE

F. Zambetti, MD
Nephrologist, Contract Staff
FMC Devens

DATE 10/ /03

HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT

RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)*

PATIENT'S IDENTIFICATION *(For typed or written entries, give: Name – last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO.

Mangum, Gene
20154-057
FMC Devens

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

513-111                                                                      AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

| TO: _Nephrologist_ | FROM: (Requesting physician or activity) _S.C. Smith_ | DATE OF REQUEST _10-15-03_ |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

F/u  1 month

PROVISIONAL DIAGNOSIS

Peritoneal Dialysis

11/19/03

| DOCTOR'S SIGNATURE _Alan C Smith_ | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☐ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

## CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

*(Continue on reverse side)*

| SIGNATURE AND TITLE | DATE |
|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

PATIENT'S IDENTIFICATION  (For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)

| | REGISTER NO. | WARD NO. |
|---|---|---|

Mangum, Gene

20154-057

FMC Devens

**CONSULTATION SHEET**
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

# Emerson Hospital

133 Old Road to Nine Acre Corner
Concord, MA 01742
(978) 369-1400
www.emersonhospital.org

## Home Care Instructions
### Dialysis Access and Central Venous Access  12F Xpresso tunneled catheter

Date: **8/18/03**          Discharge: _____ AM / PM

~~Home with~~  *FMCD*          To stay with _____

Address _____          Telephone (____) _____

Your recovery has been satisfactory and these instructions are to help you in the next 5-7 days:

**I. GENERAL**

(A) Rest at home for the remainder of today. You must have someone with you.

(B) Avoid strenuous exercise for 7 days after your discharge.

(C) Expect minor discomfort and bruising at the operative / puncture site.

D. Watch sire carefully for growing redness, swelling or pain, new discharge, fever of 100°F (oral) or greater, any new shortness of breath, chest pain, or dizziness.

If bleeding should occur: Lie flat, extend (L) *leg* ~~arm~~ apply constant firm pressure for 15 minutes with other hand. Have your companion notify the doctor whose name and phone number is written below. If bleeding continues reapply pressure and have your companion call for an ambulance to the nearest emergency room. If you have any other concerns or questions or if any of the situations in part D occur, please contact this doctor. You may also contact your personal physician. — *Interventional Radiology*

Dr. *Hoenig Burch*      Phone (978) 287-3700  Beeper _____

Special Instructions: ✓ No heavy lifting, heavy exercise for 1 week. ~~No swimming for 2 weeks.~~  *Keep groin dry for 48°*
2. Follow instructions given for showering. Avoid tub baths.
3. Avoid pulling catheter or attaching it to clothing.

**II. Continue Catheter and Site Care:** As arranged by your physician or dialysis/infusion nurse.
Catheter or port are for use only by trained medical personnel.

**III. Medications:**      Prescriptions given to patient:

Check if information on medication attached:  ☐ Yes  ☐ No

Prior Medications:  Resume Taking  ☑ all or  ☐ only those listed below
*(incision)*
*Remove 1 suture after 24h. Leave the 2 Cath sutures in place to wings.*

J. Howard, MD, MMM
Medical Officer
FMC Devens

**IV. Diet Instructions:** ☑ Resume previous diet  ☐ Drink plenty of liquids

(N) 10/27/03

**V. Instructions reviewed and given to:** ☑ Patient  ✓ ~~Companion~~  *Connie @ FMCD*

_____          M.D.  Clinical I.D. # [ ][ ][ ][ ]

_____          R.N. *(Michaels rn)*

_____          Patient / Companion

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (*Sign each entry*) |

6/30/03
1400

S: Inmate has skin peeling of finger tops, Ø Bleed, Ø fever.
has been using mineral oil, of little benefit.

O: each finger top has peeled sken back to first DIP.

A: Dermatitis

P: A+D ointment, AAA BID x 60 days
f/u @ CCC

S. Smith, PA-C
MLP
FMC Devens

Reviewed by Pharmacist

Order(s) processed/checked

Written/Verbal counseling given

Pt. Understanding

T. LeBlanc
Pharmacy Technician
FMC Devens

7-1-03

7-2-03
1230

MDO 2 note:- No show for gen. surg

I. Stinson, D.O.
Radiologist
FMC Devens

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
Mangum, Gene
05/23/ 1966

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN-7540-00-634-4176                                                                 AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

| | |
|---|---|
| 7-10-03 | CHRONIC CARE CLINIC Dialysis / Const / Hemorrhoids    (No Pain) 0 ①2 3 4 5 6 7 8-9 10(Worst Pain) |
| 0930 | SUBJECTIVE(ROS): Diet:         Activity: Push ups   Crunches   → throtte Cramin |
| | Need to stop Acephex doesn't work as well as → abd pain |
| | number&cramp  –  Still has occ Constipation, Ø blood in feces.  occ hemorrhoids |
| | Drywt  81.1 Kilos |
| | OBJECTIVE: BP: 108/76   PULSE: 82 R   TEMP: 97.9   RESP: 16   WEIGHT: Not done |

| WNL | ABN | (Pertinent Examination only) | ABNORMAL FINDINGS: |
|---|---|---|---|
| ☑ | ☐ | General appearance: WD,WN A&Ox3,NAD | – AV Graft ① upper arm |
| ☑ | ☐ | Head: normal shape and size | – done 1997 |
| ☑ | ☐ | Ears: TMs mobile, normal landmarks | – No problems since |
| ☑ | ☐ | Eyes: PERLA, clear, EOM's intact | |
| ☑ | ☐ | Nose: Patent, no erythema, sinuses normal | |
| ☑ | ☐ | Mouth: no erythema, no exudates, no edema | |
| ☑ | ☐ | Neck : Supple, FROM, no nodes | |
| ☑ | ☐ | Chest: CTA, resp even, non-labored | |
| ☑ | ☐ | CV: RRR, no murmurs, rubs, gallops, equal pulses | |
| ☑ | ☐ | ABD: soft, non tender, no masses, + BSx4QDS | |
| ☑ | ☐ | Extremities: FROM all joints, non tender | – multiple scars ① intact |
| ☑ | ☐ | Skin: clean, intact, no rashes | |
| ☑ | ☐ | Neuro: Normal tone, strength, reflexes, CN II-XII | |
| ☑ | ☐ | HIV Clinic: no night sweats, fever, cough SOB, | 7/3/03     HBsAg – Negative |
| ☑ | ☐ | numbness, tingling, weakness or skin rashes. | Urea Nitrogen 9.0   URR = 75.67   KT 1.456 |
| | | Diabetic foot check: (Circle decreased sensation site) | |

Diabetic Foot
Screen Test Sites

| (Pertinent labs and tests only - Please place Date completed in parentheses) | LIPIDS ( 7-3-03 ) | PEAK FLOW |
|---|---|---|
| CMP ( 7-3-03 )  Liver ( 7-3-03 )  CBC ( 7-3-03 ) | Chol. ① 230 | 1st: |
| Glucose: 104    ALBU: 3.9    WBC: 2.6 | Trig: 158 | 2nd: |
| Urea Nit: ① 37    AST: 30.    RBC: 3.64 | HDL: | 3rd: |
| Creat: ① 14.8    ALT: 32    HGB: 11.4 | LDL: | Ave: |
| Sodium: 142    CK:    HCT: 37.6 | OTHER( ) | EKG:( ) |
| Potass: 3.8    Alk.P ① 264 | CD4: | |
| Chol:    T.Bili:    HGBA1C: | CD8: | CXR:( ) |
| Tot Prot:  Phos ① 4.9    PT/INR: | Viral: | |
| Rectal Exam>50:  N/A | Hemmocult:  neg/pos   PSA: | |

*Records maintained at FMC Devens, P.O. Box 880, Ayer, MA 01432    Phone# 978-796-1000*

| PATIENT'S IDENTIFICATION: (For typed or written entries; give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO. |
|---|---|---|
| 20154-057 MANGUM, GENE 05/23/1966 DIALY FMC DEVENS | | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

**7/21/03**
**0932**

This i/m attended **Nutrition and Health** classes July 14, 15, 17, 18, 21st, 2003, 1:30–3:30pm.

**S:** Inmate expressed interest in attending these classes by placing a cop-out to writer.
Inmate placed in class to fulfill consult order.

**O:** Attended 5, 1 hour classes:
Day 1-General Nutrition/Healthy Eating   Day 4- Heart Health: Cholesterol
Day 2-Weight/ Metabolism/Exercise   Day 5-Vitamins and Minerals
Day 3- Heart Health: Blood Pressure   Missed a class day?  Y ( N ) which day?

**A:** Education Provided:
Day 1-Why balanced diet is important, different food groups and the nutrients they provide, normal portion sizes and the # of servings needed from each food group/d, dietary habits and the incidence of disease, choosing a healthy diet in the Mainline.
Day 2- Determining healthy body weights, how to maximize metabolism, describe the benefits of exercise for wt. control and its effect on metabolism.
Day 3- What is normal and high blood pressure, the possible causes, symptoms and risks of high blood pressure, steps to manage and prevent high BP. Healthy Choices in Mainline and Commissary.
Day 4-Recognize heart disease as the #1 killer in the U.S., provided definitions of HDL, LDL, cholesterol and triglycerides and their roles in the body, elevated lipid values and the risks of these values, steps to reduce cholesterol and triglycerides in Mainline and Commissary.
Day 5-Reviewed the Major and Trace Vitamins and Minerals, how to obtain these nutrients from foods, determine if nutrient supplementation is necessary.

Handouts include: "Guide to Good Eating", "Seven Steps to Controlling your High Blood Pressure", "Lowering Your Cholesterol Intake", Recommended intake/wt. sheets for Males, "Calories Burned During Various Activities", Nutritional value of the 40 most popular fruits and veg., "Do I Need a Multivitamin" quiz, "Vitamins and Minerals: Function, Food Sources and RDA's".

**P:** 1. No f/u planned. Plan to f/u with a 1:1 visit within a 3 month period,
2. Encouraged life long lifestyle changes to improve/maintain weight/BP/Cholesterol.

1/U is followed in the
Dialysis Clinic @ other month.

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

H. Healy, Registered Dietitian
FMC Devens

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.

WARD NO.

Mangum, Gene
# 20154-057

**FMC DEVENS**

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 8/15/03 | MLP Note |
| 1615 | S Pt not seen. Received a phone call from vascular surgeon + radiology that pt is scheduled for a thrombectomy Monday am @ 0730. |
| | O Graft (L) upper arm. |
| | A Needs thrombectomy CRF, dialysis |
| | P NPO p̄ MN 8/17/03. Emerson Hospital Radiology @ 0730 for on 8/18/03 @ 0730. CD, dialysis, Lt's office, Medical Records notified of trip. |
| | PtEd - Pt X-ray Dept. Connie Godjikian MLP FMC Devens |
| 8/18/03 | adm Note |
| 17²⁵ | Pt return from Emerson Hospital, pt send to dialysis for treatment. Need to remove suture after 2 weeks leave the 2 cath, sutures in place for now. Avoid strenuous exercise. X 7 days after discharge. Wheelchair and idle given for 24 hours Need to F/U in clinic. |
| | R. Varela, RN Clinical Nurse FMC Devens |

| DATE | SYMPTOM, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

ASSESSMENT & PLAN:  Patient Education : ○ Use of Special Accommodations: (Idles current for bottom cane, walker, etc) ○ Smoker/PPD _____ ○ Wishes to stop smoking. ○ Does not wish to stop smoking at the. ⊘ Etiology, Complications, Prognosis, Prevention ⊘ Medication dosage, Administration, Compliance, Side effec ⊘ Instructed if problems to sign up for sick call/ copout system. ⊘ Patient verbalized understanding of plan.

*Circle* Labs/Tests /Consultants ordered:  Other: labs drawn in dialysis    ( valproic Acid )
CMP  CBC w/diff  CD4/VIRAL  HGBA1C  (LIPID)  LIVER  PSA  U/A  Rectal Exam>50.  CXR  EKG

Cardio  Derm  Diet  Endo  GastroIntest  GenSurg  Hemato  InfecDz  Oncol  Optom  Opthal  Ortho  Neuro

PhysThera  RespThera  Rheumatol  Urology  (FSBS:   AM/PM   PM snacks ) ( BP ✓:  M/W/F x _____ week

| | ✓ | Rx  Senna lax 8.6 mg tab , ''ii tab PO BID |
| ✓ | Rx  Minoxidil 2.5 mg tab , ''ii tab PO BID |
| X | Rx (STOP) Rabeprazole 20 mg — it doesn't work for him, he prefers Ranitidi |
| ✓ | Rx (Start) Ranitidine 150 mg , † tab PO BID |
| ✓ | Rx  Calcium Carbonate 500 mg tab , chew swallow 4 tabs each day empty stoma |
| ✓ | Rx  Sorbitol 70% ml , ''ii table spoons (30cc) each day PRN Constipate. |
| ✓ | Rx  Dibucaine Ointment 1% gm , AAA as directed |
| ✓ | Rx  Doxercalciferol 2.5 mcg Cap , † cap PO TIW in dialysis |
| ✓ | Rx  Benadryl 25 mg cap , † cap PO QID PRN Itch |
| ✓ | Rx (start) Docusate 100 mg Cap , † cap PO BID  ( stop Docusate TID ) |
| X 90  D/C'd | ✓ | Rx  Dialy vite tab , † tab PO QD |
| ✓ | Rx  Metoprolol 50 mg tab , ½ tablet PO BID  HTN |
| ✓ | Rx  Acetaminophen 325 mg tab , ''ii tabs PO QID PRN Pain /HA |
| ✓ | Rx  Vitamin A & D ont , AAA as directed  QD |
| ✓ | Rx  mineral oil , AAA as directed  QD |
| ✓ | Rx  Calcium Car  Epoetin 10,000 units  TIW  in dialysis |
| ✓ | Rx  Valproic Acid 250 mcg cap , † cap PO BID |
| | Rx  Aspirin EC 325 mg , ½ po † QD enteric coated |
| | — f/u Labs for Lipids / valproic acid @ next CCC 90 day |

20154-057   ✓ | R  Ferrous Gluc 324 , † tab PO QD

05/27/1966

DIALY
FMC DEVENS

Above order(s)
Reviewed by Pharmacist

S. Smith, PA-C
MLP s.s
FMC Devens

J. Watti..., NP?
Chief Pharmacist
FMC Devens

Order(s) processed/ checked _____
Verbal counseling given _____
Written pt info. given _____
Pt understanding _____

7-11-03
10:45

Emerson
Hospital
Interventional
Radiology
978-287-3?

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|---|
| 8/19/03 | F/U c̄ MD Zambetti / MD Bhatti / DR Burc |
| 0650 cont | Dialysis notified (see ) of above |
| | will cont. to monitor & evaluate |
| | for clinical changes. |

L.Duby RN

S: Follow up to bleed site. No bleed since application of ladder.

| ✓ 8-19-03 | O: (BP) 94/68 (P) 64 R (R) 16 (T) 97.5, good pulses Bil ale |
| 10:10 | at Dorsalis pedis/ posterior tibials, temp of left & (R) leg the |
| | same, full ROM of toes. |

A: Inmate s/p (L) Cath site surgery — Bleeding has stopped

P: Inmate re educated to stay in wheel chair for 48-72
hrs to allow site to heal. He had been up & walking
and tearing the site. He will be placed on "8-unit"
for closer observation to ensure good healing and
promises Me? to aggravate the site by walking. He
Now understands the need to "be still".

— Bit C if bleeding recurs.

— Keep Groin dry x 24 hrs

— Consult entered for f/u suture
removal in 2 weeks @ MD Deings office.

