UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Gene Latreace Mangum_____,
                    Plaintiff,

            v.                                    Civil Action No.  04-40137-PBS

__U.S.A.,_____,
                    Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒       GRANTED.

G       DENIED for the following reason(s):

SO ORDERED.

__7/27/04_____                              __s/ Patti B. Saris_____
DATE                                          UNITED STATES DISTRICT JUDGE