```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                               )
GENE LATREACE MANGUM,          )
            Petitioner,        )
                               )     CIVIL ACTION
v.                             )     NO. 04-40137-PBS
                               )
UNITED STATES OF AMERICA,      )
            Respondent.        )
_____)
```

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the respondent in the above-captioned matter.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:   /s/ Anita Johnson
>       ANITA JOHNSON
>       Assistant U.S. Attorney
>       United States Courthouse
>       1 Courthouse Way - Suite 9200
>       Boston, MA 02210
>       (617) 748-3282

CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon the pro se petitioner.

> /s/ Anita Johnson
> ANITA JOHNSON

Dated: 8/24/04