```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| GENE LATREACE MANGUM,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | CIVIL ACTION<br>NO. 04-40137-PBS |

**RESPONDENT'S MOTION FOR EXTENSION**
<u>**OF TIME TO FILE RESPONSE**</u>

Respondent requires an additional period of time to respond to Petitioner's request to convert the remainder of his prison term to home detention. Petitioner alleges that he requires nearly constant kidney dialysis, and is nearing the end of the period during which dialysis can be effected and must be out of prison to make arrangements for a kidney transplant. Obviously, this request, if based on accurate factual representations, is a complicated one, involving legal, medical, and humanitarian concerns.

-2-

Respondent requests an extension of time up to and including October 20, 2004, to ascertain and consider all of the factors involved, and, if possible, resolve the request informally.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:  /s/ Anita Johnson
     ANITA JOHNSON
     Assistant U.S. Attorney
     United States Courthouse
     1 Courthouse Way - Suite 9200
     Boston, MA 02210
     (617) 748-3282

CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

Because L.R. 7.1(A)(2) requires "counsel" to confer, and plaintiff is proceeding pro se and is incarcerated, counsel has not contacted plaintiff for his position on this motion.

                                            /s/Anita Johnson
                                            Anita Johnson


CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon the pro se petitioner.

                                            /s/ Anita Johnson
                                            ANITA JOHNSON

Dated: 8/24/04