UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE LATREACE MANGUM,<br><br>    Pro se Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | )<br>)<br>)   Civil Action No. 04-40137-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF APPEARANCE**

Pursuant to L.R. 83.5.2, please note the withdrawal of appearance of Anita Johnson, Assistant United States Attorney, and please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney


      By:  /s/ electronic signature
            MARK T. QUINLIVAN
            Assistant United States Attorney
            United States Attorney's Office
            John Joseph Moakley U.S. Courthouse
            1 Courthouse Way, Suite 9200
            Boston, MA 02210
            617-748-3606

Dated: September 15, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Gene Latreace Mangum
20154-057
FMC - Devens
42 Patton Drive
Ayer, MA 01432

This 15th day of September 2004.

                                           /s/ electronic signature
                                           MARK T. QUINLIVAN
                                           Assistant United States Attorney