UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE LATREACE MANGUM,<br><br>Pro se Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | )<br>)<br>)  Civil Action No. 04-40137-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF APPEARANCE**

Pursuant to L.R. 83.5.2, please note the <u>withdrawal</u> of appearance of Anita Johnson, Assistant United States Attorney, and please <u>enter</u> the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney


        By:  /s/ electronic signature
              MARK T. QUINLIVAN
              Assistant United States Attorney
              United States Attorney's Office
              John Joseph Moakley U.S. Courthouse
              1 Courthouse Way, Suite 9200
              Boston, MA 02210
              617-748-3606


Dated: September 15, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Gene Latreace Mangum
20154-057
FMC - Devens
42 Patton Drive
Ayer, MA 01432

This 15th day of September 2004.

                                                /s/ electronic signature
                                                MARK T. QUINLIVAN
                                                Assistant United States Attorney