UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE LATREACE MANGUM,<br><br>   Pro se Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | )<br>)<br>)   Civil Action No. 04-40137-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Respondent, the United States of America, hereby moves to dismiss this action pursuant to Rules 12(b)(1), (b)(2), (b)(3) and (b)(6) of the Federal Rules of Civil Procedure. In the alternative, respondent moves for summary judgment as to petitioner's first claim for relief pursuant to Rule 56 of the Federal Rules of Civil Procedure. The reasons for the foregoing motion are set forth in the accompanying Memorandum of Law, supporting declarations, and Material Facts of Record.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                    By: /s/ electronic signature
                                        MARK T. QUINLIVAN
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        617-748-3606

Dated: September 15, 2004

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Because Local Rule 7.1(a)(2) requires counsel to confer, and petitioner is proceeding pro se and is incarcerated, counsel has not contacted petitioner for his position on this motion.

  /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Gene Latreace Mangum
20154-057
FMC - Devens
42 Patton Drive
Ayer, MA 01432

This 15th day of September 2004.

  /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney