# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____ )
                                          )
GENE LATREACE MANGUM,                     )
                                          )     Civil Action No. 04-40137-PBS
        Pro se Petitioner,                )
                                          )
v.                                        )
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
        Respondent.                       )
_____ )

## DECLARATION OF MARK T. QUINLIVAN

I, MARK T. QUINLIVAN, do hereby declare and say:

1.  I am an Assistant United States Attorney for the District of Massachusetts, and am lead counsel for the respondent in the above-captioned matter.

2.  Attached hereto as Exhibit 1 is a true and correct copy of what is styled as a "Motion for Downward Departure and Placement of the Defendant on Home Confinement Due to His Medical Condition," which was filed on or about January 22, 2002, by the petitioner, Gene Latreace Mangum, in the United States District Court for the Middle District of North Carolina.

3.  Attached hereto as Exhibit 2 is a true and correct copy of an Order, dated February 18, 2003, and signed by the United States District Judge James A. Beaty, in United States v. Mangum, No. 1:99CR356-1 (M.D.N.C.).

4.  Attached hereto as Exhibit 3 is a true and correct copy of what is styled as a "Motion for a Certificate of Habeas Corpus to Issue Pursuant to 28 U.S.C. 2241, 2244," excluding exhibits, which was filed  on or about May 26, 2004, by the petitioner in the United States District Court for the Middle District of North Carolina.

5.  Attached hereto as Exhibit 4 is a true and correct copy of an Order and Recommendation, dated May 26, 2004, and signed by the United States Magistrate Judge Russell A. Eliason, in <u>United States</u> v. <u>Mangum</u>, No. 1:04CV00471 (M.D.N.C..)

6.  Attached hereto as Exhibit 5 is a true and correct of copy of a Judgment, dated July 7, 2004, and signed by United States District Judge James A. Beaty, <u>United States</u> v. <u>Mangum</u>, No. 1:04CV00471 (M.D.N.C.).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.


 /s/ electronic signature
MARK T. QUINLIVAN


Dated: September 15, 2004