43.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | 1:99CR356-1 |
| GENE LATREACE MANGUM, ) | |
| ) | |
| Defendant. ) | |

ORDER

BEATY, District Judge.

On January 22, 2002, Defendant, Gene Latreace Mangum, filed a Motion before this Court which was labeled as a "Motion for Downward Departure and Placement on Home Confinement Due to His Medical Condition [Document #40]." Subsequently, on June 7, 2002, the Government filed a Response to Defendant's Motion for Downward Departure and Placement on Home Confinement Due to His Medical Condition [Document #41], in which the Government requested that the Court deny Defendant's post-conviction request for a downward departure. On July 29, 2002, Defendant filed a Response [Document #42] to the Government's request that Defendant's motion be denied. As the Government correctly notes, Defendant in his Motion for Downward Departure has requested post-conviction relief well after his sentencing by this Court on June 8, 2000. It is also noted that Defendant's Motion was filed subsequent to the decision by the Fourth Circuit Court of Appeals in its Judgment issued on January 18, 2001 affirming the underlying Judgment and Conviction imposed by this Court on June 8, 2000 and entered on June 19, 2000. The Court agrees with the Government that Defendant has failed to present any authority that will give this Court jurisdiction to grant the post-conviction relief Defendant is requesting. For this reason, Defendant's Motion for Downward Departure and Placement on Home Confinement Due to His Medical Condition [Document #40] is

hereby DENIED.[1]

This the 18th day of February, 2003.

                                                     /s/ James A. Beaty
                                                   United States District Judge

---

[1] It is noted that on October 18, 2000, Defendant previously filed a Motion for the Clerk to Accept Document #33 as a Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255. As noted by Magistrate Judge Russell A. Eliason in his Recommendation dated April 16, 2001[Document #35], Defendant improperly attempted to present his § 2255 claim in three different documents all under one pleading. It was recommended that Defendant's Motion to Vacate be dismissed without prejudice to Defendant filing a new properly filed motion correcting the noted defects. Defendant failed to respond in any manner to the Recommendation. As a result, in an Order dated June 1, 2001 [Document #37], this Court accepted the Magistrate's Recommendation and dismissed Defendant's Motion to Vacate without prejudice to Defendant filing a corrected § 2255 motion as directed. Defendant has not yet renewed his § 2255 Motion. Instead, on January 22, 2002, he filed the Motion for Downward Departure and Placement on Home Confinement Due to His Medical Condition [Document #40], which the Court has denied herein. Except as it relates to the specific question addressed by Defendant's Motion for Downward Departure, the Court's ruling as to Defendant's request for downward departure has no affect upon any subsequent § 2255 motion Defendant may file pursuant to the Court's Order dated June 1, 2001.