

41wrongdist

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 25 2004

| | |
|---|---|
| Gene Latreace Mangum, | ) |
| Petitioner, | ) 1:04CV00471 |
| v. | ) 1:99CR356-1 |
| United States of America, | ) |
| Respondent. | ) |

## ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted an application for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. There are many defects in his petition. Petitioner states he is filing this motion because he cannot avail himself of the remedies provided by section 2255. Petitioner outlines his health problems and seeks release to home detention because of them. The district court denied a similar motion for downward departure and placement on home confinement due to petitioner's medical condition in February 2003. (Docket no. 43) The court found that petitioner had failed to present any authority that would give the court jurisdiction to grant the post-conviction relief he was requesting. (Id.)

Although a section 2241 petition may be properly filed when section 2255 is inadequate or ineffective to test the legality of the conviction, the petition must be filed in the district where the prisoner is confined. In re Jones, 226 F.3d 328, 333-34 (4th Cir. 2000). Petitioner is not confined in this district, therefore this court has no jurisdiction to consider this section 2241 petition. Furthermore, the use of section 2241 in this manner is very limited. (Id.) Petitioner's request does not meet these requirements. (Id.) This petition should therefore be dismissed.

In forma pauperis status is granted for the sole purpose of entering this order and recommendation.

**IT IS THEREFORE ORDERED** that in forma pauperis status is granted for the sole purpose of entering this order and recommendation.

**IT IS RECOMMENDED** that petitioner's "Motion for a certificate of habeas corpus to issue pursuant to 28 U.S.C. 2241, 2244" be denied, and that this action be dismissed.

_____
United States Magistrate Judge

May 26, 2004

-2-