5.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

GENE LATREACE MANGUM, )
 )
            Petitioner, )
 )
   v. ) 1:04CV00471
 )
UNITED STATES OF AMERICA, )
 )
           Respondent. )

FILED JUL -7 2004 IN THIS OFFICE Clerk U. S. District Court Greensboro, N. C. By _____

## J U D G M E N T

On May 26, 2004, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a _de novo_ review and the Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE **ORDERED AND ADJUDGED** that petitioner's "Motion for a certificate of habeas corpus to issue pursuant to 28 U.S.C 2241, 2244" is denied, that this action is dismissed, and the Court finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

                                                            /s/ James A. Beaty
                                                United States District Judge

July 7, 2004