Case 4:04-cv-40137-PBS   Document 1-2   Filed 09/15/2004   Page 1 of 7

```
REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000     FTS: N/A
                                                RACE/SEX...: BLACK / MALE
FBI NUMBER.:                                    DOB/AGE....:          / 38
PROJ REL MT: GOOD CONDUCT TIME RELEASE          PAR ELIG DT: N/A
PROJ REL DT: 09-11-2008                         PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY ------------------------
FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-11-2004 1750 CURRENT
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-06-2004 0158 06-11-2004 1750
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 06-02-2004 1549 06-06-2004 0158
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 06-02-2004 1128 06-02-2004 1549
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 05-11-2004 1420 06-02-2004 1128
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 05-11-2004 1159 05-11-2004 1420
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 04-13-2004 1613 05-11-2004 1159
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 04-13-2004 1318 04-13-2004 1613

G0002          MORE PAGES TO FOLLOW
```

```
REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000    FTS: N/A
DEV   A-DES         DESIGNATED, AT ASSIGNED FACIL   04-02-2004 1122 04-13-2004 1318
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     04-02-2004 0928 04-02-2004 1122
DEV   A-DES         DESIGNATED, AT ASSIGNED FACIL   02-26-2004 1307 04-02-2004 0928
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     02-26-2004 1043 02-26-2004 1307
DEV   A-DES         DESIGNATED, AT ASSIGNED FACIL   02-17-2004 1302 02-26-2004 1043
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     02-17-2004 0927 02-17-2004 1302
DEV   A-DES         DESIGNATED, AT ASSIGNED FACIL   12-04-2003 2133 02-17-2004 0927
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     12-04-2003 1644 12-04-2003 2133
DEV   A-DES         DESIGNATED, AT ASSIGNED FACIL   10-16-2003 0954 12-04-2003 1644
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     10-16-2003 0803 10-16-2003 0954
DEV   A-DES         DESIGNATED, AT ASSIGNED FACIL   10-02-2003 2202 10-16-2003 0803
DEV   LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN     10-02-2003 1852 10-02-2003 2202
DEV   A-DES         DESIGNATED, AT ASSIGNED FACIL   09-22-2003 1045 10-02-2003 1852


G0002         MORE PAGES TO FOLLOW
```

```
REGNO..: 20154-057  NAME: MANGUM, GENE LATREACE
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000   FTS: N/A
PRE-RELEASE PREPARATION DATE: 03-11-2008
```

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT
THE INMATE IS PROJECTED FOR RELEASE:  09-11-2008 VIA GCT REL

                -CURRENT JUDGMENT/WARRANT NO: 010 ------------

```
COURT OF JURISDICTION...............: NORTH CAROLINA, MIDDLE DISTRICT
DOCKET NUMBER.......................: 1:99CR356-1
JUDGE...............................: BEATY
DATE SENTENCED/PROBATION IMPOSED: 06-08-2000
DATE COMMITTED......................: 08-15-2000
HOW COMMITTED.......................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...................: NO
```

G0002         MORE PAGES TO FOLLOW

```
REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010        ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000      FTS: N/A

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00           $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO         AMOUNT:    $00.00

-------------------------CURRENT OBLIGATION NO: 010 -----
OFFENSE CODE....: 136
OFF/CHG: POSSESSION OF A FIREARM AFTER FELONY CONVICTION,
         18 USC 922(G)(1) & 924(A)(2)

  SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS


G0002          MORE PAGES TO FOLLOW
```

```
DEVCH                       PUBLIC INFORMATION                  08-26-2004
PAGE 005    Case 4:04-cv-40137-PBS   Document 12-2   Filed 09/15/2004   Page 5 of 7
                               INMATE DATA                      08:26:18
                            AS OF 08-26-2004
```

```
REGNO..: 20154-057  NAME: MANGUM, GENE LATREACE
COMP NO: 010           ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000    FTS: N/A
 TERM OF SUPERVISION.............:      3 YEARS
 DATE OF OFFENSE.................: 09-10-1999
```

                    --CURRENT COMPUTATION NO: 010

COMPUTATION 010 WAS LAST UPDATED ON 09-06-2000 AT SPG AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 06-08-2000
TOTAL TERM IN EFFECT............:    120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS
EARLIEST DATE OF OFFENSE........: 09-10-1999
```

G0002          MORE PAGES TO FOLLOW

```
REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 978-796-1000    FTS: N/A

JAIL CREDIT........                 FROM DATE         THRU DATE
                                    09-10-1999        09-10-1999
                                    12-28-1999        06-07-2000

TOTAL PRIOR CREDIT TIME..........: 164
TOTAL INOPERATIVE TIME...........: 0
TOTAL GCT EARNED AND PROJECTED...: 470
TOTAL GCT EARNED.................: 216
STATUTORY RELEASE DATE PROJECTED: 09-11-2008
SIX MONTH /10% DATE..............: N/A
EXPIRATION FULL TERM DATE........: 12-25-2009


G0002         MORE PAGES TO FOLLOW
```

```
                           PUBLIC INFORMATION                    *  08-26-2004
                             INMATE DATA                         *  08:26:18
                           AS OF 08-26-2004

REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010           ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N)
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000    FTS: N/A
PROJECTED SATISFACTION DATE.....: 09-11-2008
PROJECTED SATISFACTION METHOD...: GCT REL




S0055          NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```