REGNO..: 20154-057  NAME: MANGUM, GENE LATREACE
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

FBI NO...........:                          DATE OF BIRTH:
ARS1.............: DEV/A-DES
UNIT.............: P CC                     QUARTERS.....: P03-371L
DETAINERS........: NO                       NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 03-11-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  09-11-2008 VIA GCT REL



G0002         MORE PAGES TO FOLLOW

```
REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

                  -CURRENT JUDGMENT/WARRANT NO: 010 -----

COURT OF JURISDICTION............: NORTH CAROLINA, MIDDLE DISTRICT
DOCKET NUMBER....................: 1:99CR356-1
JUDGE............................: BEATY
DATE SENTENCED/PROBATION IMPOSED: 06-08-2000
DATE COMMITTED...................: 08-15-2000
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                    FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:     $100.00         $00.00            $00.00          $00.00

RESTITUTION...: PROPERTY: NO   SERVICES:  NO          AMOUNT: $00.00

G0002         MORE PAGES TO FOLLOW .
```

```
REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS


-------------------------------CURRENT OBLIGATION NO: 010 ----
 OFFENSE CODE....:  136
 OFF/CHG: POSSESSION OF A FIREARM AFTER FELONY CONVICTION
          18 USC 922(G)(1) & 924(A)(2)

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
  TERM OF SUPERVISION.............:   3 YEARS
  DATE OF OFFENSE.................: 09-10-1999



G0002          MORE PAGES TO FOLLOW
```

```
 DEVCH   540.23 *              SENTENCE MONITORING              *   08-26-2004
 PAGE 004            *         COMPUTATION DATA                  *   08:29:37
                               AS OF 08-26-2004

REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS


-------------------------------CURRENT COMPUTATION NO: 010

COMPUTATION 010 WAS LAST UPDATED ON 09-06-2000 AT SPG AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-08-2000
TOTAL TERM IN EFFECT............:    120 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS
EARLIEST DATE OF OFFENSE........: 09-10-1999

JAIL CREDIT.....................        FROM DATE     THRU DATE

G0002         MORE PAGES TO FOLLOW .
```

```
REGNO..: 20154-057 NAME: MANGUM, GENE LATREACE
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS

                                09-10-1999     09-10-1999
                                12-28-1999     06-07-2000

TOTAL PRIOR CREDIT TIME.........: 164
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 470
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 09-11-2008
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-25-2009


PROJECTED SATISFACTION DATE.....: 09-11-2008
PROJECTED SATISFACTION METHOD...: GCT REL

S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```