BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Mr Kleinschmidt ( social worker) | November 12th 2003 |
| FROM: Gene Mangum | REGISTER NO.: 20154 057 |
| WORK ASSIGNMENT: Companion | UNIT: P.3 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

My name is Gene Mangum: I am a peritoneal dialysis patient. Because I have used all of my hemodialysis accesses, I am writing to you because I need to talk to you about seeing me for a possible transplant or a compassionate release because I am a very difficult situation and would like to know where I go from here because I do not want to "die" in here if my problem can be solved. I have spoken with my outside nephrologist on the street and he suggested that I must get a kidney transplant as soon as possible because if I catch an infection(peritonitis) its possible that they might have to take this catheter out and then I won't have no access for dialysis.

    If you can't help me with this problem could you please refer me to someone who can. I wish to thank you very much for your cooperation in this matter

Gene Mangum 20154 057

(Do not write below this line)

DISPOSITION:

 

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94


Printed on Recycled Paper

MANGUM, GENE
Reg. No. 20154-057
P-3 Unit

This is in response to your request for Compassionate Release consideration. The Compassionate Release Review committee recently reviewed the request, and has provided me with the necessary information to consider in making a decision. Based on their recommendation and information provided, I am denying your request for Compassionate Release.

The reasons for the denial include: (1) You were given the opportunity for medical stability about nine years ago when you received a kidney transplant, and due to the past lifestyle choices you made, the transplant failed. (2) Your past criminal activity and drug involvement was extensive. Although your medical condition is progressive, you are still independent and could be capable of engaging in further criminal acts if released at this time. (3) It was also known at the time of sentencing that you had chronic illnesses which likely would not improve during your incarceration. (4) You are receiving appropriate medical care at FMC Devens.

If you do not agree with this decision, you may appeal through the Administrative Remedy procedure by filing a formal written complaint on the appropriate form within twenty (20) calender days of the receipt of this letter. If you need assistance with this process, your Case Manager or Counselor can give you assistance and the appropriate forms.

_____      _12/15/3_____
David L. Winn, Warden                  Date