U.S. Department of Justice                                    Regional Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Mangum, Gene__   __20154-057__   __P-3-Unit__   __F.M.C.-Devens__
       LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A—REASON FOR APPEAL    This appeal from the Wardens decision denying my Compassionate Release due to being on my last access on dialysis and my life being in jeopardy is being presented for the Regions consideration in releasing me into the custody of my family in hopes of receiving proper care an possible transplant or the possibility of dying at home if and when the time occurs.

I am humbly requesting that the Region consider my compassionate Release due to the fact that if I get an infection due to my peritoneal dialysis, it would possibly kill me because I will not be able to obtain dialysis.

The Wardens reasoning for refusal where improper. I should not have to suffer because of my medical condition. Knowing that I am on my last access, and I will not be able to cleanse my blood if peritonitis occurs, is allowing me to die without remorse. The Wardens purpose denial is putting my life in danger of death. This is deliberate indifference to my medical needs.

__12/29/2003__                                   __Gene Mangum__
DATE                                              SIGNATURE OF REQUESTER

Part B—RESPONSE

_____                              _____
DATE                                              REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY                  CASE NUMBER: __320883-R1__

Part C—RECEIPT                                   CASE NUMBER: _____

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

BP-230(13)

MANGUM, Gene
Reg. No. 20154-057
Appeal No. 320883-R1
Page One

---

### Part B - Response

In your appeal, you contend that you are not receiving adequate medical care at FMC Devens. You request a compassionate release, due to your being a possible candidate for a renal transplant.

An investigation into your complaint reveals that you have a history of end-stage renal disease on peritoneal dialysis. You had a kidney transplant nine years ago. You are evaluated by the medical staff frequently and continue to receive appropriate treatment. On October 16, 2003, you were evaluated by the contract surgeon who removed your left femoral dialysis catheter because your peritoneal dialysis has been working well since September 2003. On November 19, 2003, you were evaluated by the contract nephrologist who stated you should continue with the peritoneal dialysis and you will require a transplant in the near future. You are currently being evaluated for a renal transplant. Your transplant package will be completed and submitted for review and approval. You are receiving appropriate medical treatment, consistent with community standards. You do not require release to receive a renal transplant, nor is it appropriate, at this time. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: January 30, 2004

D. SCOTT DODRILL
Regional Director