```
DEVCH                *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        08-26-2004
PAGE 001                                                                   08:27:14
        FUNCTION: LST SCOPE: REG    EQ 20154-057     OUTPUT FORMAT: FULL
       -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____     THRU _____    DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS:  ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS:  ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _   RECEIPT: _   "OR" EXTENSION: _
RCV  OFC : EQ ___-_
TRACK:  DEPT:  ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
       PERSON: ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
         TYPE: ___
EVNT FACL: EQ ___
RCV FACL.: EQ ___
RCV UN/LC: EQ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
RCV QTR..: EQ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
ORIG FACL: EQ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
ORG UN/LC: EQ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
ORIG QTR.: EQ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___


G0002         MORE PAGES TO FOLLOW
```

```
REGNO: 20154-057 NAME: MANGUM, GENE
RSP OF...: DEV UNT/LOC/DST: P CC                QTR.: P03-371L    RCV OFC: SPG
REMEDY ID: 229704-F1      SUB1: 26BM SUB2:      DATE RCV:    12-29-2000
UNT RCV..: MEDICAL        QTR RCV.: 2-2         FACL RCV: SPG
UNT ORG..: MEDICAL        QTR ORG.: 2-2         FACL ORG: SPG
EVT FACL.: SPG    ACC LEV: SPG  1 NCR  1 BOP  1  RESP DUE: WED 02-07-2001
ABSTRACT.: COMPLAINS ABOUT DIALYSIS NURSE
STATUS DT: 01-19-2001   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:          RCT: P EXT: P DATE ENTD: 01-02-2001
REMARKS..:


G0002           MORE PAGES TO FOLLOW
```

```
REGNO: 20154-057 NAME: MANGUM, GENE
RSP OF...: DEV  UNT/LOC/DST: P CC             QTR.: P03-371L   RCV OFC: NCR
REMEDY ID: 229704-R1      SUB1: 26BM SUB2:    DATE RCV:    01-25-2001
UNT RCV..: MEDICAL       QTR RCV.: 2-2        FACL RCV: SPG
UNT ORG..: MEDICAL       QTR ORG.: 2-2        FACL ORG: SPG
EVT FACL.: SPG    ACC LEV: SPG 1 NCR 1 BOP 1   RESP DUE: SAT  02-24-2001
ABSTRACT.: COMPLAINS ABOUT DIALYSIS NURSE
STATUS DT: 02-02-2001   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 01-30-2001
REMARKS..:
```

G0002           MORE PAGES TO FOLLOW

```
REGNO: 20154-057 NAME: MANGUM, GENE
RSP OF...: DEV UNT/LOC/DST: P CC           QTR.: P03-371L   RCV OFC: BOP
REMEDY ID: 229704-A1     SUB1: 26BM SUB2:  DATE RCV:   04-02-2001
UNT RCV..: MEDICAL       QTR RCV.: 2-2     FACL RCV: SPG
UNT ORG..: MEDICAL       QTR ORG.: 2-2     FACL ORG: SPG
EVT FACL.: SPG     ACC LEV: SPG  1 NCR  1 BOP  1  RESP DUE: FRI 06-01-2001
ABSTRACT.: COMPLAINS ABOUT DIALYSIS NURSE
STATUS DT: 05-08-2001    STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:               RCT: P EXT: P DATE ENTD: 04-06-2001
REMARKS..:
```

```
G0002          MORE PAGES TO FOLLOW
```

```
REGNO: 20154-057 NAME: MANGUM, GENE
RSP OF...: DEV UNT/LOC/DST: P CC                QTR.: P03-371L   RCV OFC: NER
REMEDY ID: 320883-R1       SUB1: 13GM SUB2: 26ZM DATE RCV:    01-02-2004
UNT RCV..: P CC         QTR RCV.: P03-371L      FACL RCV: DEV
UNT ORG..: P CC         QTR ORG.: P03-371L      FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: NER  1                RESP DUE:  SUN 02-01-2004
ABSTRACT.: REQUEST COMPASSIONATE RELEASE (MEDICAL REASONS)
STATUS DT: 01-30-2004   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:         RCT: P EXT:    DATE ENTD: 01-05-2004
REMARKS..:
```

G0002          MORE PAGES TO FOLLOW

```
REGNO: 20154-057 NAME: MANGUM, GENE
RSP OF...: DEV UNT/LOC/DST: P CC                QTR.: P03-371L    RCV OFC: BOP
REMEDY ID: 320883-A1     SUB1: 13GM SUB2: 26ZM DATE RCV:   03-01-2004
UNT RCV..: P CC          QTR RCV.: P03-371L     FACL RCV: DEV
UNT ORG..: P CC          QTR ORG.: P03-371L     FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: NER  1                       RESP DUE:
ABSTRACT.: REQUEST COMPASSIONATE RELEASE (MEDICAL REASONS)
STATUS DT: 03-01-2004   STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 03-08-2004
REMARKS..:



              5 REMEDY SUBMISSION(S) SELECTED
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```