Case 4:04-cv-40137-PBS   Document 13-2   Filed 09/15/2004   Page 1 of 2

   c.  The inmate must sign a statement indicating the desire to donate an organ to a specified relative.  The consent must state that the inmate understands the possible dangers of the operation, that the inmate agrees to this of his/her own free will, and that the Government will not be held responsible for any complications or financial responsibilities.

   d.  When an inmate is appropriately designated as community custody, that inmate may request consideration for a medical furlough, in accordance with furlough policy procedures.

   e.  The Bureau shall assist in the necessary preliminary medical evaluation to the extent reasonable within its resources.

   f.  The local institution shall coordinate procedures such as transportation, custody, classification, compatibility determinations, evaluation, hospitalization, furlough status, etc.

   g.  Inmates are not authorized to donate blood or blood products.

\*  Section 21.  Organ Transplantation

The Bureau will consider organ transplantation as a treatment option for inmates in accordance with the following procedures:

   a.  When the Clinical Director at an institution determines it is medically necessary to evaluate an inmate's suitability for an organ transplant, he or she will initiate an organ transplant laboratory/specialist consultant work-up at the institution.

- Once a specialist determines that an inmate may be a potential candidate for organ transplantation, and the Clinical Director recommends that further evaluation is medically appropriate, the inmate will be evaluated at an appropriate facility such as a transplant center in the vicinity of the institution or a Bureau Medical Referral Center.

   b.  If an organ transplant center considers an inmate suitable for a transplant, the institution Clinical Director will then refer all pertinent medical/surgical/psychiatric documentation to the Medical Director for consideration.

   c.  If the Medical Director determines that organ transplantation is medically indicated, the inmate will be referred to an appropriate transplant center in accordance with

Case 4:04-cv-40137-PBS   Document 13-2   Filed 09/15/2004   Page 2 of 2

```
                            PS 6000.05
                            CN-3, 2/11/2000
                            Chapter VI, Page 22
```

Bureau policy, transplant center regulations, and state and federal laws.

- Prior to **any** transplant center referral, the Medical Director **must first obtain the concurrence of the Assistant Director, Correctional Programs Division**, to ensure that all security issues or correctional interests regarding referral of the inmate have been satisfied.

   d.  The Bureau will pay medical care and hospitalization costs associated with organ donors.

- These expenses are limited to those costs directly related to the transplant procedure itself and does not include follow-up care associated with complications. *

Section 22.  Physical Therapy

A detailed local manual shall be prepared and include, at least: infection control, scheduling of patients, hours of operation, modalities authorized to be performed, staffing, and safety and sanitation.  Special considerations include:

   a.  Ground fault interrupters shall be present for all equipment using electrical current that may come in contact with the patient.

   b.  Inmates assigned to physical therapy may not administer any therapy without first receiving documented training in that specific modality.

   c.  Vacuum breakers shall be present on all hydrotherapy equipment to prevent back siphoning.

Section 23.  Sexual Assault

   a.  When an inmate complains of being sexually assaulted, medical staff shall fully document the inmate's complaint, subjective/objective findings, and the institution's response to this complaint.

   b.  Institution medical staff are not to compromise medical evidence on the inmate.  Inmates who complain of being sexually assaulted are to be transported to a local community facility that is equipped (in accordance with local laws) to evaluate and treat sexual assault victims.