UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GENE LATREACE MANGUM,<br><br>       Pro se Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | )<br>)<br>)  Civil Action No. 04-40137-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE A
RESPONSIVE PLEADING OUT OF TIME**

Respondent, the United States of America, hereby moves this Honorable Court for leave to file a responsive pleading out of time. In support of the foregoing motion, respondent says as follows:

1. On July 13, 2004, the petitioner, Gene Latreace Mangum, filed what he styled as a Motion for a Certificate of Habeas Corpus Pursuant to 28 U.S.C. § 2241, 2244.

2. On July 27, 2004, this Court entered an Order directing that respondent, within 28 days of receipt of the Order, file an answer or other responsive pleading. This Court's Order of July 27, 2004 was received in the United States Attorney's Office on July 30, 2004.

3. On August 24, 2004, respondent, through Assistant United States Attorney Anita Johnson, moved for an extension of time until October 20, 2004, in which to file an answer or other responsive pleading. At that time, a litigation report from the Bureau of Prisons had not been received by the United States Attorney's Office, and was not received until September 2, 2004.

4. On September 8, 2004, this Court entered an electronic order denying the request for an extension of time, and indicated that this appeared to be an emergency situation.

5.  Assistant United States Attorney Johnson was on leave during the week of September 6, 2004, and did not return to the office until September 14, 2004.

6.  On September 10, 2004, undersigned counsel was reassigned this matter. Undersigned counsel joined the United States Attorney's Office on September 7, 2004, after previously serving as a Trial Attorney, Senior Counsel, and most recently a Senior Trial Counsel, from October 13, 1992 through September 3, 2004, with the Federal Programs Branch, Civil Division, United States Department of Justice.

7.  Undersigned counsel has endeavored to review the case file and litigation report, research the law, and file a responsive pleading in as timely a manner as possible, particularly given the equities involved and the concerns expressed by this Court in its Order of September 8, 2004. On this date, September 15, 2004, respondent filed a motion to dismiss or, in the alternative, for summary judgment.

8.  Although undersigned counsel has not ascertained petitioner's position on this motion, as he is proceeding pro se and is incarcerated, the United States Attorney's Office has received a "Petitioner's Reply to United States Attorney's Motion for Extension of Time to Reply," in which petitioner indicated that he did not oppose the motion for extension of time.

WHEREFORE, with good cause having been shown, respondent respectfully requests that this Court enter an order permitting the filing of a responsive pleading out of time.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:  /s/ electronic signature
        MARK T. QUINLIVAN
        Assistant United States Attorney
        United States Attorney's Office
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        617-748-3606

Dated: September 15, 2004

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Because Local Rule 7.1(a)(2) requires counsel to confer, and petitioner is proceeding pro se and is incarcerated, counsel has not contacted petitioner for his position on this motion.

    /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Gene Latreace Mangum
20154-057
FMC - Devens
42 Patton Drive
Ayer, MA 01432

This 15th day of September 2004.

    /s/ electronic signature
MARK T. QUINLIVAN
Assistant United States Attorney