UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENE LATREACE MANGUM,<br><br>　　　　Pro se Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | )<br>)<br>)　　Civil Action No. 04-40137-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

　　This matter comes before the Court on Respondent's Motion for Leave to File a Responsive Pleading Out of Time. Upon consideration of the foregoing motion, any response thereto, and the entire record herein, and with good cause having been shown, it is by the Court hereby

　　ORDERED, that respondent's motion be, and the same hereby is, GRANTED; and it is further

　　ORDERED That Respondent's Motion to Dismiss Or, in the Alternative, for Summary Judgment, shall be deemed as timely filed as of September 15, 2004.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PATTI B. SARIS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: _____, 2004