## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Gene Latreace MANGUM          )
    Petitioner          )
               )
vs          )          **Civil Action No. 04-40137-PBS**
               )
United States of America          )
    Respondent          )

## PETITIONER'S   REPLY TO UNITED
### STATES ATTORNEY'S MOTION FOR
### EXTENSION OF TIME TO REPLY

1.  Petitioner, **Gene Latreace MANGUM,** is in full agreement with **Anita Johnson,** Esq.'s motion for extension of time now before the Court.

2.  If permitted, Petitioner wishes to express his sincere gratitude to **Ms. JOHNSON,** in her desire to fully examine the Bureau of Prisons medical file, which will fully evidence the seriousness and terminal consequences Petitioner faces.

3.  In order to assist the United States Attorney and the Court to reaching, hopefully, a positive conclusion to this motion, Petitioner has attached hereto a "Release for Medical Records" directed to his street care provider, **David W. BUTTERLY,** M.D. Associate Professor of Medicine, Duke University Medical Center, Department of Medicine, Division of Nephrology, and a reply letter from **Dr. BUTTERLY** dated April 22, 2004.

4.  Petitioner, too, has provided a letter from **Alan WASSERST,** M.D., Department of Medicine, Renal Electrolyte and Hyper-

tension Division, University of Pennsylvania, conveying his professional opinion of the length of time required for a "free person" to become the recipient of a donor kidney.

5.  Upon this date, August 26, 2004, Petitioner has again petitioned FMC Devens, for his updated medical records which, regretfully, dictate that, as of August 22, 2004, yet another peritonitis infection has fallen upon him.

6.  **The New Infection**

On August 22, 2004, Petitioner became extremely sick. In knowing the symptoms of a peritonitis infection, he went at once to the prison cliniic and was promptly examined by **P.A. SMITH**[1], who, after an examination, ordered Petitioner to the University of Massachusetts for emergency care.

Prior to leaving FMC Devens, it was then agreed that, first, massive antibiotics be introduced to Petitioner via his peritoneal dialysis machine on a nightly, eight (8) hour basis.

Petitioner was seen again by **P.A. SMITH**, on August 23, 24, and by **Dr. ZEMBETIC**, peritonitis specialist, on August 25, 2004.

Petitioner asked the doctor what would now occur if his

---

1.  **P.A. SMITH is assigned the care of all dialysis patients at FMC Devens, who is overseen by Doctor WILLIAMS and, finally, if as here, an emergency, by Dr. ZEMBETIC.**

peritoneal dialysis tube, due to the infection, would have to be removed[2]. The doctor replied, **_inter alia_**, in unframed exact language, said that it would be a possible terminal situation.  Quite simply, no peritoneal tube (due to infection), no dialysis, thus a grave  condition.

Accordingly, Petitioner offers no objections to the extension of time requested by the United States.

Respectfully Submitted,

Gene Latreace MANGUM

---

[2]    Due to an infected catheter (this is inserted, by surgery directly to Petitioner's  stomach, he then "plugs" this into his machine eight (8) hours a day, for cleansing and no other vascular access available. No dialysis can be provided.

## AUTHORIZATION TO RELEASE MEDICAL RECORDS

Pursuant to **28 USC 1746, Gene Latreace MANGUM,** hereby authorizes release of all medical records from the below-listed medical care providers, to **Anita Johnson,** Assistant United States Attorney, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA  02210 (tel) 617/748-3282.

Medical Department
FMC Devens
P.O. Box 880
Ayer, MA  01432

David W. BUTTERLY, M.D.
Associate Professor of Medicine
Department of Medicine
Division of Nephrology
Duke University Medical Center
Durham, NC  27710

Sincerely,

Gene Latreace MANGUM
  (can be contacted by phoning
   Counselor HANCOCK, FMC Devens
   Ayer, MA "P Unit")

## CERTIFICATE OF SERVICE

    I, **Gene Latreace MANGUM**, do depose that I have, on this
_9 th_ day of _Sept._, 2004, served a true copy of the
foregoing motion on the persons below listed.

### Service by First Class Mail

Honorable Patti B. SARIS
United States District Court Judge
District of Massachusetts


Anita JOHNSON, Esq.
Assistant United States Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210


Clerks Office
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02210

                Respectfully Submitted,


                Gene Latreace MANGUM