S. Smith, PA-C
MLP
FMC Devens

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8/19/03 | S. "My Catheter site is bleeding" |
| 0650 | O. Clinic notified @ 0500 of Cath. Site bleeding |
| | Im brought to clinic via E2 go |
| | able to ambulate s diff. denied pain |
| | visible blood on pants + underwear. |
| | T 95.9 - 68 - 16 - 137/77 O₂sat 99% RA |
| | c/o Bleeding that started around 4A |
| | 2 Drsg's intact to upper L leg + Groin |
| | area. Drsg's saturated in blood. Ice + |
| | Pressure applied X 15 mins p inmate |
| | was placed supine c L leg ↑. P 15 min of |
| | Pressure drsg was removed and cath. |
| | Site inspected ∅ overt bleeding observed |
| | area with wiped clean sm Amt. |
| | blood around insertion site but no |
| | blood dripping. New drsg Applied |
| | and reinforced c gauze wrap. Instruct |
| | to return to unit ↑ leg. Inmate broug|t |
| | back to unit via w/c. |
| | A. High risk for Fluid vol. deficit |
| | P. ① Ret. to unit ↑ leg. Ret. to clinic if blood |
| | observed on new Drsg. Apply Dressy up X1 |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|

| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANGUM, GENE
05/23/1966
DIALY
FMC DEVENS

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

08/21/03    MLP   CLINIC   NOTE

1335    S   CONTACTED   BY   DIALYSIS   THAT   PT
NEEDS   TO   BE   SENT   OUT   TO
HAVE   FEMORAL   ACCESS   DELETTED.
CONFIRMED   W/   DR   LI   BY   TELE
CONVERSATION

O   NAD. Aⓧ3   VSS : 98.0/82/16   126/83

A/P   GRAFT   FAILURE : LABS   HEMODIALYSIS
08/15 ᐧ PER   DR   LI   SENT
TO   LEOMINSTER   ER ( SENT GOV VEHICLE
AS   PT   IS   NAD )

L. Brooks, PA-C
Mid Level Practitioner
FMC Devens

Patient Received Education on
Diagnosis, Treatment, Healthy
Lifestyle Choices

8/22/03   MDO II Note:
1440   S - In hospital
O - I/M not here
A - dialysis line infection
P - Dialysis today
I.V. antib X

K. Bernhard, MD
Medical Officer
FMC Devens

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

20154-057
MANGUM, GENE
05/21/1966
DIALY
FMC DEVENS

| REGISTER NO. | WARD NO. |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|-------------------------------------------------------------|
| 8/25/03<br>1420 | MD DII Note<br>S - @ Leminster Hosp<br>O -<br>A - Dialysis line infection<br>P - IV Vancomycin<br>   May return today to FMC Devens<br><br>        *C. Howard*<br>        **C. Howard, MD, MMM**<br>        **Medical Officer**<br>        **FMC Devens** |
| 8/25/03<br>2200 | Returned from hospital at 22<sup>00</sup> hr. Denies any complaints VS 130/96-98.<sup>0</sup>-71-18  C. Foster RN / C. Foster |
| 8/26/03<br>11:00 | S: Inmate seen @ clinic requests flat cot for Dialysis because of groin access - called Dialysis Coordinator to get form Br/med / med surg hm<br>O: A&Ox3, No complaints has seen PD video -<br>A: Dialysis (groin) MWF<br>P: ① Consult entered for Surgeon @ UMass Med CTR<br>   for ① Eval in 1 week<br>   ② Surgery in 2-3 weeks later.<br>   w/ F/u w/ PD Nurse next month |

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT· TREATING ORGANIZATION (Sign each entry) |
|---|---|

8/26/03
1510

Medicine Refill / Renewal
- Protonix 40g † P.O. 2 day    x 90 d
- Tums 500g 4 Tabs on empty stomach    x 90 d
- Tums 500 g ii Tabs P.o. TID c̄ Meals    x 90 d
- Colace 100g † P.O. TID    x 90 d
- Lopressor 25g †P.o. Bid x 90 d
- Nephrocap † P.o. 2 day x 90 d
- Valproic Acid 250g † P.O. Bid x 90 dy
- Hectorol 2.5 mcg P.O. M-W-F x 90 d
- Tylenol 680g † P.O. 24° PRN x 30 d
- Percocet 5/325 i-ii P.O. q 4° PRN x 30 d
- benadryl 25g † P.o. 2 6° PRN Pruritis x 90 d
- Continue curnt Dialysis meds

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

8/28/03
0735

Medication order
- Dialyvite † P.O. 2 day x 90 d
- Aciphex 20g † P.o. 2 day x 90 d
- Hectorol 2.5 mcg P.O. 2 M-W-F # 90 d

R. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

| | REGISTER NO. | WARD NO. |
|---|---|---|

MANGUM, GENE
20154 -057
FMC Devens
05/03/66

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|

08/27/03
1400

Reviewed by Pharmacist

Order(s) processed/checked _____    Percocet can only

Written/Verbal counseling given K Valente RPh    be given tid

Pt. Understanding _____    on an outpt here

5/28/03
1305

medication order

Percocet 5/325 ī – īī PO TID X 30d

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

09/8/03
1710

Reviewed by Pharmacist

Order(s) processed/checked _____

Written/Verbal counseling given _____    K. Valente
Staff Pharmacist
FMC Devens

Pt. Understanding _____

09/11/03
1155

Consult for Vascular Surgery ASAP

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

9/19/03
1425

MDO II Note:

S – In Leom. Hosp. for dialysis access surgery.

O – I'm not here

A – Needs new peritoneal dialysis access.

P – Had insertion new peritoneal line this AM.
Will have dialysis at hosp. tomorrow.

K. Bernard, M
Medical Officer
FMC Devens

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

9/22/03
1130  Inmate returned from Hosp admitted on 9/18/03 for placement of CAD'S catheter. V/S stable. Inmate returned to general pop.

*[signature]*

9/22/03 — Medication Refills
1345
- Minoxidil 2.5 ₸ P.o. Bid x 90d   Hold on dialysis days
- Altace 10mg ₸ P.o. x 90d
- Nephrocaps (Dialyvite) ₸ P.o. ₸ day x 90d
- Metoprolol 50mg ½ P.o. Bid x 90d
- Valproic Acid 250mg ₸ P.o Bid x 90d
- FeSO₄ 325mg ₸P.o. ₸ day x 90d
- Sorbitol 70% Ii Tblsp P.o. 2 day x 80d
- Colace 100mg ₸ P.o. Bid x 90d
- Hectoral 2.5mcg ₸P.o m/w/f in dialysis x 8
- Tums 4 c̄ meals ₸ 2 @ HS x 90d
- Epogen 10,000 units in dialysis
- Senekot ₸ P.o. Bid x 90 days
- Tequin 200m 250g ₸ Dialysis x 2 days

RN → BP   Bid x 1 wk in clinic

*[signature]*
B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

| PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)* | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057.
Mangum, Gene.
FMC Devens

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/23/03 1305 | Order(s) processed/checked ___ Watkins, RPh Chief Pharmacist FMC Devens    E. Houser, RPh Pharmacist FMC Devens Written/Verbal counseling given ___ Pt. Understanding ___ J. Watkins, RPh, M. Long, RPh E. Houser, RPh, R. McIntosh, RPh K. Lucas, RPh, K. Vincente, RPh |

9/23/03
1345

Medical social wk note -
Met w/ I/m in the office, provided education
re: HCP and the benefits of having one in
place. He appeared to understand and
identified his aunt Johnie-Mae Belton
(919-676-4088) as his agent. HCP was
initiated, original placed in the chart,
copy & written information was sent
to the I/m. Encouraged him to speak w/
his aunt about being his HCP and
ensure she is aware of his wishes.
I/m was calm, cooperative, easily
engaged. Thought process was clear,
organized, future/goal oriented. Mood-
euthymic. ⊕ further issues were
discussed. R. Coons, LICSW-BCD

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|

**9/30/03 0950**

Chronic Care Clinic
___ Cardiac   ___ Diabetic
___ General   ___ Infect Dis
___ Hypertension
___ MNTL HLTH
___ Others: _____

Vital Signs

Blood Pressure (L) R    140/92
Temperature              97²
Respiration              16
Pulse                    88
Wt 189 lbs

H Stuart, RN
H. Stuart, RN
Clinical Nurse
FMC Devens

---

**9/30/03 1030**

Chronic Care Clinic

37 y/o BM presents f/ CCC. Pt has no physical complaints. Pt recently returned f/ Peritoneal dialysis site. Pt is otherwise feeling well No N/V/D/C/F ⊘ SOB  ⊘ ABD pain

PmH: ESRD          All: Betadine
     HTN           Soc Hx: ⊖ TOB

37 y/o BM NARD A₀x3 VSSA

HEENT NC/AT PERRL PERRL

lgs CTA ⊕ BBS

Heart RRR

ABD S/S NT ⊕ cather Clear, Wound site healing
Clean + dry

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | DVere | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | B. Bettencourt, D.O., MPH |
| | | | Medical Officer |
| | | | FMC Devens |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO.    WARD NO.

20154-057
MANGUM, GENE
05/27/1966
DIALY
FMC DEVENS

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| 9/30/03 | RxTI ⊖ c/c/r  Again cath ℞ |
| 1030 | A: ESRD – Peritoneal dialysis |
| | P: 1) medication Refill |
| | EPOETIN alfa ⑱ⓝ③ 2 error 9/30/03 |
| | Ferrous Gluc. 324g ↑ P.O. 7 day X 90d |
| | Valproic 250g ↑ P.O. Bid X 90d |
| | Aciphex 20g ⑧ error 9/30/03 |
| | Zantac 150g ↑ P.O. Bid X 90d |
| | Metoprolol 50g ½ P.O. Bid X 90d |
| | Doxercalciferol 2.5 mcg TIW X 90d |
| | Docusate 100g ↑ P.O. Bid X 90d |
| | Dialyvite ↑ P.O. 7 day |
| | Calcium Carbonate 500g 4 P.O. AC & 2 g HS X90d |
| | Sorbitol 2 TSP 9 day X90d |
| | Senna lax 8.6 ↑ P.O. Bid X90d |
| | Minoxidil 2.5g ⁽²⁾ P.O. Bid X 90d |
| | Benadryl 25g ↑ P.O. q 6° X 90d |
| | Acetaminophen 325g ↑ P.O. q 4 PRN X 90d |
| | Mineral oil apply as Directed X 90d |
| | Vitamin A + D ointment Apply As Directed X 90d |
| | 2) Patient Received Education on Diagnosis Treatment Healthy Lifestyle Choices |
| | 3) Vascular Surgery Consult   B. Bettencourt, D.O., MPH  Medical Officer  FMC Devens |
| | 4) RTC X 90d |

# FEDERAL MEDICAL CENTER
## DEVENS, MASSACHUSETTS

## NEPHROLOGY CLINIC
### MONTHLY NOTE

**GENE MANGUM**
**ID: 20154-057**
**OCTOBER 1, 2003**

Mr. Mangum comes for a revisit. He needed sutures removed from his PD catheter exit site from right above his pubis and on his abdomen. They all came out without problems. His exit site looks great. There is dehiscence of the wound right above his pubis but it looks like it is healing nicely. I also looked at his catheter exit site for his perma cath and that looked good but both ports looked like they were full of blood. He is going to need to have that removed as soon as possible.

_____
**FRANCIS X. ZAMBETTI, MD**
**NEPHROLOGIST**

*10-09-03*
B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

## SENSITIVE - LIMITED OFFICIAL USE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---|

Above order(s)
Reviewed by Pharmacist
Order(s) processed/checked
Verbal counseling given
Written counseling given
Pt. understanding

√ 10/15/03  S: Seen By Nephrologist
0930  A: See SFSIS
A: Peritoneal Dialysis, recent ↑ drainage
P: 1) Stool culture  O/P, CDiff
   2) Rx Zithromax ½ tab po QD thru 12/21/03
      Add to CCC meds @CCC.

   3) f/u 1 month
                          S. Smith, PA-C
                          MLP SSSL
                          FMC Devens

10-16-03  Reviewed by Pharmacist
0900  Order(s) processed/checked  HB
                          H. Beauregard
                          Pharmacy Technician
                          FMC Devens
Written/Verbal counseling given
Pt. Understanding
                          K. Valente
                          Staff Pharmacist
                          FMC Devens

FPI, LEX.    Printed on Recycled Paper

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10/1/03 1800 | *Pharmacy Note* *Proto Counsel* (1) Written for Zantac 150 mg BID — was on higher dose (2) Written for Minoxidil 2.5 mg ī BID — was on Minoxidil 2.5 mg QAM (Hold on Dialysis Days) (3) ASA 325 mg Q8 not rewritten All other meds filled or correct through 12/21/03 Order(s) processed/checked _____ Written/Verbal counseling given _____ Pt. Understanding _____ J. Watkins, RPh, M. Long, RPh E. Houser, RPh, R. McIntosh, RPh K. Lucas, RPh, K. Valente, RPh |
| ✓ 10/1/03 1230 | S: Inmate Seen By Nephrologist O: See SF 572 A: Endure renal / Dialysis, Peritoneal P: 1) f/u on 10/15/03 @ PD Nurse appt 2) Sched removal of Groin Cath site w/ MD Hosming 3) RTC if fever / N/vomit S. Smith, PA-C MLP SSmith FMC Devens |
| 10/9/03 1350 | medication Clarification Please fill medications as asked R. Bettencourt, D.O., MPH Medical Officer FMC Devens |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. | WARD NO.

20154-057
MANGUM, GENE
09/2?/1966
DIALY
FMC DEVENS

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

SN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

10/16/03 1130

Pt ret'd from fem cath removal c paperwork. Pt left UC before he could be assessed by nsg staff. Pt's unit called and advised to send to WDPC @ 1230 today. Call out submitted for stitch removal for 10/23/03

L. Josefek, RN
Charge Nurse
FMC Devens

10/16/03
1230

VSS 97 9 124/67 84 16
no bleeding @ cath site
denies discomfort Dsg intact

R. INGRAM, RN

10/23/03   MLP Note // ↑ dose of Calcium carbonate per mp Sabotti

(Rx) Calcium Carbonate 500mg tab, Chew & swallow
6 tablets w/ meals and take 4 tablets @ bed time
then 12/21/03

S. Smith, PA-C
MLP
FMC Devens

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Mangum, Gene
20154-057
5/23/1966

REGISTER NO.          WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|------------------------------------------------------------------------|
| 10/29/03 4447 | Above order(s) Reviewed by Pharmacist Order(s) processed/checked Verbal counseling given — K. Valente Written p. info. given — Staff Pharmacist P. understanding — FMC Devens |
| 11/06/03 1045 | Nutrition Clinic : Flu |

S: Peritoneal Dialysis — new to this tx (9/23/03). Is celebrating Ramadhan. Drinking more milk than usual as he breaks his fast @ sunup & drinks/eats breakfast. "I thought the Calcium Polycarbophil was a new P binder, I stopped taking the tums b/c I thought it was."

O: Labs:

| | K+ | P | Ca++ | Alb |
|---|----|----|------|-----|
| 10/7/03 | 5.4 | (7.7↑) | (7.7↓) | 3.9 |
| 9/4/03 | 5.0 | (6.5) | 7.8↓ | 4.2 |

A: ↑ P, ↓ Ca++, 1/u has not been taking P binders since prescribed Calcium Polycarbophil. ↑ P may also be due to ↑ in Ca++, ↑ P food items — milk & chocolate. ⊕ Albumin thus far on PD.
Education — more liberal use of K+ containing items now ok on PD, ↑ need for protein, Role of Calcium Polycarbophil (bulks stool)
— Good Comprehensible.

P: 1.) Return to using Ca++ Carb 4 ē meals ā 2 ē snacks.
2.) Less milk! 8oz c. vs/6oz in a.m.
3.) Continue ē ⊕ intake of pro. rich foods.

H. Healy, RD
Clinical Dietitian
FMC Devens

Page: 1

```
            U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
                  LABORATORY,  1900 W. SUNSHINE
                  SPRINGFIELD,  MISSOURI  65808
                  (417) 862-7041, EXT. 454
```

```
===========================  F I N A L   R E P O R T  ===========================
 Register Number: 20154-057                        Age                : 37
 Name            : MANGUM, GENE                     Sex                : M
 Location        : FMC DEVENS (DEV)                 Accession Number: 5944
 Physician       : DR. ZAMBETTI                     "X" if Complete :   [X]
 Collection Date: 10/07/2003
 Collection Time: 12:22
 Tests  | Iron1; Tot. Iron Bind.; % Saturation
 Ordered|
===================================================================================
 Test Name          Result       Flag      Reference Range                  Tech

 Collection Cmt.        .
 Iron1                 132                   ug/dL      49   -  181         SY CK
 Tot. Iron Bind.       245                   ug/dL      229  -  441         SY RY
 % Saturation          53.9                             -                   TX RY
                  -- End of Laboratory Report --
```

OCT 0 9 2003

10-15-03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

```
 Name      : MANGUM, GENE              Doctor  : DR. ZAMBETTI
 Register#: 20154-057                  Location: FMC DEVENS (DEV)
 Printed  : 10/08/2003 @ 16:13          . . . . . . . . .
                                        Sensitive L.O.U.
```

```
10/07/03   11:46:48        D. Sandra Howard          FMC DEV. 3
AD35275    OPR                                        42 Patton Drive
                           978-796-4715               Ayer, MA 01432
```

| Cass/Pos | | | | DATE: | TIME: |
|---|---|---|---|---|---|
| S | CBC | 20154-051 | | 10/07/03 | 11:46:40 |

REG # *20154-051*

SEQUENCE #
Date & Time

Physician *Zambetti*                    NAME *Mangum, Gene*
Date of Birth *5/13/66*        Sex *M*
Comments

```
   Normal WBC Pop            Normal RBC Pop           Abnormal PLT Pop

WBC    2.3     10^3/uL    RBC   4.59   10^6/uL    PLT   179   R  10^3/uL
NE%            %          HGB   13.7   g/dL       MPV   8.4      fL
LY%            %          HCT   41.3   %
MO%            %          MCV   90.0   fL
EO%            %          MCH   29.8   pg
BA%            %          MCHC  33.2   g/dL
NE#            10^3/uL    RDW   15.8   %
LY#            10^3/uL
MO#            10^3/uL
EO#            10^3/uL
BA#            10^3/uL
```

SUSPECT  FLAGS:

————————WBC————————————RBC————————————PLT————————
DEFINITIVE  FLAGS:

| NORMAL RANGES | | | | | | | WBC Diff | | Microscopic | |
|---|---|---|---|---|---|---|---|---|---|---|
| WBC | MF | 3.7- 9.5 | RBC M | 4.00- 5.62 F | 0.00- 9.00 | PLT MF | 150- 400 | Neut ___ | Meta ___ | |
| NE% | MF | 38.9- 74.5 | HGB M | 12.3- 16.9 F | 0.0- 99.0 | MPV MF | 6.7- 10.7 | Band ___ | Myelo ___ | |
| LY% | MF | 14.9- 46.5 | HCT M | 36.1- 48.9 F | 0.0- 99.0 | | | Lymph ___ | Pro ___ | |
| MO% | MF | 4.2- 14.0 | MCV M | 79.0- 99.0 F | 0.0-999.0 | | | Mono ___ | Blast ___ | |
| EO% | MF | 0.1- 5.1 | MCH MF | 27.0- 34.0 | | | | Eos ___ | Atyp ___ | |
| BA% | MF | 0.0- 2.3 | MCHC MF | 33.0- 36.0 | | | | Baso ___ | NRBC ___ | |
| | | | RDW MF | 10.9- 14.5 | | | | | Toxic Gran ___ | |
| NE# | MF | 1.5- 6.1 | | | | | | RBC Morph | | |
| LY# | MF | 0.8- 3.2 | | | | | | Aniso ___ | Baso Stip ___ | |
| MO# | MF | 0.2- 1.0 | | | | | | Macro ___ | Sphero ___ | |
| EO# | MF | 0.0- 0.4 | | | | | | Micro ___ | Target ___ | |
| BA# | MF | 0.0- 0.1 | | | | | | Hypo ___ | | |
| | | | | | | | | Poly ___ | PLT Est ___ | |
| | | | | | | | | Poik ___ | | |

Comments _____
Sig/Rev _____ Date _____

*Called WBC to Dialysis 1:05 pt*

RESULTS FAXED TO
DIALYSIS

OCT 0 8 2003
. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM ,     GENE            Physician: ZAMBETTI
ID: 20154-057
Sex: M
                         Fluid: SERUM            Priority: ROUTINE
Report Print Date 10/07/03                        DOB:  5-23-1966

| Test | | Result | | Normal Range | | |
|------|--|--------|--|--------------|--|--|
| GLUCOSE | | 97. | mg/dL | 75. | — | 110. |
| UREA NITROGEN | HI | 68. | mg/dL | 7. | — | 20. |
| CREATININE | HI | 26.1 | mg/dL | .7 | — | 1.5 |
| SODIUM | | 143. | mmol/L | 137. | — | 145. |
| POTASSIUM | HI | 5.4 | mmol/L | 3.6 | — | 5.0 |
| CHLORIDE | | 102. | mmol/L | 98. | — | 107. |
| CALCIUM | LO | 7.7 | mg/dL | 8.4 | — | 10.2 |
| PHOSPHORUS | HI | 7.7 | mg/dL | 2.5 | — | 4.5 |
| TOTAL PROTEIN | | 7.5 | g/dL | 6.3 | — | 8.2 |
| ALBUMIN | | 3.9 | g/dL | 3.5 | — | 5.0 |
| AST | | 43. | U/L | 14. | — | 59. |
| ALT | | 44. | U/L | 9. | — | 72. |
| ALKP | | 92. | U/L | 38. | — | 126. |
| TOTAL BILI | | .5 | mg/dL | .2 | — | 1.3 |
| UNCONJ. BILI | | .3 | mg/dL | .1 | — | 1.1 |
| DIRECT BILI | | .3 | mg/dL | 0.0 | — | .3 |

**RESULTS FAXED TO DIALYSIS**

B. Bettencourt, D.O., M.P.H.
Medical Officer
FMC Devens

OCT 08 2003

Oct 10 03 10:03a    DIAGNOSTIC LAB MED    17   2759703    p.10

# DIAGNOSTIC LABORATORY MEDICINE

LABORATORY
REPORT

14 CROSBY DRIVE
BEDFORD, MA 01730
TEL: (781)275-0855 * FAX:(781)275-9703

DR. J. D. MUSTO, DABB, BCIC
PRESIDENT & LAB DIRECTOR

PATIENT:          MANGUM, GENE
                  42 PATTON ROAD
                  AYER, MA 04132
D.O.B./SEX:       05/23/1966   37 M
DATE COLLECTED: 10/07/03
TIME COLLECTED: 0945
LAB NUMBER:      31499033

CLIENT:       DEVENS FEDERAL MEDICAL CTR
              DIALYSIS UNIT
              AYER, MA   01432
DOCTOR:       FRANCIS ZAMBETTI, M.D.
DATE RPTD: 10/10/03
DATE PRNT: 10/10/03
PATIENT ID:20154-057

** FINAL REPORT **
-------------------------------------------------------------------
                                                          PAGE:   1
                                                   ** FINAL REPORT **

| TEST NAME | RESULTS NORMAL | ABNORMAL | | REFERENCE RANGE | UNITS |
|-----------|--------|----------|---|-----------------|-------|
| PTH INTACT | | 157.0 | H | 10-69 | PG/ML |
| - PLEASE NOTE NEW REFERENCE RANGE - | | | | | |

RESULTS FAXED TO
DIALYSIS

Received by Laboratory

Date   10-10-03

10-15-03
R. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

** FINAL REPORT **

```
09/23/03   08:26:30          Dr. Sandra Howard          FMC DEVENS
AD35275    OPR                                          42 Patton Drive
                             978-796-4715               Ayer, MA 01432
```

Cass/Pos
009201   CBC   ——————————————

DATE:          TIME:
09/23/03       08:26:21

REG #  20154-057

SEQUENCE #
Date & Time   09/23/03 08:13

NAME   MANGUM,GENE

Physician  ZAMBETTI
Date of Birth  05/23/1966        Sex  M
Comments

| Normal WBC Pop | | | Normal RBC Pop | | | Normal PLT Pop | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 3.0 | 10^3/uL | RBC | 3.99 | 10^6/uL | PLT | 145 | 10^3/uL |
| NE% | | % | HGB | 12.2 | g/dL | MPV | 9.5 | fL |
| LY% | | % | HCT | 36.1 | % | | | |
| MO% | | % | MCV | 90.4 | fL | | | |
| EO% | | % | MCH | 30.5 | pg | | | |
| BA% | | % | MCHC | 33.7 | g/dL | | | |
| NE# | | 10^3/uL | RDW | 16.6 | % | | | |
| LY# | | 10^3/uL | | | | | | |
| MO# | | 10^3/uL | | | | | | |
| EO# | | 10^3/uL | | | | | | |
| BA# | | 10^3/uL | | | | | | |

### NORMAL RANGES

```
WBC  NF  3.7- 9.5    RBC M  4.00- 5.62 F   0.00- 9.00  PLT NF  150- 400
NE%  NF  38.9-74.5   HGB M  12.3- 16.9 F   0.0- 99.0   MPV NF  6.7- 10.7
LY%  NF  14.9-46.5   HCT M  36.1- 48.9 F   0.0- 99.0
MO%  NF  4.2- 14.0   MCV M  79.0- 99.0 F   0.0-999.0
EO%  NF  0.1- 5.1    MCH NF 27.0- 34.0
BA%  NF  0.0- 2.3    MCHC NF 33.0- 36.0
                     RDW NF 10.9- 14.5
NE#  NF  1.5- 6.1
LY#  NF  0.8- 3.2
MO#  NF  0.2- 1.0
EO#  NF  0.0- 0.4
BA#  NF  0.0- 0.1
```

### Microscopic

| WBC Diff | | |
|---|---|---|
| Neut | | Meta |
| Band | | Myelo |
| Lymph | | Pro |
| Mono | | Blast |
| Eos | | Atyp |
| Baso | | NRBC |
| | | Toxic Gran |

| RBC Morph | | |
|---|---|---|
| Aniso | | Baso Stip |
| Macro | | Sphero |
| Micro | | Target |
| Hypo | | |
| Poly | | PLT Est |
| Poik | | |

Comments _____
Sig/Rev _____ Date _____

ST. JOHN'S REGIONAL HEALTH CENTER
1235 E. Cherokee ~ Springfield, Mo. 65804

CLINICAL LABORATORY

# Periodic

**Name:** **MANGUM, GENE**
SJRHC MRN: J0030017576
Birthdate:    05/23/1966
Age / Sex:    37 Years   Male
Pt. Fin No:   324701272

Client:    St. John's Regional Health Center
Location:  MC SensitiveLOU
Order Physician:
Copy To:
Admit Physician: Physician, NonStaff

---

## CHEMISTRY

### General Chemistry

Collection Date    09/03/2003
        Time    14:38

| Test Name | | Reference Range | Units |
|---|---|---|---|
| Ferritin | 97.8 | [17.9-464.0] | ng/mL |

09/03/2003 14:38:00  Ferr:
WARD DEV
ACCT # 3350
INMATE # 20154-057

C    Critical Result
*    Abnormal Text Result
@    Corrected Result
^    Footnote / Result Comment

**Periodic**

Printed: 09/04/03  16:36
Page 1  of 1

# St. John's Regional Health Center
1235 E. Cherokee ~ Springfield, Mo. 65804

### CLINICAL LABORATORY
# Periodic

**Name:**     MANGUM, GENE
SJRHC MRN: J0030027281
Birthdate:    05/23/1966
Age / Sex:    37 Years   Male
Pt. Fin No:   322001166

Client:    St. John's Regional Health Center
Location:  MC SensitiveLOU
Order Physician:
Copy To:
Admit Physician: Physician, NonStaff

---

## CHEMISTRY

### General Chemistry

Collection Date   08/06/2003
         Time    15:38

| Test Name | | Reference Range | Units |
|-----------|--|-----------------|-------|
| Ferritin | 144.0 | [17.9-464.0] | ng/mL |

08/06/2003 15:38:00 Ferr:
#20154-057
ward dev
acc# 2982

RECEIVED BY LABORATORY
AUG 1 5 2003
BY:

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

C     Critical Result
*     Abnormal Text Result
@     Corrected Result
^     Footnote / Result Comment

# Periodic

Printed: 08/09/03  05:34
Page 1 of 1

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM          GENE                Physician: ZAMBETTI
ID: 20154-057
Sex: M
                              Fluid: SERUM              Priority: ROUTINE
Report Print Date 09/04/03                             DOB: 5-23-1966

| Test | | Result | | Normal Range | | |
|------|------|--------|-------|------|---|------|
| GLUCOSE | LO | 59. | mg/dL | 75. | – | 110. |
| UREA NITROGEN | HI | 53. | mg/dL | 7. | – | 20. |
| CREATININE | HI | 15.5 | mg/dL | .7 | – | 1.5 |
| SODIUM | | 144. | mmol/L | 137. | – | 145. |
| POTASSIUM | | 5.0 | mmol/L | 3.6 | – | 5.0 |
| CHLORIDE | | 106. | mmol/L | 98. | – | 107. |
| CARBON DIOXIDE | LO | 22. | mmol/L | 22. | – | 30. |
| CALCIUM | LO | 7.8 | mg/dL | 8.4 | – | 10.2 |
| PHOSPHORUS | HI | 6.5 | mg/dL | 2.5 | – | 4.5 |
| CHOLESTEROL | LO | 115. | mg/dL | 140. | – | 200. |
| TRIGLYCERIDES | | 111. | mg/dL | 30. | – | 200. |
| URIC ACID | | 4.4 | mg/dL | 2.5 | – | 8.5 |
| TOTAL PROTEIN | | 7.9 | g/dL | 6.3 | – | 8.2 |
| ALBUMIN | | 4.2 | g/dL | 3.5 | – | 5.0 |
| AST | | 29. | U/L | 14. | – | 59. |
| ALT | | 26. | U/L | 9. | – | 72. |
| ALKP | | 97. | U/L | 38. | – | 126. |
| TOTAL BILI | | .4 | mg/dL | .2 | – | 1.3 |
| UNCONJ. BILI | | .2 | mg/dL | .1 | – | 1.1 |
| CONJ. BILI | | .1 | mg/dL | | | |

9/8/03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM          GENE                    Physician: ZAMBETTI
ID: 20154-057
Sex: M
                                 Fluid: SERUM              Priority: ROUTINE
Report Print Date 09/04/03                                DOB: 5-23-1966

Test                            Result                   Normal Range
------------------------------------------------------------------------

UREA NITROGEN          HI    23.    mg/dL              7.   -    20.

------------------------------------------------------------------------

$URR\% = 56.60$
$KT/v = 1.017$

9/8/03

R. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

# DIAGNOSTIC LABORATORY MEDICINE

**LABORATORY
REPORT**

14 CROSBY DRIVE
BEDFORD, MA 01730
TEL: (781)275-0855 * FAX: (781)275-9703

DR. J. D. MUSTO, DABB, BCIC
PRESIDENT & LAB DIRECTOR

PATIENT:       MANGUM, GENE
               42 PATTON ROAD
               AYER, MA 04132
D.O.B./SEX:    05/23/1966   37 M
DATE COLLECTED: 09/03/03
TIME COLLECTED: 1200
LAB NUMBER:    31479301

CLIENT:      DEVENS FEDERAL MEDICAL CTR
             DIALYSIS UNIT
             AYER, MA  01432
DOCTOR:      FRANCIS ZAMBETTI, M.D.
DATE RPTD:   09/06/03
DATE PRNT:   09/06/03
PATIENT ID: 20154-057

PAGE:   1

** FINAL REPORT **                                          ** FINAL REPORT **

-------------------------------------------------------------------------

|                    | RESULTS |          |                 |        |
|  TEST NAME         | NORMAL  | ABNORMAL | REFERENCE RANGE | UNITS  |
|--------------------|---------|----------|-----------------|--------|
| PTH INTACT         |         | 132.0  H | 10-69           | PG/ML  |

- PLEASE NOTE NEW REFERENCE RANGE -

9/9/03

Bettencourt, D.O., MPH
Medical Officer
FMC Devens

RECEIVED BY LABORATORY

SEP 0 8 2003

BY:

** FINAL REPORT **

```
                                                                    Page:  1
              U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
                   LABORATORY,  1900 W. SUNSHINE
                   SPRINGFIELD,  MISSOURI  65808
                      (417) 862-7041, EXT. 454

=========================== F I N A L   R E P O R T ===========================
 Register Number: 20154-057                    Age              : 37
 Name           : MANGUM,GENE                  Sex              : M
 Location       : FMC DEVENS (DEV)             Accession Number: 3347
 Physician      : DR. ZAMBETTI                 "X" if Complete :  [X]
 Collection Date: 09/03/2003
 Collection Time: 11:58
 Tests  | Iron1; Tot. Iron Bind.; % Saturation
 Ordered|
===============================================================================
 Test Name          Result      Flag   Reference Range              Tech

 Collection Cmt.     Dialysis
 Iron1               61                 ug/dL    49   - 181          SY RY
 Tot. Iron Bind.     258                ug/dL   229   - 441          SY RY
 % Saturation        23.6                         -                  TX RY
                     -- End of Laboratory Report --
```

9/8/03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

```
 Name      : MANGUM,GENE          Doctor  : DR. ZAMBETTI
 Register#: 20154-057             Location: FMC DEVENS (DEV)
 Printed  : 09/05/2003 @ 08:13    . . . . . . . . .
                                  Sensitive L.O.U.
```

RECEIVED BY LABORATORY

SEP 0 5 2003

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM          GENE                    Physician: ZAMBETTI
ID: 20154-057
Sex: M                        Fluid: SERUM            Priority: ROUTINE
                                                      DOB: 5-23-1966
Report Print Date 09/02/03

                              Result                        Normal Range
Test
--------------------------------------------------------------------------------

| Test           |    | Result |         | Normal Range |    |        |
|----------------|----|--------|---------|--------------|----|--------|
| GLUCOSE        | LO | 72.    | mg/dL   | 75.          | —  | 110.   |
| UREA NITROGEN  | HI | 63.    | mg/dL   | 7.           | —  | 20.    |
| CREATININE     | HI | 18.6   | mg/dL   | .7           | —  | 1.5    |
| SODIUM         |    | 143.   | mmol/L  | 137.         | —  | 145.   |
| POTASSIUM      | HI | 7.3    | mmol/L  | 3.6          | —  | 5.0    |
| CHLORIDE       | HI | 107.   | mmol/L  | 98.          | —  | 107.   |
| CALCIUM        | LO | 7.2    | mg/dL   | 8.4          | —  | 10.2   |
| CHOLESTEROL    | LO | 126.   | mg/dL   | 140.         | —  | 200.   |
| TOTAL PROTEIN  | HI | 8.4    | g/dL    | 6.3          | —  | 8.2    |
| ALBUMIN        |    | 4.6    | g/dL    | 3.5          | —  | 5.0    |
| AST            |    | 37.    | U/L     | 14.          | —  | 59.    |
| ALT            |    | 28.    | U/L     | 9.           | —  | 72.    |
| ALKP           |    | 109.   | U/L     | 38.          | —  | 126.   |
| TOTAL BILI     |    | .5     | mg/dL   | .2           | —  | 1.3    |

--------------------------------------------------------------------------------

*Called K+ + Ca++ to Dialysis 2:10 KF*

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

9/4/03

```
09/02/03   12:13:26        Dr. Sandra Howard        FMC DEVENS
AD35275    OPR                                      42 Patton Drive
                           978-796-4715             Ayer, MA 01432
```

Cass/Pos                                    DATE:      TIME:
009201     CBC          _____    09/02/03   12:13:18

REG #  20154-057                            SEQUENCE #
                                            Date & Time   09/02/03 12:10

                                            NAME   MANGUM,GENE
Physician   ZAMBETTI
Date of Birth  05/23/1966        Sex   M
Comments

| Normal WBC Pop | | | Normal RBC Pop | | | Normal PLT Pop | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 3.2 | 10^3/uL | RBC | 4.59 | 10^6/uL | PLT | 219 | 10^3/uL |
| NE% | | % | HGB | 13.6 | g/dL | MPV | 9.0 | fL |
| LY% | | % | HCT | 42.2 | % | | | |
| MO% | | % | MCV | 92.0 | fL | | | |
| EO% | | % | MCH | 29.7 | pg | | | |
| BA% | | % | MCHC | 32.3 | g/dL | | | |
| NE# | | 10^3/uL | RDW | 16.3 | % | | | |
| LY# | | 10^3/uL | | | | | | |
| MO# | | 10^3/uL | | | | | | |
| EO# | | 10^3/uL | | | | | | |
| BA# | | 10^3/uL | | | | | | |
```

```
                                                        Microscopic
         NORMAL RANGES                         WBC Diff
                                                        Neut _____      Meta _____
WBC  MF  3.7- 9.5   RBC M  4.00- 5.62 F  0.00- 9.00  PLT MF  150- 400   Band _____   Myelo _____
NE%  MF  38.9- 74.5 HGB M  12.3- 16.9 F  0.0- 99.0   MPV MF  6.7- 10.7  Lymph _____   Pro _____
LY%  MF  14.9- 46.5 HCT M  36.1- 48.9 F  0.0- 99.0                      Mono _____   Blast _____
MO%  MF  4.2- 14.0  MCV M  79.0- 99.0 F  0.0-999.0                      Eos _____   Atyp _____
EO%  MF  0.1- 5.1   MCH MF 27.0- 34.0                                   Baso _____   NRBC _____
BA%  MF  0.0- 2.3   MCHC MF 33.0- 36.0                                                  Toxic Gran ____
                    RDW MF 10.9- 14.5                  RBC Morph
NE#  MF  1.5- 6.1                                      Aniso _____     Baso Stip _____
LY#  MF  0.8- 3.2                                      Macro _____     Sphero _____
MO#  MF  0.2- 1.0                                      Micro _____     Target _____
EO#  MF  0.0- 0.4                                      Hypo _____
BA#  MF  0.0- 0.1                                      Poly _____     PLT Est _____
                                                       Poik _____
                                                       Comments _____
                                                       Sig/Rev _____ Date _____
```

9/4/03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

09/04/03    08:09:56                    Sandra Howard              FMC DEV__ S
AD35275     OPR                                                    42 Patt__ Drive
                                        978-796-4715               Ayer, MA 01432

---

Cass/Pos                                           DATE:        TIME:
009905     CBC          _____            09/04/03     08:02:30

REG #   20154-057                                  SEQUENCE #
                                                   Date & Time   09/04/03 07:50

                                                   NAME   MANGUM,G.

Physician  ZAMBETTI
Date of Birth  05/23/1966          Sex  M
Comments

| Normal WBC Pop | | | Normal RBC Pop | | | Normal PLT Pop | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 3.4 | 10^3/uL | RBC | 4.10 | 10^6/uL | PLT | 190 | 10^3/uL |
| NE% | | % | HGB | 12.3 | g/dL | MPV | 9.9 | fL |
| LY% | | % | HCT | 37.7 | % | | | |
| MO% | | % | MCV | 91.9 | fL | | | |
| EO% | | % | MCH | 30.0 | pg | | | |
| BA% | | % | MCHC | 32.6 | g/dL | | | |
| NE# | | 10^3/uL | RDW | 16.3 | % | | | |
| LY# | | 10^3/uL | | | | | | |
| MO# | | 10^3/uL | | | | | | |
| EO# | | 10^3/uL | | | | | | |
| BA# | | 10^3/uL | | | | | | |

### NORMAL RANGES

| | | | | | | | Microscopic | |
|---|---|---|---|---|---|---|---|---|
| WBC NF 3.7- 9.5 | RBC M 4.00- 5.62 F | 0.00- 9.00 | PLT NF 150- 400 | WBC Diff | | | Meta | |
| NE% NF 38.9- 74.5 | HGB M 12.3- 16.9 F | 0.0- 99.0 | MPV NF 6.7- 10.7 | Neut | _____ | | Myelo | _____ |
| LY% NF 14.9- 46.5 | HCT M 36.1- 48.9 F | 0.0- 99.0 | | Band | _____ | | Pro | _____ |
| MO% NF 4.2- 14.0 | MCV M 79.0- 99.0 F | 0.0-999.0 | | Lymph | _____ | | Blast | _____ |
| EO% NF 0.1- 5.1 | MCH NF 27.0- 34.0 | | | Mono | _____ | | Atyp | _____ |
| BA% NF 0.0- 2.3 | MCHC NF 33.0- 36.0 | | | Eos | _____ | | NRBC | _____ |
| | RDW NF 10.9- 14.5 | | | Baso | _____ | | Toxic Gran | ____ |
| NE# NF 1.5- 6.1 | | | | RBC Morph | | | | |
| LY# NF 0.8- 3.2 | | | | Aniso | _____ | | Baso Stip | ____ |
| MO# NF 0.2- 1.0 | | | | Macro | _____ | | Sphero | _____ |
| EO# NF 0.0- 0.4 | | | | Micro | _____ | | Target | _____ |
| BA# NF 0.0- 0.1 | | | | Hypo | _____ | | | |
| | | | | Poly | _____ | | PLT Est | _____ |
| | | | | Poik | _____ | | | |

Comments _____
Sig/Rev _____    Date _____

---

_____ Bettencourt, D.O., MPH
Medical Officer
FMC Devens

9/8/03

Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

========================= F I N A L   R E P O R T =========================

Register Number: 20154-057                Age              : 37
Name          : MANGUM, GENE              Sex              : M
Location      : FMC DEVENS (DEV)          Accession Number: 3349
Physician     : DR. ZAMBETTI              "X" if Complete : [X]
Collection Date: 09/03/2003
Collection Time: 11:58
Tests  | HBsAg
Ordered|
====================================================================================

Test Name          Result        Flag     Reference Range            Tech

Collection Cmt.      Dialysis
HBsAg                Negative                         Negative        SY CK
                   -- End of Laboratory Report --

Name      : MANGUM, GENE                  Doctor  : DR. ZAMBETTI
Register#: 20154-057                      Location: FMC DEVENS (DEV)
Printed  : 09/05/2003 @ 14:15             . . . . . . . . .
                                          Sensitive L.O.U.

RECEIVED BY LABORATORY
SEP 0 8 2003
BY:..........................

```
09/08/03     12:08:49          D..' Sandra Howard          FMC DEV...
AD:35275 ·   OPR                                            42 Patton Drive
                               978-796-4715                 Ayer, MA 01432
```

---

```
Cass/Pos                                          DATE:         TIME:
009104    CBC            ─────────────            09/08/03      12:08:41

REG #   20154-057                                 SEQUENCE #
                                                  Date & Time  09/08/03 12:01

Physician  ZAMBETTI                               NAME   MANGUM,GENE
Date of Birth  05/23/1966          Sex   M
Comments
```

| Normal WBC Pop | | Normal RBC Pop | | Normal PLT Pop | |
|---|---|---|---|---|---|
| WBC  | 3.5  10^3/uL | RBC  | 4.08  10^6/uL | PLT  | 205  10^3/uL |
| NE%  | % | HGB  | 12.5  g/dL | MPV  | 9.2  fL |
| LY%  | % | HCT  | 37.4  % | | |
| MO%  | % | MCV  | 91.6  fL | | |
| EO%  | % | MCH  | 30.5  pg | | |
| BA%  | % | MCHC | 33.3  g/dL | | |
| NE#  | 10^3/uL | RDW  | 16.3  % | | |
| LY#  | 10^3/uL | | | | |
| MO#  | 10^3/uL | | | | |
| EO#  | 10^3/uL | | | | |
| BA#  | 10^3/uL | | | | |

```
                 NORMAL RANGES                                    Microscopic
                                               WBC Diff
WBC  MF   3.7- 9.5   RBC M  4.00- 5.62 F  0.00- 9.00  PLT MF  150- 400       Neut  _____        Meta  _____
NE%  MF  38.9-74.5   HGB M  12.3- 16.9 F  0.0- 99.0   MPV MF  6.7- 10.7      Band  _____        Myelo _____
LY%  MF  14.9-46.5   HCT M  36.1- 48.9 F  0.0- 99.0                          Lymph _____        Pro   _____
MO%  MF   4.2-14.0   MCV M  79.0- 99.0 F  0.0-999.0                          Mono  _____        Blast _____
EO%  MF   0.1- 5.1   MCH MF 27.0- 34.0                                       Eos   _____        Atyp  _____
BA%  MF   0.0- 2.3   MCHC MF 33.0- 36.0                                      Baso  _____        NRBC  _____
                     RDW MF 10.9- 14.5                                                             Toxic Gran ____
NE#  MF   1.5- 6.1                                                  RBC Morph
LY#  MF   0.8- 3.2                                                          Aniso  _____        Baso Stip _____
MO#  MF   0.2- 1.0                                                          Macro  _____        Sphero _____
EO#  MF   0.0- 0.4                                                          Micro  _____        Target _____
BA#  MF   0.0- 0.1                                                          Hypo   _____
                                                                           Poly   _____        PLT Est _____
                                                                           Poik   _____

                                                             Comments _____
                                                             Sig/Rev _____ Date _____
```

---

9/12/03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

# DIAGNOSTIC LABORATORY MEDICINE

**LABORATORY
REPORT**

14 CROSBY DRIVE
BEDFORD, MA 01730
TEL: (781)275-0855 * FAX:(781)275-9703

DR. J. D. MUSTO, DABB, BCIC
PRESIDENT & LAB DIRECTOR

PATIENT:          MANGUM, GENE            CLIENT:    DEVENS FEDERAL MEDICAL CTR
                  42 PATTON ROAD                     DIALYSIS UNIT
                  AYER, MA 04132                     AYER, MA   01432
D.O.B./SEX:   05/23/1966   37 M       DOCTOR:    FRANCIS ZAMBETTI, M.D.
DATE COLLECTED:09/02/03               DATE RPTD: 09/09/03
TIME COLLECTED:1230                   DATE PRNT: 09/09/03
LAB NUMBER:    31478557               PATIENT ID:20154-057

                                                              PAGE:   1
** FINAL REPORT **                                      ** FINAL REPORT **
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                              RESULTS
          TEST NAME        NORMAL   ABNORMAL      REFERENCE RANGE    UNITS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BLOOD CULTURE
   SOURCE                  BLOOD
   ORGANISM                NO GROWTH

9/12/03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

RECEIVED BY LABORATORY
SEP 1 0 2003
BY:........................

** FINAL REPORT **

# DIAGNOSTIC LABORATORY MEDICINE

**LABORATORY**
**REPORT**

14 CROSBY DRIVE
BEDFORD, MA 01730
TEL: (781)275-0855 * FAX:(781)275-9703

DR. J. D. MUSTO, DABB, BCIC
PRESIDENT & LAB DIRECTOR

PATIENT:    MANGUM, GENE
            42 PATTON ROAD
            AYER, MA 04132
D.O.B./SEX:    05/23/1966  37 M
DATE COLLECTED:09/02/03
TIME COLLECTED:1230
LAB NUMBER:    31478558

CLIENT:    DEVENS FEDERAL MEDICAL CTR
          DIALYSIS UNIT
          AYER, MA  01432
DOCTOR:    FRANCIS ZAMBETTI, M.D.
DATE RPTD: 09/09/03
DATE PRNT: 09/09/03
PATIENT ID:20154-057

PAGE:   1

** FINAL REPORT **
** FINAL REPORT **

---------------------------------------------------------------------

RESULTS

| TEST NAME | NORMAL | ABNORMAL | REFERENCE RANGE | UNITS |
|---|---|---|---|---|

---------------------------------------------------------------------

BLOOD CULTURE
   SOURCE           BLOOD
   ORGANISM        NO GROWTH

9/12/03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

RECEIVED BY LABORATORY

SEP 1 0 2003

BY:...............................

** FINAL REPORT **

```
08/19/03    10:10:32          Dr. Sandra Howard          FMC DEVENS
AD35275     OPR                                          42 Patton Drive
                              978-796-4715               Ayer, MA 01432
```

```
Cass/Pos                              DATE:        TIME:
009104    CBC      _____    08/19/03     10:10:22

REG #  20154-057                      SEQUENCE #
                                      Date & Time   08/19/03 09:31

                                      NAME  MANGUM,G.
Physician  ZAMBETTI
Date of Birth  05/23/1966    Sex  M
Comments
```

| Normal WBC Pop | | | Normal RBC Pop | | | Normal PLT Pop | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 3.2 | 10^3/uL | RBC | 4.47 | 10^6/uL | PLT | 126 | 10^3/uL |
| NE% | | % | HGB | 13.7 | g/dL | MPV | 10.4 | fL |
| LY% | | % | HCT | 42.6 | % | | | |
| MO% | | % | MCV | 95.3 | fL | | | |
| EO% | | % | MCH | 30.7 | pg | | | |
| BA% | | % | MCHC | 32.2 | g/dL | | | |
| NE# | | 10^3/uL | RDW | 17.2 | % | | | |
| LY# | | 10^3/uL | | | | | | |
| MO# | | 10^3/uL | | | | | | |
| EO# | | 10^3/uL | | | | | | |
| BA# | | 10^3/uL | | | | | | |

```
                   NORMAL RANGES                        Microscopic
                                              WBC Diff
WBC  NF  3.7- 9.5   RBC N  4.00- 5.62 F  0.00- 9.00 PLT NF  150- 400    Neut  _____    Meta  _____
NE%  NF  38.9- 74.5 HGB N  12.3- 16.9 F  0.0- 99.0  MPV NF  6.7- 10.7   Band  _____    Myelo _____
LY%  NF  14.9- 46.5 HCT N  36.1- 48.9 F  0.0- 99.0                      Lymph _____    Pro   _____
MO%  NF  4.2- 14.0  MCV N  79.0- 99.0 F  0.0-999.0                      Mono  _____    Blast _____
EO%  NF  0.1- 5.1   MCH NF 27.0- 34.0                                   Eos   _____    Atyp  _____
BA%  NF  0.0- 2.3   MCHC NF 33.0- 36.0                                  Baso  _____    NRBC  _____
                    RDW NF 10.9- 14.5                                                    Toxic Gran _____

NE#  NF  1.5- 6.1                                                RBC Morph
LY#  NF  0.8- 3.2                                                       Aniso  _____   Baso Stip _____
MO#  NF  0.2- 1.0                                                       Macro  _____   Sphero    _____
EO#  NF  0.0- 0.4                                                       Micro  _____   Target    _____
BA#  NF  0.0- 0.1                                                       Hypo   _____
                                                                       Poly   _____   PLT Est   _____
                                                                       Poik   _____

                                                                Comments _____
                                                                Sig/Rev _____ Date _____
```



Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

F I N A L    R E P O R T

```
================================           ================================
 Register Number: 20154-057                Age               : 37
 Name            : MANGUM, GENE            Sex               : M
 Location        : FMC DEVENS (DEV)       Accession Number: 2977
 Physician       : MISCELLANEOUS DOCTOR   "X" if Complete : [X]
 Collection Date: 08/06/2003
 Collection Time: 12:17
 Tests  ¦ Iron1; Tot. Iron Bind.; % Saturation
 Ordered¦
================================================================================
```

| Test Name | Result | Flag | Reference Range | | | Tech |
|-----------|--------|------|-----------------|---|---|------|
| Collection Cmt. | | | | | | SY RY |
| Iron1 | 50 | | ug/dL | 49 | – 181 | SY RY |
| Tot. Iron Bind. | 250 | | ug/dL | 229 | – 441 | TX RY |
| % Saturation | 20.0 | | | | – | |

-- End of Laboratory Report --

RECEIVED BY LABORATORY

AUG _ _ _ _ _

BY:................

8/12/03

_____ Bettencourt, D.O., MPH
Medical Officer
FMC Devens

Name      : MANGUM, GENE
Register#: 20154-057
Printed  : 08/08/2003 @ 09:10

Doctor  : MISCELLANEOUS DOCTOR
Location: FMC DEVENS (DEV)
. . . . . . . . .
Sensitive L.O.U.

Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

============================== F I N A L   R E P O R T ==============================

```
Register Number: 20154-057                    Age                : 37
Name            : MANGUM, GENE                 Sex                : M
Location        : FMC DEVENS (DEV)             Accession Number: 2978
Physician       : MISCELLANEOUS DOCTOR         "X" if Complete :  [X]
Collection Date: 08/06/2003
Collection Time: 12:17
Tests  ¦ HBsAg
Ordered¦
```

==================================================================================

| Test Name | Result | Flag | Reference Range | Tech |
|-----------|--------|------|-----------------|------|
| Collection Cmt. | | | | |
| HBsAg | Negative | | Negative | SY RY |

-- End of Laboratory Report --



```
Name      : MANGUM, GENE              Doctor  : MISCELLANEOUS DOCTOR
Register#: 20154-057                  Location: FMC DEVENS (DEV)
Printed  : 08/08/2003 @ 15:10          . . . . . . . .
                                      Sensitive L. O. U.
```

RECEIVED BY LABORATORY
AUG 1 1 2003
BY:...............

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM        GENE              Physician: ZAMBETTI
ID: 20154-057
Sex: M
                            Fluid: SERUM               Priority: ROUTINE
Report Print Date 08/06/03                            DOB: 5-23-1966

Test                        Result                    Normal Range
------------------------------------------------------------------------

| Test | | Result | | Normal Range | | |
|---|---|---|---|---|---|---|
| GLUCOSE | | 103. | mg/dL | 75. | – | 110. |
| UREA NITROGEN | HI | 41. | mg/dL | 7. | – | 20. |
| CREATININE | HI | 15.1 | mg/dL | .7 | – | 1.5 |
| SODIUM | | 141. | mmol/L | 137. | – | 145. |
| POTASSIUM | | 4.4 | mmol/L | 3.6 | – | 5.0 |
| CHLORIDE | | 100. | mmol/L | 98. | – | 107. |
| CARBON DIOXIDE | | 25. | mmol/L | 22. | – | 30. |
| CALCIUM | LO | 6.3 | mg/dL | 8.4 | – | 10.2 |
| PHOSPHORUS | HI | 6.5 | mg/dL | 2.5 | – | 4.5 |
| CHOLESTEROL | LO | 118. | mg/dL | 140. | – | 200. |
| TRIGLYCERIDES | | 154. | mg/dL | 30. | – | 200. |
| URIC ACID | | 6.0 | mg/dL | 2.5 | – | 8.5 |
| TOTAL PROTEIN | | 8.0 | g/dL | 6.3 | – | 8.2 |
| ALBUMIN | | 4.2 | g/dL | 3.5 | – | 5.0 |
| AST | | 30. | U/L | 14. | – | 59. |
| ALT | | 31. | U/L | 9. | – | 72. |
| ALKP | HI | 134. | U/L | 38. | – | 126. |
| TOTAL BILI | | .7 | mg/dL | .2 | – | 1.3 |
| UNCONJ. BILI | LO | .1 | mg/dL | .1 | – | 1.1 |
| CONJ. BILI | | 0.0 | mg/dL | | | |

------------------------------------------------------------------------

7/30/03
@

## St. John's Regional Health Center

1235 E. Cherokee – Springfield, Mo. 65804

### CLINICAL LABORATORY

# Periodic

| | | |
|---|---|---|
| **Name:** | **MANGUM, GENE** | Client: St. John's Regional Health Center |
| SJRHC MRN: J0030017576 | | Location: MC SensitiveLOU |
| Birthdate: 05/23/1966 | | Order Physician: |
| Age / Sex: 37 Years Male | | Copy To: |
| Pt. Fin No: 318800676 | | Admit Physician: Physician, NonStaff |

---

## CHEMISTRY

### General Chemistry

Collection Date  07/02/2003
Time  12:20

| Test Name | | Reference Range | Units |
|---|---|---|---|
| Ferritin | 47.8 | [17.9-464.0] | ng/mL |

07/02/2003 12:20:00 Ferr:
WARD DEV ACCT # 8972 INMATE # 20154-057

8/11/03

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

RECEIVED BY LABORATORY

JUL 15 2003

BY:....................

| | |
|---|---|
| C | Critical Result |
| * | Abnormal Text Result |
| @ | Corrected Result |
| ^ | Footnote / Result Comment |

**Periodic**

7/7/03

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM          GENE                    Physician: ZAMBETTI
ID: 20154-057
Sex: M
                              Fluid: SERUM                  Priority: ROUTINE
Report Print Date 08/07/03                                 DOB:  5-23-1966

Test                          Result                       Normal Range
----------------------------------------------------------------------------------

UREA NITROGEN                 11.    mg/dL                 7.   -   20.

----------------------------------------------------------------------------------

URR = 73.17
KTV = 1.399

```
08/06/03    12:32:53                  Dr. Sandra Howard              FMC DEVENS
AD35275     OPR                                                      42 Patton Drive
                                      978-796-4715                   Ayer, MA 01432
```

---

```
Cass/Pos                                              DATE:        TIME:
009303    CBC            ---------------             08/06/03     12:32:44

REG #   20154-057                                   SEQUENCE #
                                                    Date & Time   08/06/03 12:22

Physician   ZAMBETTI                                  NAME    MANGUM,GENE
Date of Birth   05/23/1966              Sex   M
Comments
```

|  | Normal WBC Pop |  | | Normal RBC Pop |  | | Normal PLT Pop | |
|---|---|---|---|---|---|---|---|---|
| WBC | 3.2 | 10^3/uL | RBC | 4.78 | 10^6/uL | PLT | 153 | 10^3/uL |
| NE% |  | % | HGB | 14.4 | g/dL | MPV | 9.0 | fL |
| LY% |  | % | HCT | 45.1 | % |  |  |  |
| MO% |  | % | MCV | 94.2 | fL |  |  |  |
| EO% |  | % | MCH | 30.1 | pg |  |  |  |
| BA% |  | % | MCHC | 32.0 | g/dL |  |  |  |
| NE# |  | 10^3/uL | RDW | 18.3 | % |  |  |  |
| LY# |  | 10^3/uL |  |  |  |  |  |  |
| MO# |  | 10^3/uL |  |  |  |  |  |  |
| EO# |  | 10^3/uL |  |  |  |  |  |  |
| BA# |  | 10^3/uL |  |  |  |  |  |  |

**NORMAL RANGES**

**Microscopic**

```
WBC  MF   3.7- 9.5    RBC M   4.00- 5.62 F  0.00- 9.00  PLT MF  150- 400
NE%  MF  38.9-74.5    HGB M  12.3- 16.9 F  0.0- 99.0   MPV MF  6.7- 10.7
LY%  MF  14.9-46.5    HCT M  36.1- 48.9 F  0.0- 99.0
MO%  MF   4.2- 14.0   MCV M  79.0- 99.0 F  0.0-999.0
EO%  MF   0.1- 5.1    MCH MF 27.0- 34.0
BA%  MF   0.0- 2.3    MCHC MF 33.0- 36.0
                      RDW MF 10.9- 14.5
NE#  MF   1.5- 6.1
LY#  MF   0.8- 3.2
MO#  MF   0.2- 1.0
EO#  MF   0.0- 0.4
BA#  MF   0.0- 0.1
```

```
WBC Diff
  Neut    _____       Meta    _____
  Band    _____       Myelo   _____
  Lymph   _____       Pro     _____
  Mono    _____       Blast   _____
  Eos     _____       Atyp    _____
  Baso    _____       NRBC    _____
                        Toxic Gran ____

RBC Morph
  Aniso   _____       Baso Stip _____
  Macro   _____       Sphero  _____
  Micro   _____       Target  _____
  Hypo    _____
  Poly    _____       PLT Est _____
  Poik    _____

  Comments _____
  Sig/Rev _____  Date _____
```

# DIAGNOSTIC LABORATORY MEDICINE

**LABORATORY REPORT**

14 CROSBY DRIVE
BEDFORD, MA 01730
TEL: (781)275-0855 * FAX:(781)275-9703

DR. J. D. MUSTO, DABB, BCIC
PRESIDENT & LAB DIRECTOR

| | |
|---|---|
| PATIENT: | MANGUM, GENE |
| | 42 PATTON ROAD |
| | AYER, MA 04132 |
| D.O.B./SEX: | 05/23/1966  37 M |
| DATE COLLECTED: | 08/06/03 |
| TIME COLLECTED: | 1200 |
| LAB NUMBER: | 31464146 |

| | |
|---|---|
| CLIENT: | DEVENS FEDERAL MEDICAL CTR |
| | DIALYSIS UNIT |
| | AYER, MA  01432 |
| DOCTOR: | FRANCIS ZAMBETTI, M.D. |
| DATE RPTD: | 08/08/03 |
| DATE PRNT: | 08/08/03 |
| PATIENT ID: | 20154-057 |

PAGE:  1

** FINAL REPORT **                                    ** FINAL REPORT **

-------------------------------------------------------------------------

                                    RESULTS
        TEST NAME          NORMAL   ABNORMAL        REFERENCE RANGE    UNITS
-------------------------------------------------------------------------

PTH INTACT                          105.0    H    10-69              PG/ML
            - PLEASE NOTE NEW REFERENCE RANGE -

RECEIVED BY LABORATORY
AUG 0 8 2003
BY:

** FINAL REPORT **

```
07/14/03   12:23:54        CT  Sandra Howard        FMC DEVE.
AD3527S    OPR                                       42 Patton Drive
                           978-796-4715              Ayer, MA 01432
```

Cass/Pos
009103    CBC         ------------------    DATE:      TIME:
                                            07/14/03   12:23:47

REG #  20154-057                            SEQUENCE #
                                            Date & Time   07/14/03 12:18

Physician  ZAMBETTI                         NAME   MANGUM,GENE
Date of Birth  05/23/1966        Sex  M
Comments

```
   Normal WBC Pop              Normal RBC Pop              Normal PLT Pop

WBC    3.1      10^3/uL    RBC   4.03    10^6/uL    PLT   170    10^3/uL
NE%             %          HGB   12.1    g/dL       MPV   9.1    fL
LY%             %          HCT   36.4    %
MO%             %          MCV   90.4    fL
EO%             %          MCH   30.0    pg
BA%             %          MCHC  33.2    g/dL
NE#             10^3/uL    RDW   16.5    %
LY#             10^3/uL
MO#             10^3/uL
EO#             10^3/uL
BA#             10^3/uL
```

### NORMAL RANGES

```
                                                        WBC Diff          Microscopic
WBC  MF   3.7- 9.5    RBC M  4.00- 5.62 F  0.00- 9.00 PLT MF  150- 400      Neut  _____    Meta   _____
NE%  MF  38.9- 74.5   HGB M  12.3- 16.9 F  0.0- 99.0  MPV MF  6.7- 10.7     Band  _____    Myelo  _____
LY%  MF  14.9- 46.5   HCT M  36.1- 48.9 F  0.0- 99.0                        Lymph _____    Pro    _____
MO%  MF   4.2- 14.0   MCV M  79.0- 99.0 F  0.0-999.0                        Mono  _____    Blast  _____
EO%  MF   0.1- 5.1    MCH MF 27.0- 34.0                                     Eos   _____    Atyp   _____
BA%  MF   0.0- 2.3    MCHC MF 33.0- 36.0                                    Baso  _____    NRBC   _____
                      RDW MF 10.9- 14.5                                                      Toxic Gran _____
NE#  MF   1.5- 6.1
LY#  MF   0.8- 3.2                                     RBC Morph
MO#  MF   0.2- 1.0                                      Aniso _____       Baso Stip _____
EO#  MF   0.0- 0.4                                      Macro _____       Sphero  _____
BA#  MF   0.0- 0.1                                      Micro _____       Target  _____
                                                       Hypo  _____
                                                       Poly  _____        PLT Est _____
                                                       Poik  _____

                                            Comments _____
                                            Sig/Rev _____  Date _____
```

```
07/03/03    08:24:15                . Sandra Howard        FMC DE   IS.
AD35278     OPR                                            42 Patton Drive
                              978-796-4715                 Ayer, MA 01432
```

```
Cass/Pos                                   DATE:      TIME:
00S305   CBC        ----------------       07/03/03   08:24:07
```

```
REG #  20154-057                           SEQUENCE #
                                           Date & Time   07/03/03 08:10

Physician  ZAMBETTI                   NAME  MANGUM,GENE
Date of Birth  05/23/1966      Sex  M
Comments
```

| Normal WBC Pop | | | Normal RBC Pop | | | Normal PLT Pop | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 2.6 | 10^3/uL | RBC | 3.64 | 10^6/uL | PLT | 207 | 10^3/uL |
| NE% | | % | HGB | 11.4 | g/dL | MPV | 9.7 | fL |
| LY% | | % | HCT | 33.6 | % | | | |
| MO% | | % | MCV | 92.3 | fL | | | |
| EO% | | % | MCH | 31.2 | pg | | | |
| BA% | | % | MCHC | 33.8 | g/dL | | | |
| NE# | | 10^3/uL | RDW | 18.2 | % | | | |
| LY# | | 10^3/uL | | | | | | |
| MO# | | 10^3/uL | | | | | | |
| EO# | | 10^3/uL | | | | | | |
| BA# | | 10^3/uL | | | | | | |

```
                    NORMAL RANGES                       Microscopic
                                               WBC Diff
WBC  MF  3.7- 9.5   RBC M  4.00- 5.62 F  0.00- 9.00  PLT MF  150- 400   Neut  _____    Meta  _____
NE%  MF  38.9- 74.5  HGB M  12.3- 16.9 F  0.0- 99.0   MPV MF  6.7- 10.7   Band  _____    Myelo _____
LY%  MF  14.9- 46.5  HCT M  36.1- 48.9 F  0.0- 99.0                       Lymph _____    Pro   _____
MO%  MF  4.2- 14.0   MCV M  79.0- 99.0 F  0.0-999.0                       Mono  _____    Blast _____
EO%  MF  0.1- 5.1    MCH M  27.0- 34.0                                    Eos   _____    Atyp  _____
BA%  MF  0.0- 2.3    MCHC MF  33.0- 36.0                                  Baso  _____    NRBC  _____
                    RDW MF  10.9- 14.5                                                      Toxic Gran ____
NE#  MF  1.5- 6.1                                       RBC Morph
LY#  MF  0.8- 3.2                                        Aniso  _____   Baso Stip _____
MO#  MF  0.2- 1.0                                        Macro  _____   Sphero _____
EO#  MF  0.0- 0.4                                        Micro  _____   Target _____
BA#  MF  0.0- 0.1                                        Hypo   _____
                                                        Poly   _____   PLT Est _____
                                                        Poik   _____

                                               Comments _____
                                               Sig/Rev _____  Date _____
```

Page: 1

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
LABORATORY, 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI 65808
(417) 862-7041, EXT. 454

======================== F I N A L   R E P O R T ============================

```
 Register Number: 20154-057                    Age              : 37
 Name          : MANGUM, GENE                  Sex              : M
 Location      : FMC DEVENS (DEV)              Accession Number: 8974
 Physician     : MISCELLANEOUS DOCTOR          "X" if Complete :  [X]
 Collection Date: 07/02/2003
 Collection Time: 12:21
 Tests  ¦ HBsAg                                                     S CS
 Ordered¦
```
=============================================================================

```
 Test Name           Result        Flag      Reference Range           Tech

 Collection Cmt.         .
 HBsAg                Negative                         Negative       SY RY
                    -- End of Laboratory Report --
```

```
 Name     : MANGUM, GENE              Doctor : MISCELLANEOUS DOCTOR
 Register#: 20154-057                 Location: FMC DEVENS (DEV)
 Printed  : 07/08/2003 @ 13:16        .........
                                      Sensitive L. O. U.
```



RECEIVED BY LABORATORY

JUL 0 0 2003

Name: FMCDMANGUM,GENE,L      MRN:000000520702      Encounter #:005008417486

Discussed with Dr. Shipen Li.

Copy of chart was faxed to Dr. Shipen Li.

_____

Jan C.Rockwood M.D.

Thu Aug 21, 2003 1526

## Page 2
# Patient Care Referral Form

| NURSING: Self Care Status Check Functional Level | | Inde-pendent | Needs Assist-ance | Unable |
|---|---|---|---|---|
| **Ambulation** | Bed-Chair | | | |
| | Walking | | | |
| | Stairs | | | |
| | Wheelchair | | | |
| | Crutches | | | |
| | Walker | | | |
| | Cane | | | |
| **Activities** | Bathe self | | | |
| | Dress self | | | |
| | Feed self | | | |
| | Brushing teeth | | | |
| | Shaving | | | |
| | Toilet | | | |
| | Commode | | | |
| | Bedpan/Urinal | | | |

Bowel & Bladder Program ☐ Yes ☐ No
Incontinence: Bladder ☐    Bowel ☐
Date of Last Enema
Catheter:   Type
Date last changed:

| Weight | Height | | Date |
|---|---|---|---|
| Anointed | Yes ☐ | No ☐ | Date |

Check if Pertinent: (describe at right) ▷

**DISABILITIES**
- ☐ Amputation
- ☐ Paralysis
- ☐ Contractures
- ☐ Decubitus
- ☐ Other

**IMPAIRMENTS**
- ☐ Speech
- ☐ Hearing
- ☐ Vision
- ☐ Sensation
- ☐ Other

**COMMUNICATION**
- ☐ Can Write
- ☐ Talks
- ☐ Understands Speaking
- ☐ Understands English
- ☐ If no, Other Language?
- ☐ Reads
- ☐ Non-Verbal

**BEHAVIOR**
- ☐ Alert
- ☐ Forgetful
- ☐ Noisy
- ☐ Confused
- ☐ Withdrawn
- ☐ Wanders
- ☐ Other

**REQUIRES**
Mark "S" if sent; "N" if needed
- ☐ Colostomy Care
- ☐ Cane
- ☐ Crutches
- ☐ Walker
- ☐ Wheelchair
- ☐ Other
- ☐ Dentures
- ☐ Eye Glasses
- ☐ Hearing Aid
- ☐ Prosthesis
- ☐ Side Rails

---

Name _____ FMCDMANGUM, GENe L
AGE: 37Y  DOB: 05/23/1966     LMD
ZAMBETTI, FRANCIS        09/18/2003
Record # _____ 005008548231
Transfer to: _____
000000520702

PATIENT CARE PLAN
(Explain details of care, medications, treatments, teaching, habits, preferences, and goals.)

Medications: Note time last dose given on day of discharge.

Gene Mangum admitted to LH 9/18/03 for placement of CAPD catheter. Surgery done 9/19/03 - uncomplicated post-op course. Has 250cc cushion of dialysate left in. Does have some abdominal tenderness. Taking tylenol for discomfort -refusing other pain meds 2° constipation issues. WBC on 9/20 6.7.

Has 2 DSD on abdomen - CAPD catheter intact - Abdomen softly distended. BSO x4.

Meds - See copies of med sheets sent for last doses.

VS. 97⁶-77-18-130/87    Sat 99% RA

Allergy = Betadine.

Patricia Kennedy
Signature of Nurse
Telephone 466-4245  Date 9/30/03

NUTRITION: (discuss food preferences, understanding of diet, teaching needs and goals)   Diet enclosed ☐ Yes ☐ No

B. Bedencourt, D.O., MPH   9/30/03
Medical Officer
FMC Devens

Nutritionist Signature _____  Telephone _____  Date _____

APPROVED BY THE MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH

200178

**DISTRIBUTION:  WHITE—RECEIVING FACILITY   YELLOW—MEDICAL RECORDS   PINK—C. C. SERVICE**

# HealthAlliance

### HealthAlliance Hospitals Inc.

#### Leominster Campus

| | |
|---|---|
| **Name:** | Fmcdmangum, Gene L |
| **DOB:** | 05/23/1966   **LOC:** MSU M029-A |
| **MR#:** | 00520702 |
| **Encounter#:** | 005008548231 |
| **Admit Date:** | 09/18/2003   **Disch Date:** |

Francis Zambetti, MD
DICTATING PROVIDER

mrc/FZ
DD: 09/22/2003   9:14 AM   DT: 09/22/2003   9:21 AM   DI: 09/22/2003 10:27 AM   DP: 09/22/03 11:07 AM
Job#: 103694   Doc#: 374895
cc:   Kent Greenwood, MD
      Pcp Unknown
      Francis Zambetti, MD
 Medical Records Department at Federal Medical Center at Devens

Page 2 of 2

ORIGINAL

20154- 057

# HealthAlliance

HealthAlliance Hospitals inc.

Leominster Campus

| | |
|---|---|
| **Name:** | Fmcdmangum, Gene L |
| **DOB:** | 05/23/1966    **LOC: MSU M029-A** |
| **MR#:** | 00520702 |
| **Encounter#:** | 005008548231 |
| **Admit Date:** 09/18/2003    **Disch Date:** |

## DISCHARGE SUMMARY

**DICTATING PROVIDER:**    Francis Zambetti, MD

DATE OF ADMISSION:    09/18/03

DATE OF DISCHARGE:    09/22/03

NARRATIVE SUMMARY:  Mr. Mangum thirty-seven years old who was admitted for placement of a PermCath catheter.  He was admitted on 09/18/03.  At that time, he was evaluated by Dr. Kent Greenwood.  He did have some problems with some hyperkalemia but underwent placement of his peritoneal dialysis catheter without problem.

He has had some constipation and a little bit of a productive cough, but otherwise he has been afebrile.  His blood pressure has been well controlled on decreasing medications.

He is being discharged on minoxidil 2.5 mg one tablet a day, Zantac 150 mg twice a day, Dilovite one a day, diphenhydramine 25 mg every six hours as needed, docusate sodium 100 mg three times a day, doxercalciferol 2.5 mcg three times a week, metoprolol 50 mg half a tablet twice a day, valproic acid 250 mg twice a day, calcium carbonate four with meals and two at night, ferrous gluconate one tablet a day, aspirin 325 mg one tablet a day, sorbitol 70% two tablespoons once a day as needed, and Senolax two tablets twice a day.

DISCHARGE DIAGNOSES:
1.  End-stage renal disease, on hemodialysis, now receiving peritoneal dialysis catheter.
2.  History of gastritis with gastrointestinal bleed with increased liver function tests in the past.
3.  Chronic renal failure, etiology not clear, possibly polycystic kidney disease versus multicystic disease and chronic kidney disease with chronic renal failure.
4.  Convulsions.
5.  Tertiary hyperparathyroidism, status post parathyroidectomy in 1992.
6.  Substance abuse.
7.  Positive hepatitis C.
8.  Genital warts. 9.    Status post renal transplant, requiring transplant nephrectomy.

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens    9/30/03

Page 1 of 2



**UMassMem**

*HealthAlliance*

60 Hospital Road, Leominster, MA 01453-8004

☐ Burbank
☒ Leominster
☐ Fairlawn
☐ Highlands
☐ DVNA

F... M...GUM, GENE L
DOB: 05/23/1966
SAULS, RAYMOND
09/18/2003
LMD
005008548231

000000520702

## SINGLE DOSE MEDICATIONS

**ALLERGIES:** Betadine

| Order Date / Initial | Medication / Dose / Route | Date / Site | Time / Initial | Order Date / Initial | Medication / Dose / Route | Date / Site | Time / Initial |
|---|---|---|---|---|---|---|---|
| | | PK / DC | | 9/22 / PK | Levaquin 500 mg po X1 dose today | 9/22 | 0920 / PK |
| | | | KA | | | | |
| 9/ | X T day | 9/18 / po | 2000 / ho | | | | |
| | | Protein / RT | | | | | |
| 9/19 / al | HL IV | | | | | | |
| | am CAPD X1 | 9/20 / IP | 0550 / xm | | | | |
| | 0 divide | | | | | | |
| | Heparin 500 units | | | | | | |
| | 250 Custom | | | | | | |
| 9/20 / al | Dulcolax tablets 2 po today | 9/20 / PO | 1345 / xm | | | | |
| 9/ | Citrate of Mag ...bottle X1 tonight | 9/20 / P | 1430 / A | | | | |

| INITIALS | FULL SIGNATURE | TITLE | INITIALS | FULL SIGNATURE | TITLE |
|---|---|---|---|---|---|
| CM | Lucinda M LeBeau | U m | PK | Patricia M Kennedy | RN |
| AD | Angela Dombrow | us | KM | Kelly Mueller | |
| PC | Pretonera Clincan | LC | ET | Pricella Yousey | RN |
| KA | Karen Allen | RN | | Bill W Ellis | RN / US |
| | | | MC | Mary Jane Cuddahy | RN |

B. Bettencourt, D.O., MPH
Medical Officer
FMC Devens

9/30/07

Form No. 278102 (REV. 1/03)                    Page 1 of 4

# UMassMemorial
## HealthAlliance
60 Hospital Road, Leominster, MA 01453-8004

☐ Burbank
☐ Leominster
☐ Fairlawn
☐ Highlands
☐ DVNA

FMCD... NGU... ENE L
AGE-37Y  DOB-05/23/1966
SAULS, RAYMOND

LMD
09/18/2003

005008548231

000000520702

## PRN MEDICATIONS

| Ord Date / Exp. Date / Initials | Medication / Dose Route / Frequency | | DOSES GIVEN | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/19 / 9/19 / PK | SORBITOL 70% ii tbls. po q day PRN | Date | 9/19 | 9/19 | 9/21 | | | | | |
| | | Time | 1800 | 2020 | 0830 | | | | | |
| | | Dose | ii Tbls | ii tbls | 30cc | | | | | |
| | | Site | | | PO | | | | | |
| | | Initials | PK | PK | RY | | | | | |
| 9/19 / PK | TYLENOL i-ii po q 4h. PRN | Date | 9/22 | | | | | | | |
| | | Time | 0845 | | | | | | | |
| | | Dose | ii | | | | | | | |
| | | Site | | | | | | | | |
| | | Initials | PK | | | | | | | |
| 9/19/03 | Fentanyl 50mg IV in PACU | Date | 9/19 | 9/19 | 9/19 | 9/19 | 9/19 | | | |
| | | Time | 1118 | 1128 | 1148 | 1218 | DNS | | | |
| | | Dose | 50 | 50 | 50 | 50 | 50 | | | |
| | | Site | IV | IV | IV | IV | IV | | | |
| | | Initials | PC | PC | PC | PC | PC | | | |
| 9/19 | Percocet 5/325 i-ii po q4° prn | Date | | | | | | | | |
| | | Time | | | d | | | | | |
| | | Dose | | DC 9/19/03 PK | | | | | | | |
| | | Site | | | | | | | | |
| | | Initials | | | | | | | | |
| 9/19 / PK | MS 2-4 mg IV q1° prn | Date | 9/19 | 9/19 | | | | | | |
| | | Time | 1515 | 2046 | | | | | | |
| | | Dose | 2mg | 2mg | | | | | | |
| | | Site | IV | IV | | | | | | |
| | | Initials | PK | DM | | | | | | |
| 9/19 / PK | Vicodin i-ii PO q4° prn | Date | 9/19 | 9/20 | | | | | | |
| | | Time | 2236 | 0558 | | | | | | |
| | | Dose | ii | ii | | | | | | |
| | | Site | po | po | | | | | | |
| | | Initials | DM | DM | | | | | | |
| 9/19 / PK DM | Lactulose 30cc PO q2° PRN | Date | | | | | | | | |
| | | Time | | | | | | | | |
| | | Dose | | | | | | | | |
| | | Site | | | | | | | | |
| | | Initials | | | | | | | | |

Betancourt, D.O., MPH
Medical Officer
FMC Devens



UMassMemorial

HealthAlliance

60 Hospital Road, Leominster, MA 01453-8004

☐ Burbank
☑ Leominster
☐ Fairlawn
☐ Highlands
☐ DVNA

FMCDMANGUM, GENE L
AGE: 37Y   DOB: 05/23/1966
SAULS, RAYMOND

LMD
09/18/2003
005008548231

000000520702

## ROUTINE MEDICATIONS

| # of MAR's | recopied on | initial | recopy check by | HRS | Date 9/18 Site/Initial | Date 9/19 Site/Initial | Date 9/20 Site/Initial | Date 9/21 Site/Initial | Date 9/22 Site/Initial | Date 9/23 Site/Initial | Date 9/2 Site/Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Order Date / Exp. Date / Initials** | **Medication / Dose / Frequency / Route** | | | | | | | | | | |
| 9/19 9/18 CM · PK | Minoxidil 2.5mg PO Qday Hold for SBP ≤ 110 Hold prior to Dialysis | | | 0800 | ⊘ | 06/10 PL 08/08/17 | VM 500 VM 12/18 | LL 105/46 | PK | | |
| 9/19 9/18 no MB | Tums - 4 with each meal | | | 0800 1200 1700 | X X X | RESP PL VM PK | VM VM PT | RU RU BC | PK | | |
| 9/19 9/18 no MB | Tums 2 @ hs | | | 2200 | no | DM | PT | BC | | | |
| 9/19 DM | Herbour Flush Q Shift | | | 0600 1400 2200 | X X | X DM | DM VM PT | PL RU BC | BB | | |
| 9/21 AO | Start suction ÷ po bid | | | | X | X | X | | | | |
| 9/21 AO RU | Senekot ÷ po bid | | | 0800 1700 | X | X | X | BC | PK | | |
| 9/21 PK MB | Protonix 40mg PO BID | | | 0800 2000 | X | X | X | | PK | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

B. Bettancourt, D.O., MPH
Medical officer
FMC Devens

9/13/4 3

# UMassMem

## HealthAlliance

60 Hospital Road, Leominster, MA 01453-8004

☐ Burbank
☒ Leominster
☐ Fairlawn
☐ Highlands
☐ DVNA

FMCDMANGUM, GENE L
AGE- 37Y    DOB- 05/23/1966        LMD
ZAMBETTI, FRANCIS        09/18/2003

005008548231

000000520702

## Patient Discharge Instructions

Pg 2 of 2

DISCHARGED TO: ☐ Home  ☒ Other  FMCD

Discharge Medications: Prescription given: _____    ☐ No prescriptions

| Medication/Dose | Time to be Taken | Begin At | Special Instructions |
|---|---|---|---|
| Minoxidil 2.5mg | Daily | 9/23/03 AM | Hold for SBP ≤ 110 Hold prior to dialysis |
| Tums 4 tabs | with meals | lunch 4/22 | |
| Tums 2 tab | at bedtime | 4/22 PM | |
| Senekot ī | Twice a day | 9/22 PM | |
| Protonix 40mg | Twice a day | 9/22 PM | |
| Tylenol 1-2 tab | Every 4 hour | | if needed for pain |
| Sorbitol 2 Tbsp | as needed | | |

Verbalizes understanding of food and Medication interactions: _____

PROCEDURES/EQUIPMENT/TREATMENTS  Instructions: _____

ACTIVITY  Instructions: _____

DIET  Instructions: _____

SIGNS & SYMPTOMS for which the doctor should be notified: _____

FOLLOW UP APPOINTMENTS  Patient to make own appointment: _____

| Provider/Service | Location | Telephone | Date | Time |
|---|---|---|---|---|

_Betencourt D.O., MPH_
Medical Officer
FMC Devers    9/30/03

_I have received Discharge Instructions_

X _____
Signature of Patient/Representative

9/22/03
Date

_I have discussed and given a copy of this plan to the patient/representative:_

_Patricia Kennedy  RN_
Signature of Nurse

9/22/03
Date

_____
Signature of Patient/Representative

_____
Date

Original - Medical Records    Yellow - Provider    Pink - Patient

Form No. 278352 (Rev. 3/03)

Chart Tab Placement: SS Case Management



UMass Memorial
HealthAlliance
60 Hospital Road, Leominster, MA 01453-8004

☐ Burbank
☑ Leominster
☐ Fairlawn
☐ Highlands
☐ DVNA

PATIENT I.D.

FMCDMANGUM, GENE L
AGE- 37Y   DOB- 05/23/1966   LMD
SAULS, RAYMOND   09/18/2003
005008548231

000000520702

# 20154-057

## ROUTINE MEDICATIONS

| Order Date / Exp. Date / Initials | Medication / Dose / Frequency / Route | HRS | Date 9/18 Site/Initial | Date 9/19 Site/Initial | Date 9/20 Site/Initial | Date 9/21 Site/Initial | Date 9/23 Site/Initial | Date 9/25 Site/Initial | Date Site/Initial |
|---|---|---|---|---|---|---|---|---|---|
| 9/18/03 CmL / 9/18 / PK | MINOXIDIL 2.5 mg ī po bid hold SBP ≤ 110 (hold prior to dialysis) | 0800 / 2000 | | | DSC d/c 9/18 63 PK | | | | |
| 9/18 / 9/18 / PK | PROTONIX 40 mg po q day | 0800 | 1335 PK | 1610 PK | | | | | |
| 9/18 / 9/14 / PK | NEPHROCAPS ī po q day | 0800 | 1335 PK | 1610 PK | Vm | RM | PK | | |
| 9/18 / 9/14 / PK | METOPROLOL 50 mg ī po bid (hold prior to dialysis) | 0800 / 2000 | | PK / Vm / DM | PK / RN / DM | RM | PK | | |
| 9/18 / 9/14 / PK | VALPROIC ACID 250 mg ī po bid | 0800 / 2000 | | RK / Vm / DM | Vm / RN | RN | PK | | |
| 9/18 / 9/14 / PK | FeSO4 325 mg ī po q day | 0800 | 1335 PK | 1610 PK | Vm | RM | PK | | |
| 9/18/03 / PK | SORBITOL 70% ī tbsp. | | | | | | | | |
| 9/18 / 9/14 / PK | COLACE 100 mg po bid | 0800 / 2000 | 1335 PK / VM | PK / RN / DM | Vm / RN | RM / BL | | | |
| 9/18/03 / PK | MECFROL 2.5 mcg ī po MON. WED. FRIDAY | | | | | | | | |
| 9/18 / 9/14 / PK | HECTOROL 2.5 mcg ī po MON. WED. FRIDAY | 0800 | | 1610 PK | | | | | |

R. Betancourt, D.O., MPH
Medical Officer   9/30/03

FMC DEVENS CLINICAL LABORATORY           _KF_
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR          _SCL_

Patient Name: MANGUM          GENE          Physician: ZAMBETTI
ID: 20154-057
Sex: M
                    Fluid: SERUM               Priority: ROUTINE
Report Print Date 07/03/03                    DOB:  05-23-1966

| Test | | Result | | Normal Range | | |
|------|------|--------|------|------|---|------|
| GLUCOSE | | 104. | mg/dL | 75. | — | 110. |
| UREA NITROGEN | HI | 37. | mg/dL | 7. | — | 20. |
| CREATININE | HI | 14.8 | mg/dL | .7 | — | 1.5 |
| SODIUM | | 142. | mmol/L | 137. | — | 145. |
| POTASSIUM | | 3.8 | mmol/L | 3.6 | — | 5.0 |
| CHLORIDE | | 103. | mmol/L | 98. | — | 107. |
| CARBON DIOXIDE | | 24. | mmol/L | 22. | — | 30. |
| CALCIUM | LO | 7.9 | mg/dL | 8.4 | — | 10.2 |
| PHOSPHORUS | HI | 4.9 | mg/dL | 2.5 | — | 4.5 |
| CHOLESTEROL | HI | 230. | mg/dL | 140. | — | 200. |
| TRIGLYCERIDES | | 158. | mg/dL | 30. | — | 200. |
| URIC ACID | | 6.4 | mg/dL | 2.5 | — | 8.5 |
| TOTAL PROTEIN | | 7.5 | g/dL | 6.3 | — | 8.2 |
| ALBUMIN | | 3.9 | g/dL | 3.5 | — | 5.0 |
| AST | | 30. | U/L | 14. | — | 59. |
| ALT | | 32. | U/L | 9. | — | 72. |
| ALKP | HI | 264. | U/L | 38. | — | 126. |
| TOTAL BILI | | 1.2 | mg/dL | .2 | — | 1.3 |
| UNCONJ. BILI | | .2 | mg/dL | .1 | — | 1.1 |
| CONJ. BILI | | 0.0 | mg/dL | | | |

FMC DEVENS CLINICAL LABORATORY
42 PATTON ROAD
DEVENS, MA 01432
DR. SANDRA HOWARD, CLINICAL DIRECTOR

Patient Name: MANGUM          GENE                    Physician: ZAMBETTI
ID: 20154-057
Sex: M
                              Fluid: SERUM                    Priority: ROUTINE
Report Print Date 07/03/03                                   DOB:  05-23-1966

Test                          Result                         Normal Range
-----------------------------------------------------------------------------

UREA NITROGEN                 9.      mg/dL                  7.   -   20.

-----------------------------------------------------------------------------

$URR\% = 75.67$

$KT/v = 1.456$

# DIAGNOSTIC LABORATORY MEDICINE

**LABORATORY
REPORT**

14 CROSBY DRIVE
BEDFORD, MA 01730
TEL: (781)275-0855 * FAX:(781)275-9703

DR. J. D. MUSTO, DABB, BC:C
PRESIDENT & LAB DIRECTOR

PATIENT:      MANGUM, GENE              CLIENT:      DEVENS FEDERAL MEDICAL CTR
              42 PATTON ROAD                         DIALYSIS UNIT
              AYER, MA 04132                         AYER, MA   01432
D.O.B./SEX:   05/23/1966  37 M          DOCTOR:      FRANCIS ZAMBETTI, M.D.
DATE COLLECTED:09/23/03                 DATE RPTD: 09/26/03
TIME COLLECTED:1430                     DATE PRNT: 09/26/03
LAB NUMBER:   31490957                  PATIENT ID:20154-057

PAGE:   1

** FINAL REPORT **                                    ** FINAL REPORT **
------------------------------------------------------------------------
                              RESULTS
        TEST NAME          NORMAL   ABNORMAL       REFERENCE RANGE    UNITS
------------------------------------------------------------------------

MISCELLANEOUS CULTURE
   SOURCE
              PERITONEAL FLUID
   GRAM STAIN
                           NO ORGANISMS SEEN
   ORGANISM                NO GROWTH

PERITONEAL FLUID
   WHITE CELL COUNT        73                       0-200              CMM

RECEIVED BY LABORATORY
SEP 2 9 2003
BY:

9/29/03
Bettencourt, D.O., MPH
Medical Officer
FMC Devens

** FINAL REPORT **

# MC DEVENS MEDICATION PROFILE

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237082
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (8)Refills
CHEW AND SWALLOW 4 TABLETS BEFORE MEALS AND 2 TABLETS AT BEDTIME
CALCIUM CARBONATE 500 MG TAB    #150

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237084
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE ONE TABLET TWICE DAILY
RANITIDINE 150 MG TAB    #60

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237085
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE TWO TABLETS TWICE DAILY **HOLD ON DIALYSIS DAYS**
MINOXIDIL 2.5 MG TAB    #120

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237086
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (5)Refills
APPLY SPARINGLY ONCE DAILY
VITAMIN A & D OINTMENT GM    #1

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237087
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (5)Refills
APPLY TO AFFECTED AREA DAILY TO SKIN
MINERAL OIL ML    #1

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237088
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE ONE TABLET DAILY
FERROUS GLUC 324 MG TAB    #30

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237089
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE ONE TABLET TWICE DAILY
SENNA-LAX 8.6MG TAB    #60

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237090
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (9)Refills
TAKE 2 TABLESPOONS ( 30 CC) EACH DAY
SORBITOL 70% ML    #1

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237091
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE ONE TABLET DAILY
DIALYVITE  TAB    #30

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237092
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE ONE CAPSULE TWICE DAILY
DOCUSATE 100 MG CAP    #60

Ord.Date 11/25/03
Exp.Date 02/22/04
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE ONE HALF TABLET TWICE DAILY

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237094
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
SELF CARRY. TAKE ONE CAPSULE TWICE DAILY
VALPROIC ACID 250 MG CAP    #60

Ord.Date 11/25/03
Exp.Date 02/22/04
Rx # 237095
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (5)Refills
TAKE ONE CAPSULE EVERY SIX HOURS
DIPHENHYDRAMINE 25 MG CAP    #60

Ord.Date 11/28/03
Exp.Date 02/25/04
Rx # 237399
MANGUM, GENE LATREACE    S. SMITH
20154-057    (11)Refills
10,000 UNITS UNDER THE SKIN (SUBCUTANEOUS) THREE(3) TIMES A WEEK ***IN DIALYSIS***
EPOETIN ALFA 10000U/ML,1M INJ    #3

Ord.Date 12/02/03
Exp.Date 12/31/03
Rx # 237928
MANGUM, GENE LATREACE    F. BHATTI
20154-057    (1)Refills
APPLY TO FACIAL RASH TWICE DAILY
KETOCONAZOLE 2 % CRM    #1

Ord.Date 12/16/03
Exp.Date 03/14/04
Rx # 240270
MANGUM, GENE LATREACE    B. BETTENCOUR
20154-057    (2)Refills
TAKE ONE CAPSULE THREE TIMES A WEEK  MON-WED-FRI
DOXERCALCIFEROL 2.5 MCG CAP    #12

NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |

12/05/03
0930    MLP Clinic Note
        pt returns from LAD for F/U
        Abd pain & no new DJ changes

                                    J. Brooks, PA-C
                                    Mid Level Practitioner
                                    FMC Devens

12/09/03    Compassionate Release paperwork sent
1055
                                    B. Betancourt, D.O., MPH
                                    Medical Officer
                                    FMC Devens

12/10/03    S: Seen by Nephrologist
0920        O: See SF 513
            A: Per: dialysis
            P: 1) F/u 1 month    — 1/21/04
               2) Labs - CBC weekly x 1 week
                  11/06/03 — CBC/cmp/phos/TIBC/Iron/PTH/valproic acid

                                    S. Smith, PA-C
                                    MLP  SS
                                    FMC Devens

1-6-04      S: Inmate has been followed for ↓ WBC that
0900        over the past 3 weeks went from 3.3 to 1.9.
            Pt denies fever, N/vomit pain, denies weakness.
            Is on PD, denies cloudy dialysate. States he has a cold  over→

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

20154-037

DIALY
FMC DEVENS

| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 12/9/03 S.W. note cont. | process - organized, future/goal directed. Ø further issues discussed. Will write up a prepsosocial & send to PA-Smith when completed.   R Coons/LICSW-BCD   R. Coons, LICSW-BCD   Social Worker   FMC Devens |
| 12/14/03 1200 | medication order   Doxercalciterol 2.5 mcg + cap TIW (Tu/Th/Sat) P.O. x90d   B. Bettencourt, R.D./MPH   Medical Officer   FMC Devens |
| 12/16/03 1400 | Order/pre... ...   Witness... ...   J. Waters... ...   E. Huntley...   K. Lucas, RN, R. Valente, NP |

FPI, LEX.    Printed on Recycled Paper

NSN 7540-00-634-4176                                    AUTHORIZED FOR LOCAL REPRODUC

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**12/9/03** **Medical social work note –**
**1530**

Met w/ I/m in the office, he is being referred for kidney transplant consideration. Obtained the required information, I/m acknowledged feeling hopeful about his future & feels he has been given a second chance. At this point he does not have any family members who are able to be a kidney donor, he will require a cadaver kidney transplant. Provided education re: the transplant consideration process – which he appeared to understand. I/m received a kidney transplant 12 yrs ago that became unsuccessful 4 yrs ago. He does not attribute any of his behaviors to contribute to the unsuccessfulness of the transplant. He indicated that he has been drug/alcohol free for the past 12 yrs and plans to remain the same. I/m was calm, cooperative and easily engaged. mood – neutral. thought –

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FMC – Devens | | | |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)     | REGISTER NO. | WARD NO. |

Mangum, Gene
20154-057

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|--------------------------------------------------------------------------|

12/1/03
1305

S — Seen by dermatologist on 11/26/03. See consult.

O — I'm not here

A — Seborrheic dermatitis

P — Nizoral Cr bid to facial rash ×30 days and one refill

K. Bernhard, MD
Medical Officer
FMC Devens

F. Bhatti, MD
Medical Officer
FMC Devens

12/2/03
1730

Order(s) processed/checked _____

Written/Verbal counseling given _____

Pt. Understanding _____

J. Wathins, RPh  M. Long, RPh
E. Hoover, RPh, R. Breadughs, RPh
N. Lucas, RPh, V. Valenta, RPh

12/04/03
1445

NP    CLINIC    NOTE

S   Pt c/o occ. abd pain × 1 wk worse with coughing. Also back pain with coughing × 1 wk. Pt also notes nausea last week which resolves. Cough worse at night. Pt's main concern is that he has a peritonitis which would compromise his ability to dialyze (peritoneal). Pt also requests back brace 2° he had one in past which helped his back pain. No Sx in dialysate

O   NAD. Alert × 3. VS 97.2/80/16 120/80

____154-057    warm & skin but chest clear cta
⊕ TTP ⊕ lwr qurs ⊕ osteoarthr skin
3/22/10 66    warm dry    abd    ny    dialysis cath
DIALY    noted    bs ⊕ all    4 qurs
FMC DEVENS    (CNS)



NSN 7540-00-634-4176                                                    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 11/28/03<br>1500 | S: Family reports of mild fatigue, was vomiting for past two days states he has mild cough, Øfever, ØN/vomit. Recent Ran Peritoneal dialysis c̄ Clear Fluid. |

O: Heart RRR   Lungs CT A bilat   Abd BSX YABS

| Labs | on 10/7/03 = | 11/26 | 11/28 |
| --- | --- | --- | --- |
| WBC | 2.3 | 2.4 | 2.6 |
| HGB | 13.7 | 9.6 | 9.3 |
| HCT | 41.3 | 28.4 | 26.8 |

He has been off Epogen for several weeks, calls not Tarketti will start Epogen 10,000 units (M)(W)(F) won first dose given today in clinic but will receive the rest in Dialysis.

A: ↓ H/H / P.D.

P: (Rx) Epogen Alpha 10,000 units (M)(W)(F) In dialysis
— Called Nursing @ dialysis they will give it to him there
— they will f/u Labs & so will I @ his monthly PD visit

S. Smith, PA-C
MLP
FMC Devens

| 11/28/03<br>1945 | Reviewed by Pharmacist |
| --- | --- |
| | Order(s) processed/checked |
| | Written/Verbal counseling given |
| | Pt. Understanding |

E. Houser, RPh
Pharmacist
FMC Devens

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

20154-057
MARCUM, GENE
05/28/1966
DIALY
FMC DEVENS

| REGISTER NO. | WARD NO. |
| --- | --- |

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1



NSN 7540-00-634-4176                                              AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTONS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

12/04/03
1445

CONT'S A/P COUGH, ABD PAIN WORSE W/ COUGH,
BACK PAIN WORSE W/ COUGH

(+) TTP (R) LQ : DISCUSSED C/ STAFF MD:
SENT LKD F4U → N/O APPENDICITIS
PERITONITIS, CAN RX WORSENS NURSE TO NOTIFY DR LI

Patient Received Education on
Diagnosis, Treatment, Healthy
Lifestyle Choices

J. Brooks PA-C
Mid Level Practitioner
FMC Devens

12/4/03
2130

(NSJ) Returned from Leominster Hospital ER
c̄ paper work. No Discharge Summary.
T: 97.4 po - 91 - 18 - 154/82 SaO₂ 97 RA.
Not coughing now. Chest IS clear, Skin WD
BP P4 Diards. P/M released to house cont RTC if
Sx worsen or reoccur ————

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

| | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANGUM, GENE
xx/xx/1966
FMC DEVENS

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
| 11/25/03 | A: ESRD |
| 1130 | HTN |
| | P.) Refill meds |
| ✓ | - minoxidil 2.5g ½ p.o. Bid x 90 d |
| ✓ | - Benadryl 25g ½ p.o. ql° x 90 d |
| ✓ | - mineral oil apply as directed x 90 d |
| ✓ | - Vitamin A+D ointment use as directed x 90 d |
| ✓ | - Senalax 8.6 ½ p.o. Bid x 90 d |
| ✓ | - Sorbitol 70% ii Tsp p.o. q dy x 90 d |
| ✓ | - Calcium Carbonate 500g 4 p.o. Ac + 2 g HS x 90 d |
| ✓ | - Dialyvite ½ p.o. q dy x 90 d |
| ✓ | - Docusate 100g ½ p.o. Bid x 90 d |
| ✓ | - Lopressor 50g ½ p.o. Bid x 90 d |
| ✓ | - Zantac 160g ½ p.o. Bid x 90 d |
| ✓ | - Valproic Acid 250g ½ p.o. Bid x 90 d |
| ✓ | - Ferous Gluc 324 ½ p.o. q d x 90 d |
| | 2) ~~Patient Received Education on Diagnosis, Treatment, Healthy Lifestyle Choices~~ |
| | 3) Dermatology Consult |
| | 4) PT consult |
| | 5) (R) Shoulder ℞ now |
| | B. Betancourt, D.O., MPH Medical Officer FMC Devens E. Houser, RPh Pharmacist FMC Devens |
| 11/25/03 | Reviewed by Pharmacist |
| 14¹⁵ | Order(s) processed/checked |
| | Written/Verbal counseling given _____ |
| | Pt. Understanding |

NSN 7540-00-634-4176                                              AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) | |

**Vital Signs**

| | | |
|---|---|---|
| Blood Pressure    L  (R) | | 116/74 |
| Temperature | | 97.7 |
| Respiration | | 16 |
| Pulse | | 83 |

11/25/03
10 (0?)

Chronic Care Clinic
___ Cardiac    ___ Diabetic
___ General    ___ Infect Dis
___ Hypertension
___ MNTL HLTH
___ Others: _____

WT 184

L. Duby, RN
Clinical Nurse
/FMC Devens
L Duby RN

---

11/25/03 / 37y/o Bm presents for Chronic Care Clinic
1130    no specific medical problems except @ shoulder
pain + facial rash, ⊖N/V/D/C/? ⊖SOB ⊖CP
⊖ABD pain ⊖H/A
PMH: ESRD — Peritoneal dialysis    All: Betadine
HTN
Peritoneal dialysis.
37y/o Bm NAD A/O x 3 USS A
HEENT wc/at PERRL, ROMT, Face ⊕ Rash  no cellulitis
Lungs   CTA
Heart   RRR
ABD    S/S NT ⊕ BS
EXT    ⊖ C/C/E, FROM c̄ Pain @ ends, no swelling ~ masses
        ⊕ Pulses

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

20154-057
MARTIN, CLYDE
05-2-/1966
B/MALE
FMC DEVENS

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

**11/21/03**
**1245**

Medical social work note –

Met w/ I/m in the office 2° to his request for Compassionate Release Consideration. I/m revealed that 3 months ago he lost all access for hemodialysis and was started on peritoneal dialysis. Family members have been test for possible kidney donors, but 0 matches were found. I/m expressed that he will need a cadaver kidney, and @ this point this process for transplant is 0 an option if incarcerated. If he is granted a Compassionate Release he intends to live w/ his Aunt in Wake Forest N.C. He revealed that he has several family members in that area & they are all supportive. He will be able to re-connect w/ medical care @ Bowmon Healthcare, & prior to being incarcerated he had been receiving medicaid, medicare and SSI benefits. Education re: the Compassionate Release process was provided, which he appeared to understand. Will keep him updated re: the outcome. I/m was calm, cooperative & easily engagd. Mood – neutral, thought process – clear, future/goal directed. 0 further issues discussed.  L Correia LICSW/BCD

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (*Sign each entry*) | |

Nutrition Clinic: error

S: Peritoneal dialysis f/u

11/18/03
0930 — 87 pages copied per inmate request progress no 7/03-10/03, lab 7/03-10/03 consultation 7/03-10/03. See section 6 for details

A. Munoz
A. Munoz, HIT
Health Information Technician
FMC Devens

11/19/03     S: Seen by nephrologist
0930

O: See SF 513

A: Peritoneal Dialysis

P: f/u   12/10/03

Labs ordered for 11/24/03 - CBC/CMP/phos/CO2/iPTH/TIBC/Iron

- Hgb & antibiotic

- consult to dermatology for probable P. Versicolor

S. Smith, PA-C
MLP
FMC Devens

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (*For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.*)

154-057
MAGUM, GENE
1966
DEVENS

20154-057
MAGUM, GENE
1966
FMC DEVENS

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1



| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 10/25/03 4442 | Above order(s) Reviewed by Pharmacist Order(s) processed/checked _____ Verbal counseling given — K. Valente Written pt. info. given — Staff Pharmacist Pt. understanding — FMC Devens |
| 11/06/03 1045 | Nutrition Clinic : flu |

S: Peritoneal Dialysis – new to this tx (9/23/03). Is celebrating Ramadhan. Drinking more milk than usual as he breaks his fast @ sunup & drinks/eats breakfast. "I thought the Calcium Polycarbophil was a new P binder, I stopped taking the tums b/c I thought it was"

O: labs: 

| | $K^+$ | P | $Ca^{++}$ | Alb |
|---|---|---|---|---|
| 10/7/03 | 5.4 | 7.7↑ | 7.7↓ | 3.9 |
| 9/4/03 | 5.0 | 6.5 | 7.8↓ | 4.2 |

A: ↑ P, ↓ $Ca^{++}$. 1/u has not been taking P binders since prescribed Calcium Polycarbophil. ↑ P may also be due to ↑ in $Ca^{++}$, ↑ P food items — milk & chocolate. ⊕ Albumin thus far on PD.

Education — more liberal use of $K^+$ containing items now ok on PD, ↑ need for protein, Role of Calcium Polycarbophil (bulk stool)
— Good Comprehension.

P: 1.) Return to using $Ca^{++}$ Carb 45 meals & 2 c snacks.
2.) Less milk! 8oz c. vs 16oz in am.
3.) Continue c ⊕ intake of pro. rich foods.

H. Healy, RD
Clinical Dietitian
FMC Devens

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

| TO: General Surgery (In house) | FROM: (Requesting physician or activity) FMC Devens | DATE OF REQUEST 1-21/04 |
|---|---|---|

REASON FOR REQUEST (Complaints and findings)

— October 16, 2003 — Seen by MD Greenwood for removal of Left femoral dialysis catheter to be removed, - since this date he has had ongoing tenderness, redness to site w/ medium pain, He was expecting pain for a short period after the surgery, but pain has been ongoing, please evaluate.

PROVISIONAL DIAGNOSIS

Peritoneal Dialysis / s/p ~~cath~~ fistula removal 10/16/03 Next visit please

| DOCTOR'S SIGNATURE S. Smith, PA-C MLP FMC Devens | APPROVED | PLACE OF CONSULTATION ☐ BEDSIDE ☐ ON CALL | ☐ ROUTINE ☑ 72 HOURS | ☐ TODAY ☐ EMERGENCY |
|---|---|---|---|---|

### CONSULTATION REPORT

| RECORD REVIEWED ☐ YES ☐ NO | PATIENT EXAMINED ☐ YES ☐ NO | TELEMEDICINE ☐ YES ☐ NO |
|---|---|---|

4 mo s/p removal (L) femoral catheter. Still i pain but not severe. No drainage.

Exam: Min tender. 2 S.C. nodules < 1 cm each. Not fluctuant or cellulitic.

A: Pain c cath removal. D/wbt infection. ? Cuff.

P: Observe. If still painful i 2 mo, ? excise.

(Continue on reverse side)

| SIGNATURE AND TITLE | DATE 2/12/04 |
|---|---|

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |
|---|---|---|

| RELATION TO SPONSOR | SPONSOR'S NAME (Last, first, middle) | SPONSOR'S ID NUMBER (SSN or Other) |
|---|---|---|

| PATIENT'S IDENTIFICATION (For typed or written entries, give: Name -- last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade) | REGISTER NO. | WARD NO. |
|---|---|---|

20154-057
MANGUM, GENE
09/23/1966
DIALY
FMC DEVENS

### CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)

20154-057

# HealthAlliance

HealthAlliance Hospital, Inc., Leominster Campus

GREL: S Guarrantor:
Ins #1: E04 UMASS/FMCDEVENS  Policy #1: 20154057
Ins #2:  Policy #2:
Ins #3:  Policy #3:

# Physician Report

MRN: 000000520702  Encounter #: 005008917626
Name: FMCDMANGUM,GENE,L
Street: UMASS/FMCDEVENS
City: WESTBORO, ST: MA Zip: 01581
Age: 37Y DOB: 05/23/1966 Sex: M Phone: (000)000-0000
Date of Registration: 12/04/03  17:19

The patient is a good historian.
**CHIEF COMPLAINT:** abdominal pain

Patient complains of crampy intermittent lower abdominal pain for approximately 1 week prior to arrival. There has been no radiation of the pain. There has been no nausea. There has been no vomiting. There has been no diarrhea. There has not been a fever. There has been no loss of appetite.
There has been no melena, hematemesis or hematochezia. There has been no chest pain. There has been no penile discharge.
Pt states pain is worst when he is having his CAPD done and when he coughs, which is mostly when the CAPD is running. He denies any pain at this time. He has not had this before.

**PATIENT'S ALLERGIES: see chart**
**PATIENT'S CURRENT MEDICATIONS:** see chart
**REVIEW OF SYSTEMS:**    Other: Rest of system review was negative.
**PMH : MEDICAL HISTORY:** CRF on CAPD
SURGICAL HISTORY: asked and was noncontributory
SOCIAL HISTORY: Asked and was noncontributory
FAMILY HISTORY: Asked and was noncontributory

**PHYSICAL EXAM:** Vital Signs:
BP:123/67 PULSE: 92 RESPIRATION: 20 TEMPERATURE: 97.1 F oral
Oxygen saturation: 95% on room air. Within normal limits.
PATIENT STATUS: alert and cooperative.
HEAD: Atraumatic, without temporal or scalp tenderness.
EYES: PERRL, EOMI, no discharge or injection.
EARS: TMs without perforation, injection, or bulging. External canals clear without exudate.
MOUTH: Mucous membranes moist without lesions, tongue and gums normal.
THROAT: Pharynx without injection, exudate or tonsillar hypertrophy. Airway patent.
NECK: Supple, nontender, no lymphadenopathy.
CHEST: Nontender, symmetrical, no retractions.
LUNGS: Clear to auscultation and breath sounds equal, no wheezes, rales, or rhonchi.
HEART: Regular rate and rhythm without murmurs, ectopy, gallops, or rubs.
ABDOMEN: Soft. Mild periumbilical tenderness. Normal bowel sounds. No rebound. No guarding. No flank tenderness. No distension. No tympany.CAPD catheter site is clean and dry with no erythema or discharge
EXTREMITIES: Symmetrical, full range of motion, equal tone and strength. No cyanosis, edema, joint tenderness or effusion. Pulses equal bilaterally.
PEDAL EDEMA: none.
Skin: Normal.
NEUROLOGICAL: Alert and cooperative. Sensory and motor grossly intact.

**TESTS/MONITORING:**
**LAB:**  peritoneal fluid cell count shows WBC-5, RBC-3; sample sent for culture.

INTERVENTION:
X-RAY CXr shows no infiltrate or edema: Interpretation by the ED physician.

CONSULT: Dr. Shipen Li was consulted by phone and will follow-up with the patient in prison.

RE-EXAMINATION:
The patient's condition is stable.Pt denies any complaints at this time .

B. Betancourt, D.O., MPH
Medical Officer
FMC Devens (2-11-03)

Name: FMCDMANGUM,GENE,L      MRN:000000520702      Encounter #:005008917626

**DIAGNOSIS:** abdominal pain

The following medications were given to the patient at discharge: none

The following prescriptions were given to the patient: none
**DISPOSITION:** Patient was discharged back to prison with guards. The patient is well appearing upon discharge, appearing in no apparent distress. Return is advised if condition worsens in any way.

------

Dr. Berhan Yeh  MD

Thu Dec 04, 2003 2111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |

## REQUEST

| TO: *Nephrologist* | FROM: *(Requesting physician or activity)* S C Smith | DATE OF REQUEST 10-15-03 |

REASON FOR REQUEST *(Complaints and findings)*

F/u  1 month

PROVISIONAL DIAGNOSIS

Peritoneal   Dialysis                                   11/19/03

| DOCTOR'S SIGNATURE Smith, PA-C MLP         *blar CSmith* MC Devens | APPROVED | PLACE OF CONSULTATION  ☐ BEDSIDE   ☐ ON CALL | ☐ ROUTINE   ☐ TODAY ☐ 72 HOURS  ☐ EMERGENCY |

## CONSULTATION REPORT

| RECORD REVIEWED  ☐ YES  ☐ NO | PATIENT EXAMINED  ☐ YES  ☐ NO | TELEMEDICINE  ☐ YES  ☐ NO |

Access problem

*(illegible handwritten notes)*

*(Continue on reverse side)*

| SIGNATURE AND TITLE | F. Zambetti, MD Nephrologist, Contract Staff FMC Devens | DATE 11/19/03 |

| HOSPITAL OR MEDICAL FACILITY | RECORDS MAINTAINED AT | DEPARTMENT/SERVICE OF PATIENT |

| RELATION TO SPONSOR | SPONSOR'S NAME *(Last, first, middle)* | SPONSOR'S ID NUMBER *(SSN or Other)* |

| PATIENT'S IDENTIFICATION   *(For typed or written entries give: Name—last, first, middle; ID no. (SSN or other); Sex; Date of Birth; Rank/Grade)* | REGISTER NO. | WARD NO. |

Mangum, Gene

20154-057

FMC Devens

### CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11.203(b)(10)